*Exact Copies filed in the U.S. Supreme Court in the matter of DANNY KAYPOLKJR DEAD entity #1782781*

# REVOCATION & REVESTMENT OF CONSTRUCTIVE TRUST

United States Courts
Southern District of Texas
FILED

JUL 23 2026

Nathan Ochsner, Clerk of Court

**Court Case No. 1782781 Special Appearance – Sui Juris**

**FROM:** Danny-Kay: Polk-Jr TTEE/BENE Sui Juris, In Propria Persona Special Appearance

## I. NOTICE TO: DEPARTMENT OF THE TREASURY — PUERTO RICO

**Department of the Treasury – Puerto Rico** P.O. Box 9024140 San Juan, PR 00902-4140

**RE: Revocation & Revestment of Constructive Trust / Discharge of Court Case #1782781**

This Notice is submitted **Sui Juris, In Propria Persona**, for the purpose of:

- **revoking and revesting any/all constructive trust** presumed, created, or administered in relation to **Court Case #1782781**;
- **discharging the matter in full**;
- **directing settlement and closure via FedWire** through the appropriate Treasury campus.

You are hereby informed that **alleged fraud** has occurred through administrative presumption, mishandling, and failure to properly perfect service, establish jurisdiction, or acknowledge filed documents. The **documents included with this Notice** constitute **proof of filings submitted to the Harris County District Court**, demonstrating procedural defects and administrative irregularities.

### Directive for Settlement

You are instructed to **settle, discharge, and close Court Case #1782781 via FedWire**, applying the appropriate accounting, subrogation, and settlement procedures, and to **revoke and revest** any constructive trust or presumption arising from the matter.

### Affirmation

All statements herein are made in good faith, under penalty of perjury, and stand as your administrative record.

## II. NOTICE TO: HARRIS COUNTY DISTRICT COURT

*1 of 94 pages*

Harris County District Court 201 Caroline Street Houston, Texas 77002

**RE: Administrative Notice – Revocation & Revestment of Constructive Trust / Court Case #1782781**

This Notice is provided for **record preservation**, **administrative correction**, and **formal discharge** of Court Case #1782781.

You are hereby notified:

- To revoke and revest the **constructive TRUST**;
- The matter is being **investigated to be settled via FedWire** through the Department of the Treasury – Puerto Rico;
- **Alleged fraud** has occurred through administrative omissions, failure to establish jurisdiction, and failure to acknowledge submitted filings;
- The **documents attached** constitute **proof of filings** previously submitted to the court.

You are requested to **update the record**, acknowledge receipt of this Notice, and mark the matter as **discharged** upon confirmation of settlement.

# III. CERTIFICATE OF SERVICE

I certify that a true and correct copy of this **Revocation & Revestment of Constructive Trust Notice** for **Court Case #1782781** was delivered on this 15ᵗʰ day of July 2026, to:

- **Department of the Treasury – Puerto Rico**, P.O. Box 9024140, San Juan, PR 00902-4140
- **Harris County District Court**, 201 Caroline Street, Houston, TX 77002

By: Danny-Kay: Polk-Jr TTEE/BENE     Sui Juris

# IV. NOTARY ACKNOWLEDGMENT

State of Texas

County of Hays

On this 15ᵗʰ day of July, 2026, before me, the undersigned Notary Public, personally appeared Danny - Kay: Polk-Jr TTEE/BENE known to me or satisfactorily proven to be the person whose name is subscribed to the foregoing instrument, and acknowledged that he executed the same for the purposes therein contained.

Notary Public Signature: _____

My Commission Expires: June 2, 2029



ALISHA MONIQUE FEARS
Notary ID #132672794
My Commission Expires
June 2, 2029

2 of 94

# NOTICE OF DISQUALIFICATION & REQUEST FOR RECUSAL
## of ALJ Danilo Lacayo or Daniel Lacayo Ct Rm#182 with removal of
## Deputy James Sam for violations

**Sui Juris — In Propria Persona Special Appearance Only Record Preservation & Administrative Oversight Request**

**TO:** Harris County District Courts Administrator 201 Caroline Street Houston, Texas 77002

**AND TO:** Harris County District Attorney 500 Jefferson Street Houston, Texas 77002

**AND TO:** Mayor of Houston 901 Bagby Street Houston, Texas 77002

**AND TO:** Governor of Texas P.O. Box 12428 Austin, Texas 78711-2428

**FROM: Danny-Kay: Polk-Jr TTEE/BENE** Sui Juris, In Propria Persona Special Appearance Only

**DATE:** 11th day of July 2026

**NOTICE OF REQUEST FOR DISQUALIFICATION AND RECUSAL of ALJ Daniel or Danilo Lacayo ct rm 182 Honorable mention. Conflict o**

I, Danny-Kay: Polk-Jr TTEE/BENE appearing **Sui Juris, In Propria Persona,** by **Special Appearance only**, hereby submit this **Notice of Disqualification and Request for Recusal** for administrative review and record preservation of violation by ALJ Danilo Lacaya/Daniel Lacayo and any derivative of the Honorable mentions name.

This Notice is **administrative**, **non-accusatory**, and **procedural**, intended solely to:

- preserve rights,
- request administrative oversight,
- request clarification of ministerial duties,
- request recusal where appropriate,
- request sworn statements of compliance,
- request confirmation of statutory obligations,
- request administrative review meeting.

This Notice does allege misconduct. It requests **clarification, documentation,** and **administrative review**.

**REQUEST FOR RECUSAL**

I respectfully request that the presiding administrative officer in the matter referenced in the attached documents, ALJ Daniel or Danilo Lacayo, ct rm 182 **recuse themselves**, based on:

1. **Potential conflicts of interest**

3 of 94

2. **Potential financial or administrative entanglements**
3. **Potential fiduciary or ministerial overlap**
4. **Potential administrative irregularities**
5. **Potential jurisdictional concerns**
6. **Potential procedural inconsistencies**

This request is made **to preserve the record as there is no integrity to preserve with violations committed on the record and for the record with threats to my LIFE by ALJ James Anderson and now my health by ALJ Danilo or Daniel Lacayo of the administrative process**, and allege wrongdoing. Forcing a 3rd or 4th ferretta hearing without lawful authority to do so, as due process has been violated again.

## REQUEST FOR SWORN STATEMENT
I respectfully request a **sworn affidavit** from the presiding administrative officer(s) addressing:

1. Compliance with constitutional duties
2. Compliance with statutory obligations
3. Compliance with oath requirements
4. Compliance with ministerial duties
5. Confirmation of jurisdictional authority
6. Confirmation of administrative authority
7. Confirmation of absence of conflicts of interest
8. Confirmation of proper role designation (trustee / fiduciary / beneficiary distinctions, if applicable)

This request is **administrative**

## GENERAL STATUTORY REFERENCES
This Notice requests administrative review of compliance with:

- **5 U.S.C. § 3331** (Oath of Office)
- **5 U.S.C. § 3332** (Oath certification procedures)
- **28 U.S.C. § 453** (Judicial oath)
- **28 U.S.C. § 455** (Disqualification standards)
- **4 U.S.C. § 101** (State oath requirements)

These references are **to provide alleged violations on the record(s) and** included for administrative review.

## LAWFUL DEMAND FOR ADMINISTRATIVE REVIEW MEETING WITH ME OUTSIDE THE COURTS
I respectfully request a **lawful administrative review meeting** with:

- Harris County District Courts Administrator
- or designated administrative officer

4 of 94

Purpose:

- review attached materials
- clarify administrative procedures
- ensure proper record handling
- ensure procedural compliance moving forward

This meeting is requested **outside of court**, as permitted for administrative matters.

## ATTACHED DOCUMENTS INDEX

1. Special Appearance Declaration
2. Master Timeline of Administrative Events
3. Master Statement of Facts
4. Administrative Notices previously served
5. Affidavit of Record Preservation
6. Certificates of Service
7. Supporting documentation
8. Any additional materials referenced in the record

## NOTARY ACKNOWLEDGMENT

State of Texas

County of ___Hays___

Subscribed and sworn before me on this 11ᵗʰ day of ___July___, 2026, by _Danny Kay: Polk Jr. TTEE/BENE_ Sui Juris, In Propria Persona.

Notary Public: _____

My Commission Expires: _June 2, 2029_

ALISHA MONIQUE FEARS
Notary ID #132672794
My Commission Expires
June 2, 2029

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this **Notice of Disqualification & Request for Recusal** and attached documents were served on:

- Harris County District Courts Administrator
- Harris County District Attorney
- Mayor of Houston
- Governor of Texas

on this 11ᵗʰ day of July, 2026.

_Danny Kay: Polk-Jr. TTEE/BENE_
**Danny Kay: Polk-Jr TTEE/BENE** Sui Juris, In Propria Persona

5 of 94

## ADMINISTRATIVE NOTICE & DEMAND FOR ADMINISTRATIVE REVIEW MEETING
## (CONTINUED VIOLATIONS OF ADMINISTRATIVE LAW JUDGES LIFE AND HEALTH THREATS)

Date: 11th day of July 2026

**FROM: Danny-Kay: Polk-Jr TTEE/BENE** Sui Juris, In Propria Persona Special Appearance Only

**Sui Juris — In Propria Persona Special Appearance Only** Record Preservation & Administrative Oversight Request

### I. NOTICE TO THE HARRIS COUNTY DISTRICT COURTS ADMINISTRATOR
201 Caroline Street Houston, Texas 77002

This Notice is submitted **Sui Juris, In Propria Persona,** by **Special Appearance,** preserving all rights and challenging jurisdiction and authority.

You are hereby notified that:

1. Attached documents contain information regarding procedural concerns in Harris County administrative proceedings.
2. These documents are provided for administrative review and record-keeping.
3. This Notice requests acknowledgment and review of the attached materials.
4. A response is respectfully requested within **15 days** or before **7/29/2026, unauthorized scheduled 3rd or 4th Ferretta Hearing, making this the 5th,** in which all court appointed fraudulent attorneys were fired, along with Adam Muldrow, and now ALJ Danilo Lacayo, Daniel Lacayo, and any derivative of the honorable mention presiding in court room 182, who just recently violated his oath on the record filed on the record and did not affirm either, adding conspiracy to assassinate the character of the name in that matter of the DEAD ENTITY DANNY KAY POLK JR minor estate and continuing to attempt to hold me as surety, in which on the record, I, the living being, do not consent to being the surety, for this case and proceedings
5. If additional time is needed, please refer to the fee schedule on file with the Harris County Recorder's Office.
6. If no response is received, the statements contained in the attached documents will stand as the Plaintiff's administrative position on the record.
7. This Notice is intended to preserve rights, document concerns, and request administrative review.

### II. NOTICE TO THE HARRIS COUNTY DISTRICT ATTORNEY
500 Jefferson Street Houston, Texas 77002

This Notice is submitted for administrative review and to escalate this matter immediately for federal review to revoke and revest the constructive trust, drop all pending charging against the estate of the DEAD ENTITY DANNY KAY POLK JR, dismiss with extreme prejudice and settle this matter immediately. Demand for federal review, as federal and state laws have been

6 of 94

committed by the parties listed in attached documents, including now a criminal complaint against ALJ Daniel or Danilo Lacayo, court rm 182 honorable mention.

You are hereby notified that:

1. Hearings were scheduled without perfected service or verified complaints.
2. Hearings proceeded without a prosecutor present.
3. Allegations were read by a court coordinator without prosecutorial authority.
4. Multiple resets occurred without addressing jurisdictional defects.
5. Attached documents are provided for administrative review.
6. A response is respectfully requested within **15 days**.
7. If additional time is needed, please refer to the fee schedule on file with the Harris County Recorder's Office.
8. If no response is received, the attached documents will stand as the Plaintiff's administrative position on the record.

### III. NOTICE TO THE MAYOR OF HOUSTON
901 Bagby Street Houston, Texas 77002

This Notice is submitted for administrative awareness and record preservation.

You are hereby notified that:

1. Procedural concerns have arisen in Harris County administrative proceedings.
2. Attached documents outline administrative irregularities requiring review.
3. This Notice requests acknowledgment and administrative awareness.
4. A response is respectfully requested within **15 days**.
5. If additional time is needed, please refer to the fee schedule on file with the Harris County Recorder's Office.
6. If no response is received, the attached documents will stand as the Plaintiff's administrative position on the record.

### IV. NOTICE TO THE GOVERNOR OF TEXAS
P.O. Box 12428 Austin, Texas 78711-2428

This Notice is submitted for administrative oversight and record preservation.

You are hereby notified that:

1. Procedural concerns have arisen in Harris County administrative proceedings.
2. Attached documents outline administrative irregularities requiring review.
3. This Notice requests acknowledgment and administrative awareness.
4. A response is respectfully requested within **30 days**.
5. If additional time is needed, please refer to the fee schedule on file with the Harris County Recorder's Office.

6. If no response is received, the attached documents will stand as the Plaintiff's administrative position on the record.

## V. ATTACHED DOCUMENTS INDEX

1. Special Appearance Declaration
2. Master Timeline of Administrative Events
3. Master Statement of Facts
4. Administrative Notices previously served
5. Affidavit of Record Preservation
6. Certificates of Service
7. Supporting documentation
8. Any additional materials referenced in the record

## VI. REQUEST FOR ADMINISTRATIVE REVIEW MEETING

A unified administrative review meeting is respectfully requested with:

- Harris County District Courts Administrator
- Or designated administrative officer

Purpose:

- review attached materials
- clarify administrative procedures
- ensure proper record handling
- ensure procedural compliance moving forward

This meeting is requested **outside of court**, as permitted for administrative matters. As I do not feel safe coming into your military venues where I am owed peace and liberty and equal access to justice. Attached is a due process notice to the sheriffs office as I have several complaints and grievances, adding **Deputy James Sam** Ct rm 182 to the complaint, as my genitals were groped while being searched and according to your rules, a certified physician was supposed to be present and wasn't. He can easily rebut with a sworn affidavit and then provide the video recording in your possession along with the ALL accounting records. I wasn't served a warrant, without it, no perfected service. Please review all documents and stay proceeding as I have asked for complete review of all the violations committed and before the Criminal Action Claim is re-instated. Guys, this is redundant and I would appreciate it, if you can stop this Fraud upon the court and let me go. This is a banking transaction and a deposit is due, that I didn't create. The integrity of the record has already been compromised when my name was defamed on the record in front of the public.

## VII. NOTARY ACKNOWLEDGMENT

State of Texas

County of Hars

Subscribed and sworn before me on this 11th day of July , 2026, by Danny -Kay: Polk-Jr. TTEE Sui Juris, In Propria Persona.

Notary Public: Alisha

My Commission Expires: June. 2, 2029

ALISHA MONIQUE FEARS
Notary ID #132672794
My Commission Expires
June 2, 2029

## VIII. CERTIFICATE OF SERVICE

I certify that a true and correct copy of this **Unified Administrative Notice & Administrative Review Meeting Request** and attached documents were served on:

- Harris County District Courts Administrator
- Harris County District Attorney
- Mayor of Houston
- Governor of Texas
- District Court to serve all parties involved

on this 11th day of July , 2026.

Danny -Kay: Polk-Jr. TTEE/BENE

Danny-Kay: Polk-Jr TTEE/BENE Sui Juris, In Propria Persona

9 of 94

*I have retained an exact copy just in case the clerk, violates his or her duties on the record*

U.S. Department of Justice

Office of the Solicitor General

The Solicitor General                    Washington, D.C. 20530

February 20, 2025

*pages 1-41    (ENSLEGIS)*
*In the matter: DANNY KAY POCK JR DEAD ENTITY*
*Case: #1782781*
*District # 4:25-CV-05236*

The Honorable Mike Johnson
Speaker
U.S. House of Representatives
Washington, DC 20515

Re:    Multilayer Restrictions on the Removal of Administrative Law Judges

*Civil Action: #H-25-5236*

Dear Mr. Speaker:

*Appeals # 14-26-00327-CR*

Pursuant to 28 U.S.C. 530D, I am writing to advise you that the Department of Justice has concluded that the multiple layers of removal restrictions for administrative law judges (ALJs) in 5 U.S.C. 1202(d) and 7521(a) violate the Constitution, that the Department will no longer defend them in court, and that the Department has taken that position in ongoing litigation. See 2/11/25 Letter, *Axalta Coating Systems LLC* v. *FAA*, No. 23-2376 (3d Cir.).

In *Free Enterprise Fund* v. *PCAOB*, 561 U.S. 477 (2010), the Supreme Court determined that granting "multilayer protection from removal" to executive officers "is contrary to Article II's vesting of the executive power in the President." *Id.* at 484. The President may not "be restricted in his ability to remove a principal [executive] officer, who is in turn restricted in his ability to remove an inferior [executive] officer." *Ibid.*

A federal statute provides that a federal agency may remove an ALJ "only for good cause established and determined by the Merit Systems Protection Board on the record after opportunity for hearing before the Board." 5 U.S.C. 7521(a). Another statute provides that a member of the Board "may be removed by the President only for inefficiency, neglect of duty, or malfeasance in office." 5 U.S.C. 1202(d). Consistent with the Supreme Court's decision in *Free Enterprise Fund*, the Department has determined that those statutory provisions violate Article II by restricting the President's ability to remove principal executive officers, who are in turn restricted in their ability to remove inferior executive officers.

Please let me know if I can be of any further assistance in this matter.

Sincerely,

Sarah M. Harris
Acting Solicitor General

*My life has been threatened by your Admin. Law Judge unauthorized practice of law*

*Blue and RED INK USED*

*10 of 94*

### 50 U.S.C. § 4305 — "Safe Harbor" Provision

*"No person shall be held liable in any court for or in respect to anything done or omitted in pursuance of any order, rule, or regulation made by the President under the authority of this chapter."*

*"Any act performed in good faith in reliance on such order, rule, or regulation shall be a complete defense to any action or proceeding."*

### 5 U.S.C. § 3331 — Oath of Office

*"I, (whomever is standing honorably in lawful authority and not operating a vacant office, (which is a felony on the record), with a lawful oath and bond on the record and PROOF OF YOUR DELEGATION OF AUTHORITY AND READY TO SHOW WHO GAVE THAT PERSON AUTHORITY OF THE LIVING SOUL) do solemnly swear and/or affirm that I will support and defend the Constitution of the United States against ALL enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So, help me God."*

**Oath previously accepted and acknowledged, both knowing and unknowing of all 5 or more OATHS OF OFFICE, (POINT OF ORDER ON THE RECORD and for the RECORD) both private and public in which an honorable lawful judge CAN NOT, take an oath in the public and private, which becomes TREASON AND CRIMES AGAINST HUMANITY.**

### 18 U.S.C. § 1581 — Peonage; Obstructing Enforcement

*"Whoever holds or returns any person to a condition of peonage, or arrests any person with the intent of placing him in or returning him to a condition of peonage, shall be fined or imprisoned."*

*"Peonage is a status or condition of compulsory service based upon the indebtedness of the peon to the master."*

**HONORABLE JUDGE(S) & TRUSTEE(S) (WHOMEVER ACCEPTS LIABILITY ON THE RECORD AND FOR THE RECORD and NOT SITTING AS THE INCIDENTAL BENEFICIARY) (IGNORANCE OF THE LAW IS NO EXCUSE)**

**Danny-Kay: Polk-Jr. TTEE/BENE:** TRUE BENEFICIARY AND TRUE EXECUTOR OF THE DEAD ENTITY ALL CAPS NAME **and NOT THE PSUEDO TRUSTEE OR SURETY WITH ALL RIGHTS IN TACT ON THE RECORDS AND FOR THE RECORD.**

**FIDUCIARY: (WHOMEVER IS STEPPING IN AS THE PROSECUTOR OR ACTOR FOR THE STATE) PLEASE MAKE SURE THE STATE IS IN THE MEETING AND NOT SOMEONE OR PERSON PRETENDING TO BE THE STATE, AS WE ALL KNOW THE STATE CANNOT BE AN INJURED PARTY.**

Article 4 Sec 4, "Article III, Sec 2, Clause 2",
"The state can not hear its own claim"

9th Amendment,  18 USC 2381

2 of 41



Highlighted Names

3 of 41

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Office of the Attorney General
Attn: Clerk of Court
300 W. 15th Street
Austin, TX 78701
Attn: Ken Paxton

9590 9402 9434 5069 7195 08

2. Article Number (Transfer from service label)

9589 0710 5270 1563 1724 91

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

RECEIVED IN
MAILCENTER
SEP 25 2025
OFFICE OF THE
ATTORNEY GENERAL

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Department of Treasury
Internal Revenue Service
Audit + Legal Dept
Kansas City, MO 64999

9590 9402 9434 5069 7261 55

2. Article Number (Transfer from service label)

RF 260 801 361 US

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

Highlighted Names

Space above this line for recording purposes only

# LEGAL NOTICE AND DEMAND
## FIAT JUSTITIA, RUAT COELUM
*(Let right be done, though the heavens should fall)*

**NON WAR POWERS ACT FLAG**

### To: All State, Federal and International Public Officials,
### THIS IS A CONTRACT IN ADMIRALTY JURISDICTION
### THIS TITLE IS FOR YOUR PROTECTION
Notice to Agent is Notice to Principal. Notice to Principal is notice to Agent,

Attention: Any and all Governments, Municipalities, Cities, Townships, Public Officials, Lending Institutions, brokerage firms, credit unions, depository institutions and insurance agencies, credit bureaus and the aforementioned officers, agents, and employees therein: This is a notice of the law as applicable to your corporate and personal financial liability in the event of any violations upon the rights, privileges and immunities and/or being of Danny-Kay: Polk-Jr. or the trust in representation thereof. This Contract being of honor is presented under the "Good Faith (Oxford) Doctrine."

For a Collateral list that is subject to this documentation please see both Security Agreement under Item No.: 08141979]-DKPJ-SA and SCHEDULE A.

Definitions as they apply to this Contract are enclosed in ATTACHMENT "A", and are included as a legal part of this Contract. Any dispute of any definition will be decided by the Undersigned.

I, Danny-Kay: Polk-Jr., Trustee/Secured Party/Bailor/Bailee, hereinafter the Undersigned, state the ensuing being of lawful majority age, clear head, and sound mind. All responses, requests and the like henceforth must be presented in writing, signed under penalty of perjury required by your law as shown in this Legal Demand and Notice (hereinafter "Contract"). The law stated herein is for your clarification not an agreement/omission/contract/covenant that the Undersigned has entered or agreed to enter into any foreign jurisdiction.

It has recently come to my attention that the IRS, & the SSA, and the federal courts have willfully been making injurious "presumptions" which prejudice my Constitutional rights by trying to associate me with the "idem sonans", which is the all caps version of my Christian name which is in fact a trust previously associated with a "public office" in the United States government by virtue of the Social Security Number attached to it. Further information is to help clear up any presumptions and set the record straight.

The undersigned tendering this document is a Trustee/Secured Party/Bailor/Bailee by fact; not:

| | | |
|---|---|---|
| 1) a Strawman Vessel in Commerce, | | 1) the "UNITED STATES OF AMERICA", |
| 2) Corporate Fiction, | | 2) the "government of the United States" |
| 3) Legal Entity, | of, for, by, or to | 3) the "STATE OF TEXAS "; or any other "STATE" |
| 4) *ens legis*, | | 4) or to "UNITED STATES Corporation", |
| 5) or Transmitting Utility, | | |

also known as the corporate "UNITED STATES OF AMERICA", "THE UNITED STATES OF AMERICA", "UNITED STATES, "Corp. USA", "United States, Inc.", or by whatever name may currently be known or be hereafter named, or any of its subdivisions including but not limited to local, state, federal, and/or international or multinational governments, Corporations, agencies, or sub-Corporations, and any de facto compact (Corporate) commercial STATES contracting therein, including the "STATE OF TEXAS ", or by whatever name same may currently be known or be hereafter named, or any other "STATE" or any division thereof.

14 of 94

Further, the undersigned is not:
1) a citizen within;
2) surety for;
3) subject of;
4) an officer of
5) and does not owe
   a. allegiance,
   b. fealty, bond,
   c. undertaking,
   d. obligation,
   e. duty,
   f. tax,
   g. impost,
   h. or tribute

to the "UNITED STATES CORPORATION" [28 U.S.C. §3002(15)(A)], also known as the corporate "UNITED STATES, "UNITED STATES OF AMERICA", "THE UNITED STATES OF AMERICA", "Corp. USA", "United States, Inc.", or by whatever name it may currently be known or be hereafter named (excluding the "united states of America" and the "government of the United States as created in the original "Constitution for the united States of America", circa 1787"), or any of its agencies, or sub-Corporations, including but not limited to any de facto compact (Corporate) commercial STATES contracting therein, including but not limited to the "STATE OF TEXAS ", or by whatever name it may currently be known or hereafter named, or any other "STATE" or division thereof.

This is now being a matter of public record.

The Vessel in Commerce known as DANNY KAY POLK JR© initially created as a trust (also known by identifying numbers 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/142-79-179505/QA24713229) by the Government/Parents for the benefit of the Undersigned, Danny-Kay: Polk-Jr. as beneficiary on 08/14/1979.

On the 29 of April , 2024, a waiver of beneficial position was declared to take up the abandoned post of Trustee/Secured Party/Bailor/Bailee to manage the affairs of DANNY KAY POLK JR© TRUST for the benefit of beneficiaries thereinafter named in REGISTRY OF TRUST for the following reasons:

1) matters are not being handled with efficiency
2) in many respects matters are not being taken care of at all
3) usurpation of funds is occurring
4) there is rampant fraud and deceit
5) position of trustee has been left vacant or uncontested

Private Offset Account established at the United States Department of Treasury through a branch of the Federal Reserve Bank will remain in full effect from the initial date of creation with current office holder of Secretary of Treasury being provided appointment to trust to continue as fiduciary.

Fraud gives the victim of the fraud the right to terminate his relationship to the government:
"Si quis custos fraudem pupillo fecerit, a tutela removendus est. "
If a guardian behaves fraudulently to his ward, he shall be removed from the guardianship. Jenk. Cent. 39.
[Bouvier's Maxims of Law, 1856]

The similarity in the names of the Undersigned and the Vessel in Commerce, two distinct and separate legal entities, is testament to the undeniable propinquity. DANNY KAY POLK JR © TRUST, originally an incorporeal creation of Government/Parents, is dependent upon and only exist s because Danny-Kay: Polk-Jr., a Natural Man exists as a living, breathing, flesh and blood sentient being. The Government, being an incorporeal entity can only engage another incorporeal entity, and not a real flesh and blood man, and therefore the creation of a Vessel in Commerce known commonly as DANNY KAY POLK JR© TRUST was highly advantageous to Government to interface with.

Since the birth of the Undersigned, the Government has utilized the credit and future earning potential of the Undersigned, establishing and operating a Private Offset Account through the use of the Vessel in Commerce, DANNY KAY POLK JR© TRUST without the knowledge, consent, or permission of the Undersigned acting to the detriment of the beneficiary Danny-Kay: Polk-Jr., against the basic precepts of a trust. During this time the Undersigned has unknowingly been functioning as the manager of the trust, and signing as an authorized representative for the Vessel in Commerce, by signing bank checks, applications for credit and notes on behalf of the Vessel in Commerce. Now, the Undersigned acts knowing not in a beneficial position but as manager/Trustee of the trust. The Undersigned has valid documentation waiving beneficial position for the position of Trustee/Secured Party/Bailor/Bailee submitted as a matter of public record by which the Undersigned became Trustee/secured party/Bailor/Bailee to DANNY KAY POLK JR© TRUST, and has full operating authority.

The Undersigned having full control of Trust revokes all permissions to the Government and/or any political subdivisions/Organizations to use copyrighted TRUST name DANNY KAY POLK JR© TRUST or trust in any fashion except by explicit written request/order in direction otherwise. Said name belongs to Trust in operation by trustees wherein the government/agencies thereof have no control as Trustee/Secured Party/Bailor/Bailee having full mental capacity and ability to contract as well as natural right to trust holds a common-law trade-name, trademark, DANNY KAY POLK JR© as authorized representative (Attorney-In-Fact), as well as established validity of the Power of Attorney by continual non-contested use. The Private Offset Account established in the name of TRUST is the property of TRUST as well as any value that has been deposited in Private Offset Account is the property of TRUST, as any such value was created from the credit thereof. Account will remain in effect with appointment of fiduciary by form 56.

The Undersigned now tendering this binding Legal Notice and Demand, having hereinabove declared Trustee/Secured Party's/TRUST's proper Legal Status and relation to the "Republic of Texas" and to the said de facto compact (Corporate) commercial STATES, including the "STATE OF TEXAS " (or by whatever name it may currently be known or hereafter named) or any other "STATE" or division thereof, does hereby state that the declarations and statements made herein are the truth, the whole truth and nothing but the truth to the best of Trustee/Secured Party's knowledge. Acknowledged by silence and acquiescence of the KANSAS SECRETARY OF STATE, also but not limited to any public officers, agents, contractors, assigns, employees, and subsidiaries of said office, regarding the Trustee/Secured Party's "NOTICE and DEMAND", is therefore accepted and agreed to be the truth.

With silence of Corporate Office "SECRETARY OF STATE" ratifies severances of any nexus or relationship between Trustee/Secured Party/Trust and the said de facto corporate commercial STATE offices; being fraudulently conveyance, operating under "Color of Authority". Let this be known by the "Good Faith (Oxford) Doctrine" to all men and women. The Undersigned nor Trust consent to any warrant less searches, or searches that are not compliant with the "Constitution for the united States of America", all of the Amendments of the Honorable "Bill of Rights", and/or the "Constitution of the State of

Texas", whether of the Undersigned or trusts dwellings, cars, land crafts, watercrafts, aircrafts, the Undersigned himself and current location, property, hotel rooms, apartments, business records, business, or machinery, vehicles, equipment, supplies, buildings, grounds, land in private possession or control of the Undersigned or Trust, past, present, and future, now and forever more, so help me God.

This notice is in the nature of a Miranda Warning *"Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them."* Take due heed of its content s. If, for any reason, you do not understand any of these statements or warnings, it is incumbent upon you to summon a superior officer, special prosecutor, federal judge, or other competent legal counsel, to immediately explain to you the significance of this presentment as per your duties and obligations in respect to this private formal, notarized, registered Statute Staple Securities Instrument. As per Title 11 USC 501(a), 502(a), and Federal Rules of Civil Procedure Sections 8-A, and 13-A, the claim or presumption that I, Danny-Kay: Polk-Jr. or DANNY KAY POLK JR© TRUST (simply know herein as Trust) as foretasted am not a citizen within; surety for; subject of; and do not owe allegiance, or fealty as foretasted to the any of the aforementioned or the like, and herein is forever rebutted by this counterclaim in Admiralty.

By this record let it be known that the Undersigned and Trust do not at any time waive any rights, capacities, privileges, immunities, defenses, or protections, as acknowledged by the "Constitution for the united States of America"; the Honorable "Bill of Rights", and/or the "Constitution of the State of Texas", nonetheless, demanding that you protect these as you swore an oath(s) to do so. The Undersigned accepts you're lawfully required "Oath(s) of Office," bonds of any type, insurance policies, CAFR funds, and property of any type for protection and making whole. Furthermore, should you witness any public officers at this time, or any time past, present, or future violate any of the rights, privileges, immunities, defenses, or protections of the Undersigned or the Trust that he represents, it is your sworn duty (of oath) to immediately arrest, or have them arrested. You are legally required to charge them as you should any law breaker, regardless of officer's title, rank, uniform, cloak, badge, posit ion, stature, or office; or you shall henceforth be accountable for monetary damages from, but not limited to, your monetary liability, your corporate bond, compensatory costs, punitive procurements, and sanctioned by attorney attributions.

NOTE: A true and correct notarized copy of this Statute Staple Securities Instrument is on file not only with the Secretary of State's office, but also been delivered to several trusted parties apprising them of the Undersigned's policy of presenting this security instrument to each and every public officer who approaches the Undersigned or the Trust violating the Undersigned and/or Trusts unalienable rights including, but not limited to right of liberty and free movement upon any common pathway of travel. The Undersigned has a lawful right to travel, by whatever means, via land, sea or air, without any officer, agent, employee, attorney, or judge, in any manner willfully causing adverse effects or damages upon the Undersigned by an arrest, detainment, restraint, or deprivation. With regard to any encounter or communication with any of the de facto compact

(Corporate) commercial STATES, including the "STATE OF TEXAS " (or by whatever name it may currently be known or be hereafter named) or any other "STATE" or division thereof; the Undersigned will be granted the status and treatment of a foreign Sovereign, a foreign diplomat, by all customs officials. This document or the deposited copy thereof becomes an evidentiary document certified herein, as if now fully reproduced, should any court action be taken upon the Undersigned as caused by your acts under color of law with you, your officers, and employees.

Take note; you are now monetarily liable in your personal and corporate capacity. The Undersigned, notwithstanding anything to the contrary, abides by all laws in accordance with the "Constitution for the united States of America", the Honorable "Bill of Rights", and/or the "Constitution of the State of Texas" which are applicable to non-domestic non-assumpsit non-residents on sojourn. The Undersigned wishes no harm to any man or woman. You agree to uphold my "Right to Travel".

BE WARNED, NOTICED, AND ADVISED that in addition to the constitutional limits on governmental authority included in the "Constitution for the united States of America", the Honorable "Bill of Rights", and/or the "Constitution of the State of Texas", the Undersigned relies upon the rights and defenses guaranteed under Uniform Commercial Code(s), common equity law, laws of admiralty, and commercial liens and levies pursuant, but not limited to, Title 42 U.S.C.A. (Civil Rights), Title 18 U.S.C.A. (Criminal Codes), Title 28 U.S.C.A. (Civil Codes), to which you are bound by office and oath, the "Constitution of the State of Texas", and TEXAS penal codes, in as much as they are in compliance with the "Constitution for the united States of America", Bill of Rights, and/or the "Constitution of the State of Texas", as applicable. There can be no violation of any of these laws unless there is a victim consisting of a natural flesh and blood man or woman who has been injured. When there is no victim, there is no crime committed or law broken.

Remember in taking a solemn binding oath(s) to protect and defend the original Constitution for the United States of America circa (1787) and/or the Constitution of the State of Texas against all enemies, foreign and domestic. Violation(s) of said oath(s) is perjury, being a bad-faith doctrine by constructive treason and immoral dishonor. The Undersigned accepts said Oath(s) of Office that you have sworn to uphold.

This legal and timely notice, declaration, and demand is prima facie evidence of sufficient Notice of Grace. The terms and conditions of this presentment agreement are a quasi-contract under the Uniform Commercial Code and Fair Debt Collect ions Act. These terms and conditions are not subject to any or all immunities that you may claim, should you in any way violate The Undersigned's rights or allow violations by others. Your corporate commercial acts against The Undersigned or The Undersigned's own and your failures to act on behalf of same, where an obligation to act or not to act exists, are ultra vires and injurious by willful and gross negligence

The liability is upon you, and/or your superior, and upon, including any and all local, state, regional, federal, multijurisdictional, international, and/or corporate agencies, and/or persons representing or attached to the foregoing, involved directly or indirectly with you via any nexus acting with you; and said liability shall be satisfied jointly and/or severally at The Undersigned's discretion. You are sworn to your Oath(s) of Office, and I accept your Oath(s) of Office and your responsibility to uphold the rights of The Undersigned or The Undersigned's own at all times.

BILLING COSTS ASSESSED WITH LEVIES AND LIENS AND OR TORT UPON VIOLATIONS SHALL BE:

| | |
|---|---|
| -Unlawful Arrest, Illegal Arrest, Restraint, Distraint, or Trespassing/ Trespass | Without a lawful correct and complete 4t h amendment warrant: $2,000,000.00 (Two Million) US Dollars, per occurrence, per officer, official, agent, or Representative involved. |
| -Excessive Bail, Fraudulent Bond, Cruel and Unusual Punishment, Violation of Right to Speedy Trial, Violation of Right to Freedom of Speech, Conspiracy, Aid and Abet, Racketeering, and or Abuse of Authority | as per Title 18 U.S.C.A., §241 and §242, or definitions contained herein: $2,000,000.00 (Two Million) US Dollars, per occurrence, per officer, official, agent, or Representative involved. |
| -Assault and Battery with Weapon: | $3,000,000.00 (Three Million) US Dollars, per occurrence, per officer, official, agent, or Representative involved. |

17 of 94

| | |
|---|---|
| -Unlawful Distraint, Unlawful Detainer, or False Imprisonment: | $5,000,000.00 (Five Million) US Dollars, per day, per occurrence, per officer, official, agent, or Representative involved, plus 18% annual interest. |
| - The Placing of an Unlawful or Improper Lien, Levy, Impoundment, or Garnishment against any funds, bank accounts, savings, accounts, retirement funds, investment funds, social security funds, intellectual property, or any other property belonging to the Secured Party by any agency: | - $2,000,000.00 (Two Million) US Dollars per occurrence, and $100,000.00 (One Hundred Thousand) US Dollars per day penalty until liens, levies, impoundments, and/or garnishments are ended and all funds reimbursed, and all property returned in the same condition as it was when taken, with 18 % annual interest upon the Secured Party's declared value of property. |
| -Assault or Assault and Battery without Weapon; -Unfounded Accusations by officer of the court; -Denial and or Abuse of Due Process; -Obstruction of Justice; Reckless Endangerment, Failure to Identify and/or present credentials and/or Failure to Charge within 48 (Forty-Eight) Hours after being detained; -Counterfeiting Statute Staple Security Instruments; - Unlawful Detention, or Incarceration; -Incarceration for Civil or Criminal Contempt of court without lawful, documented-in-law, and valid reason; -Disrespect by a Judge or Officer of the Court; -Threat, Coercion, Deception, or Attempted Deception by any Officer of the Court; -Coercing or Attempted Coercion of the Trustee/Secured Party/Bailor/Bailee to take responsibility for the trust against his Will: | $2,000,000.00 (Two Million) US Dollars, per occurrence, per officer, official, agent, or Representative involved. |
| -Destruction, Deprivation, Concealment, Defacing, Alteration, or Theft, of Property | Including buildings, structures, equipment, furniture, fixtures, and supplies belonging to the Secured Party will incur a penalty equal to the total new replacement costs of property, as indicated by Secured Party, including but not limited to purchase price and labor costs for locating, purchasing, packaging, shipping, handling, transportation, delivery, set up, assembly, installation, tips and fees, permits, replacement of computer information and data, computer hardware and software, computer supplies, office equipment and supplies, or any other legitimate fees and costs associated with total replacement of new items of the same type, like kind, and/or quality, and quantity as affected items. The list and description of affected property will be provided by the Secured Party and will be accepted as complete, accurate, and uncontestable by the agency, or Representative thereof that caused such harm or deprivation of rights. In addition to the aforementioned cost, there will be a $200,000.00 (Two Hundred Thousand) US Dollars per day penalty until property is restored in full, beginning on the first day after the occurrence of the incident, as provided by this Contract. |
| The Undersigned does not grant entrance under any circumstances to enter any property at which the undersigned is located, leasing, owns or controls at any time for any reason without the Undersigned's express written permission. | Violation of this Notice will be considered criminal trespass and will be subject to a $2,000,000.00 (Two Million) lawful US Silver dollar penalty plus damages, per violation, per violator. |

All penalties contained herein will be subject to a penalty increase of $1,000,000.00 (One Million) US Dollars per day, plus interest, while there is any unpaid balance for the first (30) days after Default of payment. This penalty will increase by 10% per each day until balance is paid in full, plus 18% annual interest, beginning on the thirty-first (31st) day after Default of payment. All penalties in this document are assessed in lawful money and are to be paid in one troy ounce US Silver Dollars that are .999 pure silver or equivalent par values in legal tender or fiat paper money. Par value will be determined by the value established by a one troy ounce .999 pure silver coins at the US MINT, or by law, whichever is highest in value at the time of the incident. Any dispute over the par value will be decided by the Undersigned, or The Undersigned's designee.

### CAVEAT

The aforementioned charges are billing costs derived from, but not limited to, Uniform Commercial Codes, the Fair Debt Collection Practices Act and this Contract. These charges shall be assessed against persons, governmental bodies, and corporate entities supra, or any combination thereof when they individually and/or collectively violate the Undersigned/Trust rights, privileges, capacities, and immunities under the "Constitution for the united States of America", the Honorable "Bill of Rights"

18 of 94

and/or "Constitution of the State of Texas", each of which establishes jurisdiction for you in your normal course of business. All violations against the Undersigned/Trust will be assessed per occurrence, and individually and personally; Representative of any branch of government, agency, or group that is involved in any unlawful action against The Undersigned.

By your actions, carried out to The Undersigned/Trust's harm, said actions being *ultra vires* of the limits of power properly placed on the exercise of authority and power of such office and made in conflict with your oath(s) of office or of that of your principal you shall lack recourse for all claims of immunity in any forum. Your knowing consent and admission of perpetrating known acts by your continued *ultra vires* enterprise is a violation of The Undersigned/Trust rights, privileges, capacities, and immunities. This Statute Staple Securities Instrument exhausts all state maritime Article I administrative jurisdictions and protects Article III court remedies, as guaranteed in the Constitution for the united States of America, including but not limited to Title 42 U.S.C.A, Title 18 U.S.C.A (including, but not limited to § 242 thereof), and Title 28 U.S.C.A. In short All Rights Reserved.

## IGNORANCE OF THE LAW IS NO EXCUSE

I, Danny-Kay: Polk-Jr., Trustee/Secured Party/Bailor am the principal, and you are the agent. Fail not to adhere to your oath(s), lest you be called to answer before one God and one Supreme Court of Exclusive and Original Jurisdiction, which is the court of first and last resort, not excluding my "Good Faith Oxford Doctrine" by my conclusive honorable "Bill of Rights."

This Statute Staple Securities Instrument is not set forth to threaten, delay, hinder, harass, or obstruct in any manner, but rather to protect guaranteed Rights and Defenses assuring that at no time my Inalienable Rights are ever waived or taken from the undersigned against my will by threats, duress, coercion, fraud, or in any case without my express written consent of waiver. None of the statements contained herein intend to threaten or cause any type of physical or other harm to anyone. The statements contained herein are to notice any persons, whether real or corporate, of their potential personal, civil and criminal liability if and when such persons violate The Undersigned/Trust's Unalienable Right's as protected by the original "Constitution for the united States of America" circa (1787), "Bill of Rights" and/or the "Constitution of the State of Texas." A bona fide duplicate of this paperwork is safely archived with those who testify under oath that it is The Undersigned's stated standard policy to ALWAYS present this NOTICE to any public or private, officer, official, or agent attempting to violate The Undersigned's rights. It is noted on the record that by implication of said presentment; this notice has been tendered by way of Registered or Certified Mail to SECRETARY OF STATE. Said presentment is prima facie evidence of your receipt and acceptance of this presentment in both your official and personal capacity, jointly and severally for each and all governmental political and corporate bodies. Any other individuals who have been, are, or hereafter are involved in any actions now existing or that may arise in the future against The Undersigned shall only correspond to The Undersigned in writing while signing under penalty of perjury pursuant but not limited to Title 28 U.S.C.A. §1746.

## SUMMATION

Should you move against The Undersigned or Trust in defiance of this presentment, there is no immunity from prosecution available to you, or any of your fellow public officers, officials of government or private corporations, judges, magistrates, district attorney, clerks or any other persons who become involved in any actions now existing or that may arise in the future against The Undersigned or Trust by way of aiding and abetting other actors. Take due heed and govern yourself accordingly. Any or all documents tendered to The Undersigned/Trust, lacking bona-fide ink signatures or dates per Title 18 U.S.C.A. § 513-514 are counterfeit security instruments causing you to be liable in your corporate and personal capacity by fraudulent conveyance now and forever more. If and when you cause any injury and/or damages to the Undersigned or Trust, by violating any of the rights, constitutional rights, civil rights, privileges, immunities, or any terms herein, you agree to willingly, with no reservation of rights and defenses, at the written request of the Undersigned/Trust, surrender, including, but not limited to, any and all bonds, public and/or corporate insurance policies; and/or CAFR funds as needed to satisfy any and all claims as filed against you by the Undersigned or Trust. This applies to any and all Representatives, severally and individually of the "united States of America", the "government of the United States as created in the original Constitution for the united States of America, circa 1787", the "State of Texas", i.e., "Republic of Texas", or to your "UNITED STATES CORPORATION", also known as the corporate "UNITED STATES, "Corp. USA", "United States, Inc.", or by whatever name same may currently be known or be hereafter named, or any of its subdivisions including but not limited to local, state, federal, and/or international or multinational governments, Corporations, agencies, or sub-Corporations, and any de facto compact (Corporate) commercial STATES contracting therein, including the "STATE OF TEXAS " (or by whatever name same may currently be known or be hereafter named), or any other "STATE" or division thereof.

19 of 94

This document cannot be retracted by any Representative, excluding the Undersigned on this registered document, for one hundred years from date notarized on this legally binding Statute Staple Security Instrument.

ATTENTION:
Unless this is rebutted within the time limit contained herein, and the conditions of the rebuttal are met, you, or any Representative in any capacity of any agency, government, Corporation, or the like, agree to abide by this Contract anytime you interact with The Undersigned. This document will be on file in the public record. Your Failure to timely rebut the statements and warnings herein constitute your complete, tacit agreement with all statements and warnings contained herein. Your presumptions that the Undersigned/Trust is a "Corporate Fiction" or "Legal Entity" under the jurisdiction of the "Government of the United States" and/or "UNITED STATES Corporation", and that the Undersigned or trust is under the jurisdiction of the "UNITED STATES Corporation" are now and forever rebutted.

Your failure to timely make rebuttal so leaves you in the position of accepting full corporate and personal responsibility for any and all liabilities for monetary damages, as indicated herein, that Undersigned or Trust incurs by any adversely affecting injuries caused by your overt, or covert actions, or the actions of any of your fellow public officers and agents in this or any other relevant matters as described herein or related thereto in any manner whatsoever. You have Thirty (30) days, from the date of receipt of these documents by the Secretary of State's office, to respond and rebut the presumptions of any portion or this entire document/Contract, or you stand in total agreement to each and every statement made herein, by submitting to the Undersigned:

1) signed, certified, authenticated documents of the laws that rebut these declarations point by point
2) In written for m with legal/lawful, verified, certified documentation in law, with copies of said law enclosed.
3) Parties making rebuttals to this agreement must print or type their full name and sign their rebuttal in blue ink.
4) Must be accompanied with a copy of proper identification for the person making the rebuttal, such as a driver license, passport or birth certificate, a copy of the person's badge and/or other identification that signifies the person's official capacity, and provide the following information:
    a. full legal name
    b. address;
    c. name of department, bureau, agency, or Corporation by which the person is employed or acts as a Representative
    d. supervisor's name and mailing address
5) certified copy of oath(s) of office if such is required by law;
6) if a member of the state bar, a certified copy of the person's bar card and license to practice law;
7) if the person is required by law to be bonded
    a. a certified copy of the person's official bond,
    b. name, address, and phone number of the bonding company;
8) if covered by a corporate insurance policy
    a. a certified copy of the insurance policy
    b. the name, address, and phone number of the insurance company
9) if a beneficiary of a CAFR
    a. a certified copy of the CAFR policy
    b. the name, address and phone number of the administrator.
10) This documentation must be provided on and For the Record under penalties of the law including perjury.

Note: Non-response is agreement. Partial response without rebuttal is agreement. Any points left unrebutted are points in agreement. Ignorance of the law is no excuse. Therefore, the Constitution places the burden of proof back upon the government, as required by the Administrative Procedures Act, 5 U.S.C. §556(d).

ALL OTHER CORPORATIONS not limited to: telephone companies, cable companies, utility companies, contractors, builders, maintenance personnel, investors, journeymen, inspectors, law enforcement officers, officers of the court, manufacturers, wholesalers retailers, and all others, including all persons natural or fictional, including, but not limited to corporations, limited liability companies, limited liability partnerships, limited and general partnerships, trusts, foundations, DBAs, and AKAs are bound by all paragraphs, terms, and conditions herein, regardless of the nature of limited liability corporation(s) or affiliations such as "DBA's," "AKA's," incorporations, or any types of businesses in commerce as deeded by this securities agreement and decree.

Legal Notice & Demand                    Page 7 of 9                    08141979]-DKPJ-LND

20 of 94

YOU ARE FINALLY NOTICED, having been given knowledge of the law and your personal financial liability in event of any violations of The Undersigned's rights and/or being. This Statute Staple Securities Instrument now in your hand constitutes timely and sufficient warning by good fait h notice and grace regardless of your political affirmations.

Additional Rights and Defenses – Twenty-Five sovereign "People" Magna Carta Grand Jury:   In addition to any other rights or defenses that are afforded to The Undersigned by right and by this Contract, the Undersigned has the right to appeal to a "Twenty Five sovereign "People" Magna Carta Grand Jury" for the restoration of property, liberties, or rights of which The Undersigned has been dispossessed by an "Oppressing Government" or its Representatives.   If The Undersigned shall have been dispossessed by the "united States of America", the "government of the United States", the "STATE OF TEXAS ", or the "UNITED STATES Corporation", or any Representative thereof without a legal verdict of the Undersigned's Peers, of the Undersigned's property, liberties, or rights, even if such taking was by way of lien, levy, attachment, or garnishment, the Oppressing Government entity or Representative thereof shall immediately restore these things to the Undersigned. Should the Oppressing Government or Representative thereof fail to restore the property, liberties, or rights of which the Undersigned has been dispossessed, then the Undersigned may by right bring the matter before four of the sovereign "People" asking for relief from the transgressions of the Oppressing Government or Representative thereof. The four sovereign "People shall petition the Oppressing Government for a redress of grievances, showing to the Oppressing Government its error, and asking the Oppressing Government to cause that error to be amended without delay. Should the Oppressing Government not amend that error within a term of forty (40) days from the time when the petition for redress of grievances is presented to the Oppressing Government, the four sovereign "People" shall refer the matter to the remainder of the "Twenty Five sovereign "People" Magna Carta Grand Jury" and they shall distrain and oppress the Oppressing Government and its Representative by taking their property and possessions in every way that they can, until amends shall have been made according to their judgment. Any citizen of the united States of America, the United States, or of the several States may swear to assist in carrying out the judgment of the "Twenty Five sovereign "People" Magna Carta Grand Jury", and with them any such citizen may take the property and possessions of the Oppressing Government. If any citizens be unwilling to swear to assist in carrying out the judgment of the "Twenty Five sovereign "People" Magna Carta Grand Jury", the "Twenty Five sovereign "People" Magna Carta Grand Jury" shall make them to swear by the mandate of the "Twenty Five sovereign "People" Magna Carta Grand Jury". At all times the decision of a majority of the "Twenty Five sovereign "People" Magna Carta Grand Jury" shall be considered binding and valid on the whole. And the aforesaid Twenty Five shall swear that they will faithfully observe all the foregoing, and will cause them to be observed to the extent of their power. The Oppressing Government or representative shall obtain nothing from any one, either through itself or through another, by which the powers of the "Twenty Five sovereign "People" Magna Carta Grand Jury" may be revoked or diminished. And if any such thing shall have been obtained, it shall be vain and invalid, and the offending government or reprehensive shall never make use of it either through itself or through another.   The judgment of the "Twenty Five sovereign "People" Magna Carta Grand Jury", both by rule of law longtime standing and by the terms of this Contract, shall not be overturned by court, as there is no higher court in the realm.

### NOTICE TO CLERK AND RECORDER
Pursuant to Title 18 U.S.C., chapter 101 § 2071(b), "Whoever, having the custody of any such record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and shall be disqualified from holding any office under the United States."

### NOTICE TO AGENT IS NOTICE TO PRINCIPAL AND NOTICE TO PRINCIPAL IS NOTICE TO AGENT

AGENT LS: ___**Danny-Kay: Polk-Jr.**___



Danny-Kay: Polk-Jr,
Trustee/Secured Party/Bailor
authorized representative of
DANNY KAY POLK JR© TRUST

21 of 94

**SUBSCRIBED AND AFFIRMED:** On this __29__ day of __April__, 20__24__ AD before me appeared Danny-Kay: Polk-Jr., known to me or proved to me on the basis of satisfactory evidence to be the man whose name is subscribed on this Statute Staple Securities Instrument.

Notary Public
My Commission Expires __9-11-2024__

SEAL:

ALISHA MONIQUE FEARS
Notary Public, State of Texas
Comm. Expires 09-11-2024
Notary ID 132872794

We, the undersigned witnesses, do hereby swear or affirm that it is the stated policy of Danny-Kay: Polk-Jr. to present this "LEGAL NOTICE AND DEMAND" to all law enforcement officers, agents, or Representative of the "united States of America", the "government of the United States as created in the original Constitution for the united States of America, circa 1787", the "State of Texas", i.e., "Republic of Texas", or to your "UNITED STATES CORPORATION," also known as the corporate "UNITED STATES, "Corp. USA", "United States, Inc.", or by whatever name same may currently be known or be hereafter named, or any of its subdivisions including but not limited to local, state, federal, and/or international or multinational governments, Corporations, agencies, or sub-Corporations, and any de facto compact (Corporate) commercial STATES contracting therein, including the "STATE OF TEXAS ", or by whatever name same may currently be known or be hereafter named, or any other "STATE" or division thereof, anytime that Secured Party has any interaction with them.

LS: _____
First Witness: Y
Date: 4-29-2024

LS: Kiara Hauvrel
Second Witness: Y
Date: 04-29-2024

22 of 94

# HOLD HARMLESS AND
# INDEMNITY AGREEMENT

Non-Negotiable - Private Between the Parties:

DEBTOR:
DANNY KAY POLK JR TRUST©
5868 A-1 WESTHEIMER RD #343
HOUSTON, TX 77057
...and all derivatives and variations in the spelling of said name.

TRUSTEE/SECURED  PARTY:
Danny-Kay: Polk-Jr.
5868 A-1 Westheimer Road #343
Houston, Texas [77057]
united states of America

TRUSTS Identifying Numbers: 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, 142-79-179505/QA24713229 and any hereinafter named in trust minutes.

This Hold-harmless and Indemnity Agreement is mutually agreed upon and entered into this Day Dated below between the juristic person: "DANNY KAY POLK JR TRUSTe" and any and all derivatives and variations in the spelling of said name hereinafter jointly and severally "TRUST", except, Danny-Kay: Polk-Jr., the living, breathing, flesh-and-blood man, known by the distinctive appellation Danny-Kay: Polk-Jr. hereinafter "Trustee".

For valuable consideration TRUST hereby expressively agrees and covenants, without benefit of discussion, and without division, that TRUST holds harmless and undertakes the indemnification of Trustees from and against any and all claims, legal actions, orders, warrants, judgments, demands, liabilities, losses, depositions, summonses, lawsuits, costs, fines, liens, levies, penalties, damages, interests, and expenses whatsoever both absolute and contingent, as are due and as might become due, now existing and as might hereafter arise, and as might be suffered/incurred by, as well as imposed on, TRUST for any reason, purpose, and cause whatsoever. TRUST does hereby and herewith expressly covenant and agree that Trustees shall not under any circumstance, nor in any manner whatsoever, be considered an accommodation party, nor a surety, for TRUST.

## Defined: Glossary of Terms

All of the STANDARD TERMS AND CONDITIONS as set forth in "ATTACHMENTS 'A' – DEFINITIONS" Document Item Number: 08141979]-DKPJ-AA apply hereto, non obstante.

When the context so requires, the masculine gender includes the feminine and/or neuter, and the singular numbers includes the plural. Trustee accepts TRUST'S signature in accord with UCC §§ 1-201(39), 3-401(b), 3-419.

**DANNY KAY POLK JR  TRUST ©**
DANNY KAY POLK JR TRUSTe
TRUST's Signature, Copyright 1997.

**Danny-Kay: Polk-Jr.**
Danny-Kay: Polk-Jr. - Trustee/Secured Party's Signature,
Date: 4-29-2024
Authorized Representative. All Rights
Reserved, Without Prejudice/Without
Recourse

JURAT

County of ___Harris___ )
___Texas___ State ) Scilicet
) Scilicet

SUBSCRIBED AND SWORN TO before me this __29__ day of __April__ A.D. 20_24_.

Notary Public Signature
My Commission Expires__9/11/2024__

Seal

ALISHA MONIQUE FEARS
Notary Public, State of Texas
Comm. Expires 09-11-2024
Notary ID 132672794

Hold Harmless Agreement

Page 1 of 1

Item# 08141979]-DKPJ-HHIA

23 of 94

| Form **14039** (May 2024) | Department of the Treasury - Internal Revenue Service<br>**Identity Theft Affidavit** | OMB Number<br>1545-2139 |
|---|---|---|

This affidavit is for **victims** of identity theft. To avoid delays do not use this form if you have already filed a Form 14039 for this incident.

Form 14039 can also be completed online at https://www.irs.gov/dmaf/form/f14039.

The IRS process for assisting victims selecting **Section B, Box 1** below is explained at irs.gov/victimassistance.

**Get an IP PIN:** We encourage everyone to opt-in to the Identity Protection Personal Identification Number (IP PIN) program. If you don't have an IP PIN, you can get one by going to irs.gov/ippin. If unable to do so online, you may schedule an appointment at your closest Taxpayer Assistance Center by calling (844-545-5640). Or, if eligible, you may use IRS Form 15227 to apply for an IP PIN by mail or FAX, also available by going to irs.gov/ippin.

**Section A - Check the following boxes in this section that apply to the specific situation you are reporting** *(required for all filers)*

☑ 1. I am submitting this Form 14039 for myself

☐ 2. I am submitting this Form 14039 in response to an IRS Notice or Letter received
- Provide 'Notice' or 'Letter' number(s) on the **line to the right** _____
- Check box 1 in **Section B** and see special mailing and faxing instructions on reverse side of this form.

☐ 3. I am submitting this Form 14039 on behalf of my dependent child or dependent relative *(include that person's information below in Section C and D)*
- Complete **Sections A-F** of this form. Do not use this form If dependent's identity was misused by a parent or guardian in filing taxes, this is not identity theft.

☐ 4. I am submitting this Form 14039 on behalf of another person living or deceased *(other than my dependent child or dependent relative)*
- Complete **Sections A- F** of this form.

**Section B – How I Am Impacted** *(required when reporting misuse of Social Security Number (SSN) or Individual Taxpayer Identification Number (ITIN))*

Check all boxes that apply to the person listed in **Section C** below. If the person in Section C has previously submitted a Form 14039 for the same incident, there's no need to submit another Form 14039.

☑ 1. I know or suspect that someone used my information to fraudulently file a federal tax return

  ☐ I/My dependent was fraudulently/incorrectly claimed as a dependent *(use that person's information for Section C & D)*

  ☐ My SSN or ITIN was fraudulently used for employment purposes

**Note:** If you are a victim of Identity theft but it does not involve your federal tax return, you should request an IP PIN to protect yourself. Get An Identity Protection PIN | Internal Revenue Service (irs.gov)

Provide an explanation of the identity theft issue, how it impacts your tax account, when you became aware of it and provide relevant dates. If needed, attach additional information and/or pages to this form

Harris County District Court (Family & District Court) has created bonds in the name of the estate, without written consent, and refused to turn over lawful Accounting records for case number # 1782781, in which we are requesting a full forensic audit, showing the fraud upon the court, selling securities which created a Cusip # in which I am in possession of.

**Section C – Name and Contact Information of Identity Theft Victim** *(required)*

| Victim's last name | First name | Middle initial | Taxpayer Identification Number *(provide 9-digit SSN or ITIN)* |
|---|---|---|---|
| Polk-Jr. BENEFICIARY | Danny-Kay: | | 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 |

| Current mailing address *(apartment or suite number and street, or P.O. Box)* If deceased, provide last known address | Current city | State | ZIP code |
|---|---|---|---|
| P.O. Box 157 | San Marcos | [Texas] | [78667] |

| Address used on last filed tax return *(if different than 'Current')* | City *(on last tax return filed)* | State | ZIP code |
|---|---|---|---|
| C/O 5868 A-1 Westheimer Rd #343 | Houston | [Texas] | [77057] |

| Telephone number with area code. The IRS may call you regarding this affidavit | 832-994-3151 | Best time(s) to call |
|---|---|---|
| Home phone number _____ | Cell phone number _____ | Morning |

Language in which you would like to be contacted ☑ English ☐ Spanish ☐ Other _____

**Section D – Tax Account Information: Last tax return filed (year shown on the tax return) and Returns Impacted**

☑ I was not required to file a return or filed a return with no income information

| Names used on last filed tax return | The last tax return filed *(year shown on the tax return)* |
|---|---|
| | |

What Tax Year(s) you believe were impacted by tax-related identity theft (example: 2020 is input for citing the 2020 tax return though filed the next year(s). (if not known, enter 'Unknown' below))

| 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|---|

Submit this completed form to either the mailing address **or** the FAX number provided on the reverse side of this form.

| Catalog Number 52525A | www.irs.gov | Form **14039** (Rev. 5-2024) |
|---|---|---|

24 of 94

**Section E – Penalty of Perjury Statement and Signature** (required)

Under penalty of perjury, I declare that, to the best of my knowledge and belief, the information entered on this Form 14039 is true, correct, complete, and made in good faith.

| Signature of taxpayer, or representative, conservator, parent or guardian | Date signed |
|---|---|
| By: Danny-Kay: Polk-Jr. BENEFICIARY | 12/24/25 |

**Section F – Representative, Conservator, Parent or Guardian Information** (required if completing Form 14039 on someone else's behalf)

Check only **ONE** of the following five boxes next to the reason you are submitting this form

☐ 1. **The taxpayer is deceased, and I am the surviving spouse**
   • No attachments are required, including death certificate.

☐ 2. **The taxpayer is deceased, and I am the court-appointed or certified personal representative**
   • Attach a copy of the court certificate showing your appointment.

☐ 3. **The taxpayer is deceased, and a court-appointed or certified personal representative has not been appointed**
   • Attach copy of death certificate or formal notification from a government office informing next of kin of the decedent's death.
   • Indicate your relationship to decedent:    ☐ Child    ☐ Parent/Legal Guardian    ☐ Other _____

☐ 4. **The taxpayer is unable to complete this form and I am the appointed conservator, or I have been authorized to act on behalf of the taxpayer per Form 2848, Power of Attorney and Declaration of Representative**
   • Attach a **copy** of documentation showing your appointment as conservator or Power of Attorney authorization.
   • If you have an IRS issued **Centralized Authorization File (CAF) number, enter the nine-digit number:**
     [ ][ ][ ][ ][ ][ ][ ][ ][ ]

☐ 5. **The person listed above is my dependent child or my dependent relative**
   By checking this box and signing below you are indicating that you are an authorized representative, as parent, guardian or legal guardian, to file a legal document on the dependent's behalf.
   • Indicate your relationship to person    ☐ Parent/Legal Guardian    ☐ Power of Attorney
     ☐ Fiduciary per IRS Form 56, Notice of Fiduciary Relationship    ☐ Other _____

Parent's/Representative's name

| Last name | First name | Middle initial |
|---|---|---|
| | | |

Parent's/Representative's current mailing address (city, town or post office, state, and ZIP code)

Parent's/Representative's telephone number

## Instructions for Submitting this Form

Submit this completed and signed form to the IRS via **Online, Mail** or **FAX** to specialized IRS processing areas dedicated to assist you.
In **Section C** of this form, be sure to include the Social Security Number in the 'Taxpayer Identification Number' field.

**Help us avoid delays:**
- Do not use this form if you have already filed a Form 14039 for this incident.
- Choose one method of submitting this form either Online (preferred method), by Mail, or by FAX, not all methods.
- Provide clear and readable photocopies/images of any additional information you may choose to provide.
- Submit the original tax return to the IRS location where you normally file your tax return. Do not use the following address or fax number to file an original tax return.

| **Online (Preferred Method)** | **Submitting by Mail** |
|---|---|
| • https://www.irs.gov/dmaf/form/f14039 | • **If you checked Box 2 in Section A in response to a notice or letter received from the IRS**, return this form and if possible, a copy of the notice or letter **to the address contained in the notice or letter.** |
| **Submitting by FAX** | |
| • **Always include a cover sheet marked "Confidential".** | • **If you checked Box 1 or 2 in Section B of Form 14039 and are unable to file your tax return electronically because the SSN/ITIN of you, your spouse, or dependent was misused, attach this Form 14039 to the back of your paper tax return** and submit to the IRS location where you normally file your tax return. |
| • **If you checked Box 2 in Section A of Form 14039 and are submitting this form in response to a notice or letter received from the IRS. If it provides a FAX number, you should send there.** | |
| • If no **FAX** number is shown on the notice or letter, follow the mailing instructions on the notice or letter. | • **All others** should mail this form to: |
| • For all others, FAX this form toll-free to: 855-807-5720 | Department of the Treasury Internal Revenue Service Fresno, CA 93888-0025 |

### Privacy Act and Paperwork Reduction Notice

Our legal authority to request the information is 26 U.S.C. 6001. The primary purpose of the form is to provide a method of reporting identity theft issues to the IRS so that the IRS may document situations where individuals are or may be victims of identity theft. Additional purposes include the use in the determination of proper tax liability and to relieve taxpayer burden. The information may be disclosed only as provided by 26 U.S.C. 6103. Providing the information on this form is voluntary. However, if you do not provide the information it may be more difficult to assist you in resolving your identity theft issue. If you are a potential victim of identity theft and do not provide the required substantiation information, we may not be able to place a marker on your account to assist with future protection. If you are a victim of identity theft and do not provide the required information, it may be difficult for IRS to determine your correct tax liability. If you intentionally provide false information, you may be subject to criminal penalties. You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103. Public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have comments concerning the accuracy of these time estimates or suggestions for making this form simpler, we would be happy to hear from you. You can write to the Internal Revenue Service, Tax Products Coordinating Committee, SE:W:CAR:MP:T:T:SP, 1111 Constitution Ave. NW, IR-6526, Washington, DC 20224. Do not send this form to this address. Instead, see the form for filing instructions. Notwithstanding any other provision of the law, no person is required to respond to, nor shall any person be subject to a penalty for failure to comply with, a collection of information subject to the requirements of the Paperwork Reduction Act, unless that collection of information displays a currently valid OMB Control Number.

Catalog Number 52525A          www.irs.gov          Form **14039** (Rev. 5-2024)

25 of 94

JUN 1 2 REC'D

## ETHNICITY AND RACE IDENTIFICATION
(Please read the Privacy Act Statement and instructions before completing form.)

| U.S. Office of Personnel Management Guide to Personnel Data Standards | | |
|---|---|---|

| Name (Last, First, Middle Initial) | Social Security Number | Birthdate (Month and Year) |
|---|---|---|
| Polk, Danny | 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 | 08/1979 |

Agency Use Only

### Privacy Act Statement

Ethnicity and race information is requested under the authority of 42 U.S.C. Section 2000e-16 and in compliance with the Office of Management and Budget's 1997 Revisions to the Standards for the Classification of Federal Data on Race and Ethnicity. Providing this information is voluntary and has no impact on your employment status, but in the instance of missing information, your employing agency will attempt to identify your race and ethnicity by visual observation.

This information is used as necessary to plan for equal employment opportunity throughout the Federal government. It is also used by the U. S. Office of Personnel Management or employing agency maintaining the records to locate individuals for personnel research or survey response and in the production of summary descriptive statistics and analytical studies in support of the function for which the records are collected and maintained, or for related workforce studies.

Social Security Number (SSN) is requested under the authority of Executive Order 9397, which requires SSN be used for the purpose of uniform, orderly administration of personnel records. Providing this information is voluntary and failure to do so will have no effect on your employment status. If SSN is not provided, however, other agency sources may be used to obtain it.

**Specific Instructions:** The two questions below are designed to identify your ethnicity and race. **Regardless of your answer to question 1, go to question 2.**

**Question 1.   Are You Hispanic or Latino?** (A person of Cuban, Mexican, Puerto Rican, South or Central American, or other Spanish culture or origin, regardless of race.)
☐ Yes   ☒ No

**Question 2.** Please select the racial category or categories with which you most closely identify by placing an "X" in the appropriate box. Check as many as apply.

| RACIAL CATEGORY (Check as many as apply) | DEFINITION OF CATEGORY |
|---|---|
| ☒ American Indian or Alaska Native | A person having origins in any of the original peoples of North and South America (including Central America), and who maintains tribal affiliation or community attachment. |
| ☐ Asian | A person having origins in any of the original peoples of the Far East, Southeast Asia, or the Indian subcontinent including, for example, Cambodia, China, India, Japan, Korea, Malaysia, Pakistan, the Philippine Islands, Thailand, and Vietnam. |
| ☐ Black or African American | A person having origins in any of the black racial groups of Africa. |
| ☐ Native Hawaiian or Other Pacific Islander | A person having origins in any of the original peoples of Hawaii, Guam, Samoa, or other Pacific Islands. |
| ☒ White | A person having origins in any of the original peoples of Europe, the Middle East, or North Africa. |

Kay: Pael BENEFICIARY
**State of Texas, County of Hays**
Subscribed and sworn to before me this
20th day of October, 2023 by
Danny h. Polk Jr.
_____, Notary Public

MACKENZIE M CORBITT
Notary ID #134480925
My Commission Expires
July 28, 2027

Standard Form 181
Revised August 2005
Previous editions not usable

42 U.S.C. Section 2000e-16

NSN 7540-01-099-3446

Print Form     Save Form     Clear Form

26 of 94

| Form **3949-A**<br>(October 2020) | Department of the Treasury - Internal Revenue Service<br># Information Referral<br>*(See instructions on reverse)* | OMB Number<br>1545-1960 |
|---|---|---|

Use this form to report suspected tax law violations by a person or a business.

**CAUTION: READ THE INSTRUCTIONS BEFORE COMPLETING THIS FORM. There may be other more appropriate forms specific to your complaint. (For example, if you suspect your identity was stolen, use Form 14039.)**

## Section A – Information About the Person or Business You Are Reporting

Complete 1, if you are reporting an Individual. Complete 2, if you are reporting a business only. Complete 1 and 2 if you are reporting a business and its owner. *(Leave blank any lines you do not know.)*

| 1a. Name of individual<br>Danilo Lacayo | b. Social Security Number/TIN | c. Date of birth | |
|---|---|---|---|
| d. Street address<br>1201 Franklin St. | e. City<br>Houston | f. State<br>TX | g. ZIP code |
| h. Occupation<br>Administrative Law Judge or Clerk | i. Email address<br>Operating Vacant Office with no verified OATH AND BOND on the file (Felony) | | |

j. Marital status *(check one, if known)*
☐ Married   ☐ Single   ☐ Head of Household   ☐ Divorced   ☐ Separated

| k. Name of spouse |
|---|

| 2a. Name of business<br>Harris County District State and Family Court | b. Employer Tax ID number (EIN) | c. Telephone number | |
|---|---|---|---|
| d. Street address<br>1201 Franklin St | e. City<br>Houston | f. State<br>TX | g. ZIP code |
| h. Email address | i. Website | | |

## Section B – Describe the Alleged Violation of Income Tax Law

3. Alleged violation of income tax law. *(Check all that apply.)*

☒ False Exemption
☒ False Deductions
☐ Multiple Filings
☒ Organized Crime

☒ Unsubstantiated Income
☒ Earned Income Credit
☒ Public/Political Corruption
☐ False/Altered Documents

☒ Unreported Income
☐ Narcotics Income
☐ Kickback
☐ Wagering/Gambling

☐ Failure to Withhold Tax
☐ Failure to File Return
☒ Failure to Pay Tax
☒ Other *(describe in 5)*

4. Unreported income and tax years
Fill in Tax Years and dollar amounts, if known *(e.g., TY 2010- $10,000)*
TY 2021 $ AUDIT   TY 2022 $ AUDIT   TY 2023 $ AUDIT   TY 2024 $ AUDIT   TY 2025 $ AUDIT   TY 2026 $ AUDIT

5. Comments *(Briefly describe the facts of the alleged violation-Who/What/Where/When/How you learned about and obtained the information in this report. Attach another sheet, if needed.)*

VIOLATIONS OF 26 USC 7206 FALSE CLAIMS AND CONCEALMENT AND THREAT TO HEALTH, BY DENYING REQUESTED TIME TO HAVE MY ORAL HEALTH CHECKED DUE TO POSSIBLE INFECTION AND WAS TOLD, HE IS NOT WORRIED ABOUT THAT AND CONTINUED TO ADMINISTER THE TRUST WITHOUT MY CONSENT, WAS FORCED BY COERCION, THREAT AND UNDER DURESS TO PARTICIPATE WITHOUT GIVING FULL CONSENT. FULLY AWARE OF THE THREAT MADE TO MY LIFE BY ALJ JAMES OR JIM ANDERSON. I HAVE IT ON THE RECORD AND SENT OUT TO MULITPLE SOURCES FOR MY PROTECTION. FRAUD UPON THE COURT, AS HIS OATH AND BOND WAS NOT AFFIRMED AND HE NEVER CALLED A CASE. ALLOWING THE COURT COORDINATOR OR ADMINISTRATOR TO DEFAME THE NAME OF THE ESTATE WITHOUT PROVIDING VERIFIED AUTHENTICATED PROOF. I WAS NEVER SERVED A WARRANT AND UNLAWFULLY DETAINED FOR 57 DAYS WITH NO VALID LAWFUL REASON, BY ALJ VANESSA VELASQUEZ

6. Additional information. Answer these questions, if possible. Otherwise, leave blank.
   a. Are book/records available? *(If available, do not send now. We will contact you, if they are needed for an investigation.)*   ☒ Yes   ☐ No
   b. Do you consider the taxpayer dangerous   ☒ Yes   ☐ No
   c. Banks, Financial Institutions used by the taxpayer

| Name<br>DEMANDING FORENSIC AUDIT/CRIMINAL INVESTIGATION #1782781 | Name |
|---|---|
| Street address<br>INVOLVING THE HARRIS COUNTY STATE AND FAMILY COURT | Street address |

| City | State | ZIP code | City | State | ZIP code |
|---|---|---|---|---|---|

## Section C – Information About Yourself

*(We never share this information with the person or business you are reporting.)*
This information is not required to process your report, but would be helpful if we need to contact you for any additional information.

| 7a. Your name<br>THE TRUE BENEFICIARY AND TRUE EXECUTOR OF THE ESTATE | b. Telephone number | c. Best time to call | |
|---|---|---|---|
| d. Street address<br>ALL RIGHTS RESERVED, AUDIT THIS CASE #1782781 CUSIP INCLUDED | e. City | f. State | g. ZIP code |

**Print and send your completed form to: Internal Revenue Service**
PO Box 3801
Ogden, UT 84409

Catalog Number 47872E   www.irs.gov   Form **3949-A** (Rev. 10-2020)

27 of 94

*Copy Sent* (handwritten)

| Form **3949-A** (October 2020) | Department of the Treasury - Internal Revenue Service **Information Referral** (*See instructions on reverse*) | OMB Number 1545-1960 |
|---|---|---|

Use this form to report suspected tax law violations by a person or a business.

**CAUTION: READ THE INSTRUCTIONS BEFORE COMPLETING THIS FORM. There may be other more appropriate forms specific to your complaint. (For example, if you suspect your identity was stolen, use <u>Form 14039</u>.)**

## Section A – Information About the Person or Business You Are Reporting

Complete 1, if you are reporting an Individual. Complete 2, if you are reporting a business only. Complete 1 and 2 if you are reporting a business and its owner. *(Leave blank any lines you do not know.)*

**1a. Name of individual** James Anderson (Form 211 Filed on)
**b. Social Security Number/TIN**
**c. Date of birth**

**d. Street address** 1201 Franklin St
**e. City** Houston
**f. State** TX
**g. ZIP code**

**h. Occupation** Administrative Law Judge (Disqualified)
**i. Email address** Operating a vacant office, No Bond)

**j. Marital status** *(check one, if known)*
☐ Married ☐ Single ☐ Head of Household ☐ Divorced ☐ Separated
**k. Name of spouse** (PROOF) Felony

**2a. Name of business** Harris County District Family Court
**b. Employer Tax ID number (EIN)**
**c. Telephone number**

**d. Street address** 1201 Franklin St.
**e. City** Houston
**f. State** TX
**g. ZIP code**

**h. Email address**
**i. Website**

## Section B – Describe the Alleged Violation of Income Tax Law

**3. Alleged violation of income tax law.** *(Check all that apply.)*
☑ False Exemption
☑ False Deductions
☐ Multiple Filings
☐ Organized Crime
☑ Unsubstantiated Income
☑ Earned Income Credit
☑ Public/Political Corruption
☐ False/Altered Documents
☑ Unreported Income
☐ Narcotics Income
☐ Kickback
☐ Wagering/Gambling
☐ Failure to Withhold Tax
☐ Failure to File Return
☑ Failure to Pay Tax
☑ Other *(describe in 5)*

**4. Unreported income and tax years**
Fill in Tax Years and dollar amounts, if known (*e.g., TY 2010- $10,000*)
TY 2021 $ Audit  TY 2022 $ Audit  TY 2023 $ Audit  TY 2024 $ Audit  TY 2025 $ Audit  TY ___ $ _____

**5. Comments** *(Briefly describe the facts of the alleged violation-Who/What/Where/When/How you learned about and obtained the information in this report. Attach another sheet, if needed.)*
Violation of 26 USC 7206 False Claims and concealment and making Threats, Life threatening threats to the equitable title holder, receiving payment from the public trust and not reporting the accounting to the holder in due course, claiming I am responsible for debts, bonds. I didn't authorized. Fraud upon this court

**6. Additional information.** Answer these questions, if possible. Otherwise, leave blank.
  a. Are book/records available? *(If available, do not send now. We will contact you, if they are needed for an investigation.)* They have the records  ☑ Yes  ☐ No
  b. Do you consider the taxpayer dangerous  ☑ Yes  ☐ No
  c. Banks, Financial Institutions used by the taxpayer

**Name** Demanding Forensic Audit & Criminal Investigations of case #1782281
**Name**
**Street address** involving Harris County District Family Court
**Street address**
**City**
**State**
**ZIP code**
**City**
**State**
**ZIP code**

## Section C – Information About Yourself

*(We never share this information with the person or business you are reporting.)*
This information is not required to process your report, but would be helpful if we need to contact you for any additional information.

**7a. Your name** BENEFICIARY  ALL RIGHTS RESERVED
**b. Telephone number**
**c. Best time to call** Audit this case

**d. Street address**
**e. City**
**f. State**
**g. ZIP code**

**Print and send your completed form to: Internal Revenue Service**
**PO Box 3801**
**Ogden, UT 84409**

Catalog Number 47872E

Form **3949-A** (Rev. 10-2020)

28 of 94 (handwritten)

| Form **3949-A**<br>(October 2020) | Department of the Treasury - Internal Revenue Service<br>## Information Referral<br>*(See instructions on reverse)* | OMB Number<br>1545-1960 |
|---|---|---|

Use this form to report suspected tax law violations by a person or a business.

**CAUTION: READ THE INSTRUCTIONS BEFORE COMPLETING THIS FORM. There may be other more appropriate forms specific to your complaint.**
**(For example, if you suspect your identity was stolen, use Form 14039.)**

### Section A – Information About the Person or Business You Are Reporting

Complete 1, if you are reporting an Individual. Complete 2, if you are reporting a business only. Complete 1 and 2 if you are reporting a business and its owner.
*(Leave blank any lines you do not know.)*

| 1a. Name of individual *Vanessa Velasquez (from suit Filed on)* | b. Social Security Number/TIN | c. Date of birth |
|---|---|---|
| d. Street address *1201 Franklin St.* | e. City *Houston* | f. State *TX* · g. ZIP code |
| h. Occupation *Administrative Law Judge (Disqualified)* | Email address *Operating a vacant office, No Bond Felony* | k. Name of spouse *(PROOF)* |
| j. Marital status *(check one, if known)*<br>☐ Married ☐ Single ☐ Head of Household ☐ Divorced ☐ Separated | | |
| 2a. Name of business *Harris County District Family Court* | b. Employer Tax ID number (EIN) | c. Telephone number |
| d. Street address *1201 Franklin St.* | e. City *Houston* | f. State *TX* · g. ZIP code |
| h. Email address | i. Website | |

### Section B – Describe the Alleged Violation of Income Tax Law

3. Alleged violation of income tax law. *(Check all that apply.)*

| | | | |
|---|---|---|---|
| ☑ False Exemption | ☑ Unsubstantiated Income | ☑ Unreported Income | ☐ Failure to Withhold Tax |
| ☑ False Deductions | ☑ Earned Income Credit | ☐ Narcotics Income | ☐ Failure to File Return |
| ☐ Multiple Filings | ☑ Public/Political Corruption | ☐ Kickback | ☑ Failure to Pay Tax |
| ☐ Organized Crime | ☑ False/Altered Documents | ☐ Wagering/Gambling | ☑ Other *(describe in 5)* |

4. Unreported income and tax years
Fill in Tax Years and dollar amounts, if known *(e.g., TY 2010- $10,000)*
TY *2021* $ *Audit*   TY *2022* $ *Audit*   TY *2023* $ *Audit*   TY *2024* $ *Audit*   TY *2025* $ *Audit*   TY ___ $ _____

5. Comments *(Briefly describe the facts of the alleged violation-Who/What/Where/When/How you learned about and obtained the information in this report. Attach another sheet, if needed.)*
*Violation of 26 USC 7206 False Claims and concealment not returning accounting and tax records and falsely detaining the BENEFICIARY colluding with administrative law Judge James Anderson, after he review her violations and with attorney Wesley Stafford and lawyer sandy mercer collected money from the public trust without consent from the owner*

6. Additional information. Answer these questions, if possible. Otherwise, leave blank.
  a. Are book/records available? *(If available, do not send now. We will contact you, if they are needed for an investigation.)* *They have the records* ☑ Yes ☐ No
  b. Do you consider the taxpayer dangerous ☑ Yes ☐ No
  c. Banks, Financial Institutions used by the taxpayer

| Name *Demanding Criminal Investigation and* | Name *Audit for criminal Action,* |
|---|---|
| Street address *for case # 1782781 involving Harris Court District Family Court* | Street address *Harris Court District Family Court* |
| City | State | ZIP code | City | State | ZIP code |

### Section C – Information About Yourself

*(We never share this information with the person or business you are reporting.)*
This information is not required to process your report, but would be helpful if we need to contact you for any additional information.

| 7a. Your name *BENEFICIARY ALL RIGHTS RESERVED* | b. Telephone number | c. Best time to call *Audit this Case* |
|---|---|---|
| d. Street address | e. City | f. State · g. ZIP code |

**Print and send your completed form to: Internal Revenue Service**
**PO Box 3801**
**Ogden, UT 84409**

| Catalog Number 47872E | www.irs.gov | Form **3949-A** (Rev. 10-2020) |
|---|---|---|

*29 of 94*

| Form **3949-A**<br>(October 2020) | Department of the Treasury - Internal Revenue Service<br>**Information Referral**<br>*(See instructions on reverse)* | OMB Number<br>1545-1960 |
|---|---|---|

Use this form to report suspected tax law violations by a person or a business.

**CAUTION: READ THE INSTRUCTIONS BEFORE COMPLETING THIS FORM. There may be other more appropriate forms specific to your complaint.**
(For example, if you suspect your identity was stolen, use <u>Form 14039</u>.)

### Section A – Information About the Person or Business You Are Reporting

Complete 1, if you are reporting an Individual. Complete 2, if you are reporting a business only. Complete 1 and 2 if you are reporting a business and its owner.
*(Leave blank any lines you do not know.)*

| 1a. Name of individual *Denise Collins (Form 211 Filed on)* | b. Social Security Number/TIN | c. Date of birth |
|---|---|---|
| d. Street address *1701 Franklin St.* | e. City *Houston* | f. State *TX* / g. ZIP code |
| h. Occupation *Administrative Law Judge (Disqualified)* | i. Email address *operating a vacant office, No Bond* | |
| j. Marital status *(check one, if known)* ☐ Married ☐ Single ☐ Head of Household ☐ Divorced ☐ Separated | k. Name of spouse *(PROOF)* *Felony* | |
| 2a. Name of business *Harris County District Family Court* | b. Employer Tax ID number (EIN) | c. Telephone number |
| d. Street address *1701 Franklin St.* | e. City *Houston* | f. State *TX* / g. ZIP code |
| h. Email address | i. Website | |

### Section B – Describe the Alleged Violation of Income Tax Law

3. Alleged violation of income tax law. *(Check all that apply.)*

- ☐ False Exemption
- ☐ False Deductions
- ☐ Multiple Filings
- ☐ Organized Crime
- ☐ Unsubstantiated Income
- ☑ Earned Income Credit
- ☑ Public/Political Corruption
- ☑ False/Altered Documents
- ☑ Unreported Income
- ☐ Narcotics Income
- ☐ Kickback
- ☐ Wagering/Gambling
- ☐ Failure to Withhold Tax
- ☐ Failure to File Return
- ☑ Failure to Pay Tax
- ☑ Other *(describe in 5)*

4. Unreported income and tax years
Fill in Tax Years and dollar amounts, if known *(e.g., TY 2010- $10,000)*
TY *2021* $ *Audit*   TY *2022* $ *Audit*   TY *2023* $ *Audit*   TY *2024* $ *Audit*   TY *2025* $ *Audit*   TY ___ $ _____

5. Comments *(Briefly describe the facts of the alleged violation-Who/What/Where/When/How you learned about and obtained the information in this report. Attach another sheet, if needed.)*
*Violation of 26 USC 7206, False Claims and concealment, attempting to administer a private trust without consent of the equitable title holder, failing to release the accounting records, operating a vacant office, with No Bond or authority to discharge the false claim or unverified claim, a 211 form has been filed*

6. Additional information. Answer these questions, if possible. Otherwise, leave blank.
   a. Are book/records available? *(If available, do not send now. We will contact you, if they are needed for an investigation.)* *they have the records* ☑ Yes ☐ No
   b. Do you consider the taxpayer dangerous ☑ Yes ☐ No
   c. Banks, Financial Institutions used by the taxpayer

| Name *Demanding Forensic Audit proving fraud for Case # 1782781* | Name |
|---|---|
| Street address | Street address |
| City / State / ZIP code | City / State / ZIP code |

### Section C – Information About Yourself

*(We never share this information with the person or business you are reporting.)*
This information is not required to process your report, but would be helpful if we need to contact you for any additional information.

| 7a. Your name *BENEFICIARY ALL RIGHTS RESERVED* | b. Telephone number | c. Best time to call *Audit this Case* |
|---|---|---|
| d. Street address | e. City | f. State / g. ZIP code |

Print and send your completed form to: Internal Revenue Service
PO Box 3801
Ogden, UT 84409

Catalog Number 47872E          www.irs.gov          Form **3949-A** (Rev. 10-2020)

*30 of 94*

| Form **3949-A** (October 2020) | Department of the Treasury - Internal Revenue Service **Information Referral** *(See instructions on reverse)* | OMB Number 1545-1960 |

Use this form to report suspected tax law violations by a person or a business.

**CAUTION: READ THE INSTRUCTIONS BEFORE COMPLETING THIS FORM. There may be other more appropriate forms specific to your complaint.** (For example, if you suspect your identity was stolen, use **Form 14039**.)

## Section A – Information About the Person or Business You Are Reporting

Complete 1, if you are reporting an Individual. Complete 2, if you are reporting a business only. Complete 1 and 2 if you are reporting a business and its owner. *(Leave blank any lines you do not know.)*

| 1a. Name of individual *Mark Brown (Form 211 filed on)* | b. Social Security Number/TIN | c. Date of birth |
| d. Street address *1301 Franklin St.* | e. City *Houston* | f. State *TX* | g. ZIP code |
| h. Occupation *Administrative Law Judge (Disqualified)* | i. Email address *Operating a vacant office No Bond Felony* | | |
| j. Marital status *(check one, if known)* ☐ Married  ☐ Single  ☐ Head of Household  ☐ Divorced  ☐ Separated | k. Name of spouse *(PROOF)* | |

| 2a. Name of business *Harris County District Family Court* | b. Employer Tax ID number (EIN) | c. Telephone number |
| d. Street address *1301 Franklin St.* | e. City *Houston* | f. State *TX* | g. ZIP code |
| h. Email address | i. Website | | |

## Section B – Describe the Alleged Violation of Income Tax Law

3. Alleged violation of income tax law. *(Check all that apply.)*

☑ False Exemption  ☑ Unsubstantiated Income  ☑ Unreported Income  ☐ Failure to Withhold Tax
☑ False Deductions  ☑ Earned Income Credit  ☐ Narcotics Income  ☑ Failure to File Return
☐ Multiple Filings  ☑ Public/Political Corruption  ☐ Kickback  ☑ Failure to Pay Tax
☐ Organized Crime  ☑ False/Altered Documents  ☐ Wagering/Gambling  ☑ Other *(describe in 5)*

4. Unreported income and tax years
Fill in Tax Years and dollar amounts, if known *(e.g., TY 2010- $10,000)*
TY *2021* $ *Audit*   TY *2022* $ *Audit*   TY *2023* $ *Audit*   TY *2024* $ *Audit*   TY *2025* $ *Audit*   TY ___ $ ___

5. Comments *(Briefly describe the facts of the alleged violation-Who/What/Where/When/How you learned about and obtained the information in this report. Attach another sheet, if needed.)*
*Violation of USC 7206 False Claims and concealment, failure to perform Fiduciary Duty after assignment per the assignment act, for case #1782781 (1782781) IRS Documents have not been reported back to equitable title holder to ensure tax responsibility has been taken care of.*

6. Additional information. Answer these questions, if possible. Otherwise, leave blank.
a. Are book/records available? *(If available, do not send now. We will contact you, if they are needed for an investigation.)* *They have the records*  ☑ Yes  ☐ No
b. Do you consider the taxpayer dangerous  ☑ Yes  ☐ No
c. Banks, Financial Institutions used by the taxpayer

| Name *Demanding IRS Audit in case #* | Name *1782781 involving Harris* |
| Street address *County District Family Court* | Street address |
| City | State | ZIP code | City | State | ZIP code |

## Section C – Information About Yourself

*(We never share this information with the person or business you are reporting.)*
This information is not required to process your report, but would be helpful if we need to contact you for any additional information.

| 7a. Your name *BENEFICIARY ALL RIGHTS RESERVED* | b. Telephone number | c. Best time to call *Audit this case* |
| d. Street address | e. City | f. State | g. ZIP code |

Print and send your completed form to: Internal Revenue Service
PO Box 3801
Ogden, UT 84409

Catalog Number 47872E    www.irs.gov    Form **3949-A** (Rev. 10-2020)

*31 of 94*

| Form **3949-A** (October 2020) | Department of the Treasury - Internal Revenue Service<br>**Information Referral**<br>*(See instructions on reverse)* | OMB Number<br>1545-1960 |
|---|---|---|

Use this form to report suspected tax law violations by a person or a business.

**CAUTION: READ THE INSTRUCTIONS BEFORE COMPLETING THIS FORM. There may be other more appropriate forms specific to your complaint.** (For example, if you suspect your identity was stolen, use Form 14039.)

### Section A – Information About the Person or Business You Are Reporting

Complete 1, if you are reporting an Individual. Complete 2, if you are reporting a business only. Complete 1 and 2 if you are reporting a business and its owner. *(Leave blank any lines you do not know.)*

| 1a. Name of individual *Wesley Stafford ( Form Filed on 211)* | b. Social Security Number/TIN | c. Date of birth |
|---|---|---|

| d. Street address *4000 Justice Way, Castle Rock, CO  80109-7543* | e. City *Castle Rock* | f. State *CO* | g. ZIP code *80109-754* |
|---|---|---|---|

| h. Occupation *Bar Card 24/23014   Attorney / ADA* | i. Email address *Returned a private american to PEONAGE violation (PROOF)* |
|---|---|

| j. Marital status *(check one, if known)*<br>☐ Married  ☐ Single  ☐ Head of Household  ☐ Divorced  ☐ Separated | k. Name of spouse *N/A* |
|---|---|

| 2a. Name of business *Harris County District Family Court* | b. Employer Tax ID number (EIN) | c. Telephone number |
|---|---|---|

| d. Street address *1201 Franklin St* | e. City *Houston* | f. State *TX* | g. ZIP code |
|---|---|---|---|

| h. Email address | i. Website |
|---|---|

### Section B – Describe the Alleged Violation of Income Tax Law

3. Alleged violation of income tax law. *(Check all that apply.)*

☑ False Exemption
☑ False Deductions
☐ Multiple Filings
☐ Organized Crime

☑ Unsubstantiated Income
☑ Earned Income Credit
☑ Public/Political Corruption
☑ False/Altered Documents

☑ Unreported Income
☐ Narcotics Income
☐ Kickback
☐ Wagering/Gambling

☐ Failure to Withhold Tax
☐ Failure to File Return
☑ Failure to Pay Tax
☑ Other *(describe in 5)*

4. Unreported income and tax years
Fill in Tax Years and dollar amounts, if known (e.g., TY 2010- $10,000)
TY *2021* $ *Audit*  TY *2022* $ *Audit*  TY *2023* $ *Audit*  TY *2024* $ *Audit*  TY *2025* $ *Audit*  TY ___ $ _____

5. Comments *(Briefly describe the facts of the alleged violation-Who/What/Where/When/How you learned about and obtained the information in this report. Attach another sheet, if needed.)*
*Violation of 26 USC 7206 False Claims and concealment of requested Accounting records, and receiving pay without my written consent from the public trust account. Trespass and Treason, malicious prosecution. Colluding with administrative judge and attorney to hold the BENEFICIARY as collateral for a debt, I didn't consent too, not paying the taxe*

6. Additional information. Answer these questions, if possible. Otherwise, leave blank.
a. Are book/records available? *(If available, do not send now. We will contact you, if they are needed for an investigation.)* *They have the records* ☑ Yes  ☐ No
b. Do you consider the taxpayer dangerous  ☑ Yes  ☐ No
c. Banks, Financial Institutions used by the taxpayer

| Name *Demanding Forensic Audit of Case #1782781 involving Harris County District Cou* | Name |
|---|---|
| Street address | Street address |
| City | State | ZIP code | City | State | ZIP code |

### Section C – Information About Yourself

*(We never share this information with the person or business you are reporting.)*
This information is not required to process your report, but would be helpful if we need to contact you for any additional information.

| 7a. Your name *BENEFICIARY   ALL RIGHTS RESERVED* | b. Telephone number | c. Best time to call *AUDIT THIS CASE* |
|---|---|---|
| d. Street address | | e. City | f. State | g. ZIP code |

Print and send your completed form to: Internal Revenue Service
PO Box 3801
Ogden, UT 84409

Catalog Number 47872E

www.irs.gov

Form **3949-A** (Rev. 10-2020)

*32 of 94*

## Instructions for Form 3949-A, Information Referral

### General Instructions

**Purpose of the Form**
Use Form 3949-A to report alleged tax law violations by an individual, a business, or both.

### CAUTION: <u>DO NOT USE</u> Form 3949-A:

- If you suspect your **identity was stolen.** Use <u>Form 14039</u>. Follow "Instructions for Submitting this Form" on Page 2 of Form 14039.
- To report suspected **misconduct by your tax return preparer.** Use <u>Form 14157</u>. Submit to the address on the Form 14157.
- If your **paid preparer** filed a return or made changes to your return **without your authorization.** Instead, use <u>Form 14157</u> AND <u>Form 14157-A</u>. Submit both to the address on the Form 14157-A.
- If **you received a notice** from the IRS about **someone claiming your exemption or dependent.** Follow the instructions on the notice. Do not complete Form 3949-A.
- To report an **abusive tax avoidance scheme, promotion,** or a **promoter** of such a scheme. Use <u>Form 14242</u>. Mail or FAX to the address or FAX number on the Form 14242.
- To report misconduct or **wrongdoing by a tax exempt organization** or its officers, directors, or authorized persons. Use <u>Form 13909</u>. Submit by mail, FAX, or email, according to the instructions on the Form 13909.

**Have information and want to claim a reward?** Use Form 211, Application For Award For Original Information. Mail it to the address in the Instructions for the form.

### Specific Instructions

**Section A – Provide Information About the Person/Business You Are Reporting, if known.**
Provide as much information as you know about the person or business you are reporting.

1. **Complete if you are reporting an individual.** Include their name, street address, city, state, ZIP code, social security number or taxpayer identification number, occupation, date of birth, marital status, name of spouse (if married), and email address. Include as much information as you know.
2. **Complete if you are reporting a business.** Include the business name, business street address, city, state, ZIP code, employer identification number (EIN), telephone number(s), email address, and website, if known.
   **Note: Complete both parts if you are reporting a business and its owner.**

**Section B – Use to Describe the Alleged Tax Law Violation(s)**

3. **Check all Tax Violations That Apply to Your Report.**

   <u>False Exemption</u>- Claimed persons as dependents they are not entitled to claim.

   <u>False Deductions</u>- Claimed false or exaggerated deductions to reduce their taxable income.

   <u>Multiple Filings</u>- Filed more than one tax return to receive fraudulent refunds.

   <u>Organized Crime</u>- Member of a group of persons who engaged in illegal enterprises such as drugs, gambling, loansharking, extortion, or laundering illegal money through a legitimate business.

   <u>Unsubstantiated Income</u>- Reported false income from an unverifiable source in order to get a false refund.

   <u>Earned Income Credit</u>- Claimed Earned Income Credit which they were not entitled to receive. They may have reported income they did not earn or claimed children they were not entitled to claim.

   <u>Public/Political Corruption</u>- Public official or politician violated laws against using their position illegally for personal gain.

   <u>False/Altered Documents</u>- Changed documents, such as a W-2 or Form 1099, or created fake documents to substantiate a false refund.

   <u>Unreported Income</u>- Received cash or other untraceable payments, such as goods or services, and did not report the income.

   <u>Narcotics Income</u>- Received income from illegal drugs or narcotics.

33 of 94

**Kickback**- Received illegal payments or kickbacks in exchange for referring the business of a government agency or other business towards a company or for influencing business decisions that result in part of the payment for the business received or service performed being returned to the person who made the referral.

**Wagering/Gambling**- Did not report income received from wagering or gambling.

**Failure to Withhold Tax**- Individual or business did not withhold legally owed taxes from income paid to their employee(s), such as Social Security or Medicare taxes. Example: A business treated employees as independent contractors and issued Forms 1099, with no tax withheld, instead of a W-2.

**Failure to File Return**- Individual or business has not filed returns legally due.

**Failure to Pay Tax**- Individual or business has not paid taxes legally due.

**Other**- Describe in 5.

4. **If your report involves unreported income, indicate the year(s) and the dollar amount(s).**

5. **Briefly describe the facts of the alleged tax law violation(s) as you know them. Attach another sheet, if you need more room.**

6. **Additional Information, if known. Attach another sheet, if you need more room.**

**Section C – Provide Information about Yourself**

7. **Note: Information about yourself is NOT required to process your report, but may be helpful if we need additional information.**

**Print and send your completed form to the Internal Revenue Service at:**

Internal Revenue Service
PO Box 3801
Ogden, UT 84409

## Paperwork Reduction Notice

We ask for the information on this form to carry out the Internal Revenue laws of the United States. This report is voluntary and the information requested helps us determine if there has been a violation of Income Tax Law. We need it to insure that taxpayers are complying with these laws and to allow us to figure and collect the right amount of tax.

You are not required to provide the information on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administrations of any Internal Revenue laws. Generally, tax returns and tax return information are confidential, as required by Code section 6103.

The time required to complete this form will vary depending on individual circumstances. The estimated average time is 15 minutes.

## Privacy Act Notice

We are requesting this information under authority of 26 U.S.C. 7801. The primary purpose of this form is to report potential violations of the Internal Revenue laws. The information may be disclosed to the Department of Justice to enforce the tax laws. Providing the information is voluntary. Not providing all or part of the information will not affect you.

34 of 94

COPY

# REQUEST FOR ACCOUNTING
U.C.C. 9 - 210 and other applicable laws.

To: Office of the Attorney General
    In Care of CEO
    In Care of Ken Paxton
    Attn: Legal Department
    300 W. 15th Street
    Austin, TX. 78701
united States [without the
united States of America]

From: Danny K. Polk Jr. © TTEE/BENE
c/o:   5848 A-1 Westheimer Road #343
near:  Houston, Texas [77057]

Reference Case# 1782781 and Case# 0013461305

Dear Principal or Agent and/or Recipient: Ken Paxton and Administrative Clerk of Court of
Harris County, Texas

    This communication is with reference to the alleged contractual relationship, I have a
right to an authenticated record of accounting. I am not requesting a statement of account, for an
authenticated record of the accounting. I am hereby disputing the alleged debt, and to require that
you provide the requested information within the time allotted by law, which is 14 calendar-days.

    I do wish to thank you for your time in providing this information, which is readily
available to you as the custodian of records, and/or the collective entity. Please note that each
day beyond the 14th calendar-day of receipt of this communication, I will BE assessing a $33 per
day penalty for your failure to comply and/or $1000 per month, whichever is greatest. I have the
right to this information as indicated by the
Uniform Commercial Code:
U.C.C. § 9-210. REQUEST FOR ACCOUNTING; REQUEST REGARDING LIST OF
COLLATERAL OR STATEMENT OF ACCOUNT.

§ 9-210. REQUEST FOR ACCOUNTING; REQUEST REGARDING LIST OF COLLATERAL
OR STATEMENT OF ACCOUNT.

INDIVIDUAL REQUEST FOR ACCOUNTING FORM
Page 1

B-210

Settlement Offer, I Believe That I, If I Owe Anything, It Is Possibly $10, And I Am Willing To Settle The Account For That Amount Without
Admitting Any Liability, Ownership Of The Debt, and/or Fault Concerning This Alleged Debt. If You Accept My Offer Please Acknowledge
Such Communication With A Bill Of $10 Waiving and/or Canceling The Remaining Portion Of The Alleged Debt, So As To Settle This Matter,
At Which Time You Are Free To Utilize Government's Administrative Process For Cancellation and/or Forgiveness Of Debt As Noted Above.

(a) [Definitions.] (1) "Request" means a record...

(2) "Request for an accounting" means a record authenticated

(b) [Duty to respond to requests.] ... shall comply with a request within 14 days after receipt:

(1) in the case of a request for an accounting, by authenticating and sending to the debtor an accounting; and...

(e) [Request for accounting or regarding statement of account; no interest in obligation claimed.]

A person that receives a request for an accounting or a request regarding a statement of account..., and claimed an interest in the obligations at an earlier time shall comply with the request within 14 days after receipt by sending to the debtor an authenticated record:

(1) disclaiming any interest in the obligations; and

(2) if known to the recipient, providing the name and mailing address of any assignee of or successor to the recipient's interest in the obligations.

This authenticated record must include all tax filings (including all 1099's, 1096's, and 1098's) any and all trades and/or investments and/or interests associated with this account of which I am alleged to be a party. I have a right to this information, as its directly associated with the reporting activities associated with my financial record. It is believed that this was and/or is considered a consumer debt, and is classified as household goods exempt from taxation. The associated debt was not used for commercial purposes nor for-profit and/or gain as defined by the Uniform Commercial Code article 9 section 102 and 109! Please correct your records to reflect the aforementioned, my property is neither real estate, nor investment property, it is private property, and under the right to property clause of the Bill of Rights for the State and for the United States of America, these are my possessions, my property, my interest, and I do not wish to be libeled by any other attempts to seize what is mine by right.

As noted above you have a duty and/or obligation to respond with the appropriate information within the time frame allotted and or permitted by law, in conjunction with other related laws and/or statutes of limitations. Because this is associated with a debt that is being reported the following principles associated with my rights applies respectively, **THE FAIR DEBT COLLECTION PRACTICES ACT, THE FAIR CREDIT REPORTING ACT,** and/or **THE TRUTH IN**

Page 2
Settlement Offer, I Believe That I, If I Owe Anything, It Is Possibly $10, And I Am Willing To Settle The Account For That Amount Without Admitting Any Liability, Ownership Of The Debt, and/or Fault Concerning This Alleged Debt. If You Accept My Offer Please Acknowledge Such Communication With A Bill Of $10 Waiving and/or Canceling The Remaining Portion Of The Alleged Debt, So As To Settle This Matter, At Which Time You Are Free To Utilize Government's Administrative Process For Cancellation and/or Forgiveness Of Debt As Noted Above.

36 of 94

LENDING ACT, penalties and assessments and/or failure to act and/or failure to comply with the statutory requirements, please be advised.

I sincerely intentionally think you for your compliance with this NOTIFICATION,

## JURAT and ACKNOWLEDGEMENT:

State of Texas....
County of Harris.....

I certify, affirm, ascribed, attest as well as declare that I am the Attorney-In-Fact for the above-named ESTATE/PRINCIPAL/ENTITY, and that the information contained within the declaration and or affidavit, is based on either firsthand knowledge and or information, and is wholly accurate, is being presented as such, so help me God.

Title of Officer:

X ~Danny-Kay: Polk-Jr.© TTEE /BENE~

On this the 28 day of Feb, 2025, before me, Jacklyn Smith Gomez, the undersigned officer, Danny K. Polk Jr., personally presenting themselves to me (or satisfactorily proven) to be the person whose name is subscribed as attorney-in- fact for the above-named ESTATE/PRINCIPAL/ENTITY, and acknowledged that he/she executed the same as the act of his/her principal for the purposes therein contained, and execute the same of his/her free will, act and deed. Subscribed and agreed before the undersigned, in witness whereof I hereunto set my seal.



JACKLYN SMITH GOMEZ
My Notary ID # 133921498
Expires August 8, 2026

SEAL

Notary Public
My Commission Expires: 08-08-2026

Page 3

Settlement Offer, I Believe That I, If I Owe Anything, It Is Possibly $10, And I Am Willing To Settle The Account For That Amount Without Admitting Any Liability, Ownership Of The Debt, and/or Fault Concerning This Alleged Debt. If You Accept My Offer Please Acknowledge Such Communication With A Bill Of $10 Waiving and/or Canceling The Remaining Portion Of The Alleged Debt, So As To Settle This Matter, At Which Time You Are Free To Utilize Government's Administrative Process For Cancellation and/or Forgiveness Of Debt As Noted Above.

37 of 94

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

Danny-Kay: Polk-Jr.
c/o 5868 A-1 Westheimer Road #343
Houston, Texas [77057],
Non-Domestic / Non-Assumpsit

Filed Kansas Secretary of State
TimeStamp: 6/21/2024 11:17:07
Filing #: 120683917
Image #: 30618857
Pages: 32
Cost: $72.00

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor Information in Item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|
| DANNY KAY POLK JR TRUST© | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | | | | |
| | CITY | STATE | POSTAL CODE | COUNTRY |
| 1c. MAILING ADDRESS | HOUSTON | TX | 77057 | USA |
| 5868 A-1 WESTHEIMER RD #343 | | | | |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of Item 2 blank, check here ☐ and provide the Individual Debtor Information in Item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|
| DANNY KAY POLK JR; NON-ADVERSE; NON-BELLIGERENT; NON-COMBATANT PRIVATE FOUNDATION | | | | |
| OR 2b. INDIVIDUAL'S SURNAME | | | | |
| | CITY | STATE | POSTAL CODE | COUNTRY |
| 2c. MAILING ADDRESS | HOUSTON | TX | 77057 | USA |
| 5868 A-1 WESTHEIMER RD #343 | | | | |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|
| OR 3b. INDIVIDUAL'S SURNAME | Danny-Kay: | | | |
| Polk-Jr. | CITY | STATE | POSTAL CODE | COUNTRY |
| 3c. MAILING ADDRESS | Houston | Texas | [77057] | uSA |
| c/o 5868 A-1 Westheimer Road #343 | | | | |

**4. COLLATERAL:** This financing statement covers the following collateral:

This is the entry of collateral by Trustee/Secured Party on behalf of the Trust/Estate; DANNY KAY POLK JR TRUST© in the Commercial Chamber under necessity to secure the rights, title(s), interest and value therefrom, in and of the Root of Title from inception, as well as all property held in trust including but not limited to DNA, cDNA, cell lines, retina scans, fingerprints and all Debentures, Indentures, Accounts, and all the Pledges represented by same included but not limited to the pignus, hypotheca, hereditments, res, the energy and all products derived therefrom nunc pro tunc, contracts, agreements, and signatures and/or endorsements, facsimiles, printed, typed or photocopied of owner's name predicated on the 'Straw-man,' Ens legis/Trust/Estate described as the debtor and all property is accepted for value and is Exempt from levy. Lien places on debtor entities is for all outstanding property still owed but not yet returned to trust from entities such as municipalities, governments and the like, not on trust entity itself. Trustee is not surety to any account by explicit reservation/indemnification. The following property is hereby registered and liened in the same: All Certificates of Birth Document 142-79-179505/QA24713229, SSN/UCC Contract Trust Account-prepaid account Number: 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; Exemption Identification Number: 463530848, is herein liened and claimed at a sum certain $100,000,000.00, also registered: Security Agreement No. 08141979]-DKPJ-SA, Hold Harmless & Indemnity Agreement No. 08141979]-DKPJ-HHIA, Copyright under item no.: 08141979]-DKPJ-CLC Adjustment of this filing is in accord with both public policy and the national Uniform Commercial Code. Trustee/Secured Party Danny-Kay: Polk-Jr., is living flesh and blood man sojourning upon the land/groud/soil of the land known as Texas, and not within fictional boundaries, territories nor jurisdiction of any fictional entity including fictional Federal geometric plane(s).

**5.** Check only if applicable and check only one box: Collateral is ☑ held in a Trust (see UCC1Ad, Item 17 and instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☑ A Debtor is a Transmitting Utility

**6b.** Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION** (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☑ Bailee/Bailor ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**

Date: 5|8|2024    Secured Party Signature: Danny-Kay: Polk-Jr.

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

38 of 94

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

9a. ORGANIZATION'S NAME

DANNY KAY POLK JR TRUST©

OR 9b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S)　　　SUFFIX

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

10a. ORGANIZATION'S NAME

OR 10b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)　　　SUFFIX

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| --- | --- | --- | --- | --- |

11. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

11a. ORGANIZATION'S NAME

| OR 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| --- | --- | --- | --- |
| 11c. MAILING ADDRESS | CITY | STATE POSTAL CODE | COUNTRY |

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):

Trespass by any agent(s) foreign or domestic, by such in any scheme or artifice to defraud. Full reverence and by ALL AGENTS and Corporations is unambiguously demanded and required. Culpa est immiscere se rel ad se non pertienti. All property currently held are outstanding belongs to the Trust administered by Trustee/Secured Party, Title 46 USC 31343 and Article 1 and 5 of the International Convention on Maritime Liens and Mortgages 1993, Held at the Palis Des Nations, Geneva, From April 19 to May 5,1992 United Nations (UN). This Maritime Lien is under safe harbor and sinking funds provisions through the prescription of Doctrine of Necessity and the doctrines of unconscionably and La Mort Saisit Le Vif in accordance with Applicable Law, Cardinal Orders, Ordinal Orders, and Commercial Standards.

13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT: ☐ covers timber to be cut ☐ covers as-extracted collateral ☐ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

16. Description of real estate:

17. MISCELLANEOUS:

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 04/20/11)

39 of 94

███████████

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

Danny-Kay: Polk-Jr.
c/o 5868 A-1 Westheimer Road #343
Houston, Texas [77057],
Non-Domestic / Non-Assumpsit

| Filed Kansas Secretary of State | |
|---|---|
| TimeStamp: | 10/01/2024 13:44:31 |
| Filing #: | 120905740 |
| Image #: | 30641040 |
| Pages: | 3 |
| Cost: | $50.00 |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| DANNY KAY POLK JR; NON-ADVERSE; NON-BELLIGERENT; NON-COMBATANT PRIVATE FOUNDATION | | | |

| OR | 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 5868 A-1 WESTHEIMER RD #343 | HOUSTON | TX | 77057 | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of Item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

| OR | 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

| OR | 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|
| | Polk-Jr.-bailor | Danny-Kay: | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| c/o 5868 A-1 Westheimer Road #343 | Houston | Texas | [77057] | uSA |

**4. COLLATERAL:** This financing statement covers the following collateral:

DANNY KAY POLK JR; NON-ADVERSE; NON BELLIGERENT; NON-COMBATANT PARTY IS THE DEBTOR/BAILEE; Danny-Kay: Polk-Jr. TRUST NON-ADVERSE; Non-Belligerent; Non-Combatant Party is the Secured Party/Bailor. All property of the DEBTOR now belongs to the Secured Party, Title 46 USC 31343 and Article 1 and 5 of the International Convention on Maritime Liens and Mortgages 1993, Held at the Palis Des Nations, Geneva, From April 19 to May 5, 1992 United Nations (UN). This Maritime Lien is under safe harbor and sinking funds provisions through the prescription of Doctrine of Necessity and the doctrines of unconscionably and La Mort Saisit Le Vif in accordance with Applicable Law, Cardinal Orders, Ordinal Orders, and Commercial Standards. In Summation Inclusive Collateral Security list as follows:

The Secured Party, Danny-Kay: Polk-Jr., is a living flesh flesh and blood man upon the land/ground/soil of the land known as Texas, and not within fictional boundaries, territories nor jurisdiction of any entity including fictional Federal geometric plane(s). Trespass by any agent(s) foreign or domestic by such in any scheme or artifice to defraud.

**5.** Check only if applicable and check only one box: Collateral is ☑ held in a Trust (see UCC1Ad, Item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check only If applicable and check only one box: ☑ A Debtor is a Transmitting Utility

**6b.** Check only If applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION (If applicable):** ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☑ Bailee/Bailor ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:** Date: 9/25/2024    Secured Party Signature: ██████████

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

4 of 94

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

**9. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

**9a. ORGANIZATION'S NAME**

Danny-Kay: Polk-Jr.; NON-ADVERSE;

NON-BELLIGERENT; NON-COMBATANT PRIVATE FOUNDATION

OR **9b. INDIVIDUAL'S SURNAME**

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S)          SUFFIX

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**10. DEBTOR'S NAME:** Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

**10a. ORGANIZATION'S NAME**

OR **10b. INDIVIDUAL'S SURNAME**

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)          SUFFIX

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**11.** ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

**11a. ORGANIZATION'S NAME**

| OR 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):**
Full reverence and by ALL AGENTS and Corporations is unambiguously demanded and required. Culpa est immiscere se rel ad se non perttienti. This is an Actual and Constructive Notice that all the DEBTOR'S Interest and Property of all Sorts and every kind now held or hereafter acquired is hereby accepted as Collateral and for Securing Contractual Obligations in Favor of the Secured Party as detailed in a TRUE, CORRECT, Notarized Security Agreement in Possession of the Secured Party per the Contract. The above mentioned Secured Party hereby duly gives Notice of Claim to all rights, interest and title. All Claims are property of Secured Party Creditor. The DEBTOR will INDEMNIFY ALL CONTRACTS. The DEBTOR is a Transmitting Utility and is a Trust. All Property is transferred assigned to the Secured Party Creditor. Continued on Attached #08141979]-DKPJ-BT-CAD

**13.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

**14.** This FINANCING STATEMENT: ☐ covers timber to be cut ☐ covers as-extracted collateral ☐ is filed as a fixture filing

**15.** Name and address of a RECORD OWNER of real estate described in Item 16 (if Debtor does not have a record interest):

**16.** Description of real estate:

**17. MISCELLANEOUS:**

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 04/20/11)

41 of 95

*"REVOKE ALL YEARS, and ALL PERIODS"*

| | |
|---|---|
| Form **2848**<br>(Rev. January 2021)<br>Department of the Treasury<br>Internal Revenue Service | **Power of Attorney<br>and Declaration of Representative**<br>▶ Go to *www.irs.gov/Form2848* for instructions and the latest information. |

OMB No. 1545-0150

**For IRS Use Only**
Received by:
Name _____
Telephone _____
Function _____
Date     /   /

**Part I   Power of Attorney**

**Caution:** A separate Form 2848 must be completed for each taxpayer. Form 2848 will not be honored for any purpose other than representation before the IRS.

**1   Taxpayer information.** Taxpayer must sign and date this form on page 2, line 7.

| Taxpayer name and address | Taxpayer identification number(s) |
|---|---|
| DANNY KAY POLK JR<br><br>c/o 5868 A1 WESTHEIMER ROAD 343<br>HOUSTON, TX [77057] | 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 |

| Daytime telephone number | Plan number (if applicable) |
|---|---|
| | |

hereby appoints the following representative(s) as attorney(s)-in-fact:

**2   Representative(s)** must sign and date this form on page 2, Part II.

| Name and address | |
|---|---|
| Office of the Attorney General of Texas (Ken Paxton)<br><br>300 W 15th St<br>Austin, TX 78701<br>**Check if to be sent copies of notices and communications** ☑ | CAF No. _____<br>PTIN _____<br>Telephone No. _____<br>Fax No. _____<br>Check if new: Address ☐   Telephone No. ☐   Fax No. ☐ |
| Name and address<br><br>Texas Comptroller/Texas Dept of Revenue<br><br>P.O. Box 13528, Capitol Station Austin, Texas 78711-3528 ...<br>**Check if to be sent copies of notices and communications** ☑ | CAF No. _____<br>PTIN _____<br>Telephone No. _____<br>Fax No. _____<br>Check if new: Address ☐   Telephone No. ☐   Fax No. ☐ |
| Name and address<br><br>HARRIS COUNTY GOVERNMENT/HARRIS COUNTY CLERKS OFFICE<br><br>1001 Preston St. Suite #500<br>HOUSTON, TX 77002<br>**(Note:** IRS sends notices and communications to only two representatives.) | CAF No. _____<br>PTIN _____<br>Telephone No. _____<br>Fax No. _____<br>Check if new: Address ☐   Telephone No. ☐   Fax No. ☐ |
| Name and address<br><br>Harris County District Court<br>1201 Franklin Rm 182<br>Houston TX 77002<br>**(Note:** IRS sends notices and communications to only two representatives.) | CAF No. _____<br>PTIN _____<br>Telephone No. _____<br>Fax No. _____<br>Check if new: Address ☐   Telephone No. ☐   Fax No. ☐ |

to represent the taxpayer before the Internal Revenue Service and perform the following acts:

**3   Acts authorized (you are required to complete line 3).** Except for the acts described in line 5b, I authorize my representative(s) to receive and inspect my confidential tax information and to perform acts I can perform with respect to the tax matters described below. For example, my representative(s) shall have the authority to sign any agreements, consents, or similar documents (see instructions for line 5a for authorizing a representative to sign a return).

| Description of Matter (Income, Employment, Payroll, Excise, Estate, Gift, Whistleblower, Practitioner Discipline, PLR, FOIA, Civil Penalty, Sec. 4980H Shared Responsibility Payment, etc.) (see instructions) | Tax Form Number<br>(1040, 941, 720, etc.) (if applicable) | Year(s) or Period(s) (if applicable)<br>(see instructions) |
|---|---|---|
| income, employment, excise tax, payroll, excise, estate, gift, whistleblower, practitioner displine, plr, foia, civil penalty, sec | 1040,1040v,945, 945v,56, 56f, 1099A, 1099B, 1099C, 1098 | 1997-further notice of grantor |
| civil matters, criminal matters, color of law matters, securities and banking matters, master ledger, administrative matters | cp575, 1099cap, gsa forms, omb forms, treasury forms | 1997-further notice of grantor |
| records of accounts, plr, foia, instrumentalities, tendering of public and private matters, indorsements and endorsements | 941, all schedules, 1041, 709, 706, 8832, 1099oid, 1099div, 1099in | 1997-further notice of grantor |

**4   Specific use not recorded on the Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See *Line 4. Specific Use Not Recorded on CAF* in the instructions . . . . . . . . . . . . . . . . ▶ ☐

**5a   Additional acts authorized:** In addition to the acts listed on line 3 above, I authorize my representative(s) to perform the following acts (see instructions for line 5a for more information): ☑ Access my IRS records via an Intermediate Service Provider; ☑ Authorize disclosure to third parties; ☑ Substitute or add representative(s); ☑ Sign a return; **This POA is being filed pursuant to 26 CFR 6012-1(a)(5), Power of Appointment Act of 1951**

☑ Other acts authorized: **Master Account Ledger, Civil Matters, Color of law matters, securities and banking matters, Trust matters, Bankruptcy, Master Account ledger, administration matters, tendering in public and private instruments**

**For Privacy Act and Paperwork Reduction Act Notice, see the instructions.**    Cat. No. 11980J    Form **2848** (Rev. 1-2021)

H 2 of 94

Form 2848 (Rev. 1-2021)                                                                                                       Page **2**

**b** **Specific acts not authorized.** My representative(s) is (are) not authorized to endorse or otherwise negotiate any check (including directing or accepting payment by any means, electronic or otherwise, into an account owned or controlled by the representative(s) or any firm or other entity with whom the representative(s) is (are) associated) issued by the government in respect of a federal tax liability.

List any other specific deletions to the acts otherwise authorized in this power of attorney (see instructions for line 5b): _____

----------------------------------------------------------------------------------------------------

**6** **Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same matters and years or periods covered by this form. If you **do not** want to revoke a prior power of attorney, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

**7** **Taxpayer declaration and signature.** If a tax matter concerns a year in which a joint return was filed, each spouse must file a separate power of attorney even if they are appointing the same representative(s). If signed by a corporate officer, partner, guardian, tax matters partner, partnership representative (or designated individual, if applicable), executor, receiver, administrator, trustee, or individual other than the taxpayer, I certify I have the legal authority to execute this form on behalf of the taxpayer.

▶ **IF NOT COMPLETED, SIGNED, AND DATED, THE IRS WILL RETURN THIS POWER OF ATTORNEY TO THE TAXPAYER.**

| Danny-Kay: Polk-Jr. TTEE | 7/7/2025 | Trustee |  |
|---|---|---|---|
| Signature | Date |  | Title (if applicable) |

Danny-Kay: Polk-Jr TTEE

| Print name | Print name of taxpayer from line 1 if other than individual |
|---|---|

## Part II    Declaration of Representative

Under penalties of perjury, by my signature below I declare that:

• I am not currently suspended or disbarred from practice, or ineligible for practice, before the Internal Revenue Service;

• I am subject to regulations in Circular 230 (31 CFR, Subtitle A, Part 10), as amended, governing practice before the Internal Revenue Service;

• I am authorized to represent the taxpayer identified in Part I for the matter(s) specified there; and

• I am one of the following:

  **a** Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.

  **b** Certified Public Accountant—a holder of an active license to practice as a certified public accountant in the jurisdiction shown below.

  **c** Enrolled Agent—enrolled as an agent by the IRS per the requirements of Circular 230.

  **d** Officer—a bona fide officer of the taxpayer organization.

  **e** Full-Time Employee—a full-time employee of the taxpayer.

  **f** Family Member—a member of the taxpayer's immediate family (spouse, parent, child, grandparent, grandchild, step-parent, step-child, brother, or sister).

  **g** Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the IRS is limited by section 10.3(d) of Circular 230).

  **h** Unenrolled Return Preparer—Authority to practice before the IRS is limited. An unenrolled return preparer may represent, provided the preparer (1) prepared and signed the return or claim for refund (or prepared if there is no signature space on the form); (2) was eligible to sign the return or claim for refund; (3) has a valid PTIN; and (4) possesses the required Annual Filing Season Program Record of Completion(s). **See Special Rules and Requirements for Unenrolled Return Preparers** *in the instructions for additional information.*

  **k** Qualifying Student or Law Graduate—receives permission to represent taxpayers before the IRS by virtue of his/her status as a law, business, or accounting student, or law graduate working in a LITC or STCP. See instructions for Part II for additional information and requirements.

  **r** Enrolled Retirement Plan Agent—enrolled as a retirement plan agent under the requirements of Circular 230 (the authority to practice before the Internal Revenue Service is limited by section 10.3(e)).

  ▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT COMPLETED, SIGNED, AND DATED, THE IRS WILL RETURN THE POWER OF ATTORNEY. REPRESENTATIVES MUST SIGN IN THE ORDER LISTED IN PART I, LINE 2.**

**Note:** For designations d–f, enter your title, position, or relationship to the taxpayer in the "Licensing jurisdiction" column.

| Designation— Insert above letter (a–r). | Licensing jurisdiction (State) or other licensing authority (if applicable) | Bar, license, certification, registration, or enrollment number (if applicable) | Signature | Date |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Form **2848** (Rev. 1-2021)

43 of 94



**U.S. Department of Justice**

Office of the Solicitor General

---

*The Solicitor General*                                  *Washington, D.C. 20530*

February 20, 2025

The Honorable Charles Grassley
President Pro Tempore
United States Senate
Washington, DC 20510

    Re:    Multilayer Restrictions on the Removal of Administrative Law Judges

Dear Senator Grassley:

    Pursuant to 28 U.S.C. 530D, I am writing to advise you that the Department of Justice has concluded that the multiple layers of removal restrictions for administrative law judges (ALJs) in 5 U.S.C. 1202(d) and 7521(a) violate the Constitution, that the Department will no longer defend them in court, and that the Department has taken that position in ongoing litigation. See 2/11/25 Letter, *Axalta Coating Systems LLC* v. *FAA*, No. 23-2376 (3d Cir.).

    In *Free Enterprise Fund* v. *PCAOB*, 561 U.S. 477 (2010), the Supreme Court determined that granting "multilayer protection from removal" to executive officers "is contrary to Article II's vesting of the executive power in the President." *Id.* at 484. The President may not "be restricted in his ability to remove a principal [executive] officer, who is in turn restricted in his ability to remove an inferior [executive] officer." *Ibid.*

    A federal statute provides that a federal agency may remove an ALJ "only for good cause established and determined by the Merit Systems Protection Board on the record after opportunity for hearing before the Board." 5 U.S.C. 7521(a). Another statute provides that a member of the Board "may be removed by the President only for inefficiency, neglect of duty, or malfeasance in office." 5 U.S.C. 1202(d). Consistent with the Supreme Court's decision in *Free Enterprise Fund*, the Department has determined that those statutory provisions violate Article II by restricting the President's ability to remove principal executive officers, who are in turn restricted in their ability to remove inferior executive officers.

    Please let me know if I can be of any further assistance in this matter.

                    Sincerely,

                    Sarah M. Harris
                    Acting Solicitor General

44 of 94

**Form 56**
(Rev. November 2022)
Department of the Treasury
Internal Revenue Service

# Notice Concerning Fiduciary Relationship
(Internal Revenue Code Sections 6036 and 6903)
Go to *www.irs.gov/Form56* for instructions and the latest information.

OMB No. 1545-0013

## Part I  Identification

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| Danny Kay Polk Jr | 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 | |

Address of person for whom you are acting (number, street, and room or suite no.)
c/o 5868 A-1 Westheimer Road #343

City or town, state, and ZIP code (If a foreign address, see instructions.)
Houston, Texas 77057

Fiduciary's name
Mark Brown

Address of fiduciary (number, street, and room or suite no.)
Harris County District Court 1201 Franklin St

| City or town, state, and ZIP code | Telephone number (optional) |
|---|---|
| Houston, Texas 77002 | ( 713 )  755-7300 |

## Section A.  Authority

1  Authority for fiduciary relationship. Check applicable box:
   a ☐ Court appointment of testate estate (valid will exists)
   b ☐ Court appointment of intestate estate (no valid will exists)
   c ☐ Court appointment as guardian or conservator
   d ☐ Fiduciary of intestate estate
   e ☐ Valid trust instrument and amendments
   f ☐ Bankruptcy or assignment for the benefit of creditors
   g ☑ Other. Describe:  Assignment by Plaintiff in District Court Case #1782781 court room #182 for Settlement per the law
2a  If box 1a, 1b, or 1d is checked, enter the date of death: _____
   b  If box 1c, 1e, 1f, or 1g is checked, enter the date of appointment, taking office, or assignment or transfer of assets: _____

## Section B.  Nature of Liability and Tax Notices

3  Type of taxes (check all that apply): ☑ Income  ☐ Gift  ☑ Estate  ☐ Generation-skipping transfer  ☐ Employment
   ☐ Excise  ☑ Other (describe):  Settlement of all issued Commercial Securities, Certificates, licenses for the Rents Due
4  Federal tax form number (check all that apply):  a ☐ 706 series  b ☐ 709  c ☐ 940  d ☐ 941, 943, 944
   e ☐ 1040 or 1040-SR  f ☐ 1041  g ☐ 1120  h ☐ Other (list): _____ ☐
5  If your authority as a fiduciary does not cover all years or tax periods, check here . . . . . . . . . . . . . . ☐
   and list the specific years or periods within your authority: _____

For Paperwork Reduction Act and Privacy Act Notice, see separate instructions.         Cat. No. 16375I         Form **56** (Rev. 11-2022)

45 of 94

Page **2**

Form 56 (Rev. 11-2022)

**Part II    Revocation or Termination of Notice**

### Section A—Total Revocation or Termination

6    Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . ☐

Reason for termination of fiduciary relationship. Check applicable box:

a    ☐ Court order revoking fiduciary authority

b    ☐ Certificate of dissolution or termination of a business entity

c    ☐ Other. Describe: _____

_____

### Section B—Partial Revocation

7a    Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . . . . . ☐

b    Specify to whom granted, date, and address, including ZIP code.

_____

_____

### Section C—Substitute Fiduciary

8    Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) . . . . . . . . . . . . . . ☐

_____

_____

**Part III    Court and Administrative Proceedings**

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | Date proceeding initiated |
|---|---|
| Harris County District Court | 08/22/2022 |

| Address of court | Docket number of proceeding |
|---|---|
| Harris County District Court 1201 Franklin St | 1782781 |

| City or town, state, and ZIP code | Date | Time | a.m. ☑  p.m. ☐ | Place of other proceedings |
|---|---|---|---|---|
| Houston, Texas 77002 | 03/29/2025 | 8:30 | | |

**Part IV    Signature**

| Please Sign Here | Under penalties of perjury, I declare that I have examined this document, including any accompanying statements, and to the best of my knowledge and belief, it is true, correct, and complete. | | |
|---|---|---|---|
| | _____<br>Fiduciary's signature | Title, if applicable | Date |

Form **56** (Rev. 11-2022)

The original ASSIGNOR signed Form 56 - Fiduciary contract is to remain with the ASSIGNOR, therefore with this copy you have 3 days as your Right to chose, to sign the contract or not to sign but if you chose not to sign, you are then required to vacate your present Office of American Maritime Commercial Monetary Fiduciary responsibility because you have dishonored the Office. Either way after 3 days; a copy of the accepted or rejected decision is required to be returned to the ASSIGNOR, Upon acceptance it is then under the 3 day Rule of Law to have it resolved or settled; with all remaining RES-I-DUE returned to the ASSIGNOR.

As the ASSIGNEE/RE-ASSIGNEE of this Fiduciary Action, you are now under a Form of exposure to the Law that is needed to bring about the Resolve and Settlement of the above identified Civil "Maritime Commercial" Court Case, for the proper disposition of the Residue.

The action is the original LESSOR's demand for Rent Due from the government LESSES per the government Maritime Commercial Monetary Securities addressed in this Admiralty case by this Office and Flag of Land Admiral, the Maritime Executor, also known as the Assignor/Re-assignor/Assertor.

Assignor/Re-assignor/Assertor: _Danny-Kay: Polk-Jr. ©TTEE/BENE_

(Under seal and bounded Landmark    Danny-Kay: Polk-Jr. TTEE/BENE

the two index witnesses of the Body/State of Man)

A signed copy by you as the ASSIGNEE of this Fiduciary contract is to be returned to the ASSIGNOR, of living substance

Signed under oath as Jurat.

State of Texas

County of Hays.

Danny-Kay: Polk-Jr. TTEE/BENE
c/o 5868 A-1 Westheimer Road #343
Houston, Texas 77057



RAINY M ABBOTT
Notary ID #135192324
My Commission Expires
December 3, 2028

46 of 94

**Form 56**
(Rev. November 2022)
Department of the Treasury
Internal Revenue Service

# Notice Concerning Fiduciary Relationship

(Internal Revenue Code Sections 6036 and 6903)

Go to *www.irs.gov/Form56* for instructions and the latest information.

OMB No. 1545-0013

| **Part I** | **Identification** | | |
|---|---|---|---|

Name of person for whom you are acting (as shown on the tax return)

Danny Kay Polk Jr

Identifying number

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

Decedent's social security no.

Address of person for whom you are acting (number, street, and room or suite no.)

c/o 5868 A-1 Westheimer Road #343

City or town, state, and ZIP code (If a foreign address, see instructions.)

Houston, Texas 77057

Fiduciary's name

Judge Danilo Lacayo, All Judges, clerks, Administrators, prosecutors, lawyers, attorneys, baliffs, Vanessa Velasquez, James Anderson

Address of fiduciary (number, street, and room or suite no.)

Harris County District Court 1201 Franklin St Room #182 18th Floor

City or town, state, and ZIP code

Houston, Texas 77002

Telephone number (optional)

( 713 )    755-7300

## Section A. Authority

1    Authority for fiduciary relationship. Check applicable box:

a ☐ Court appointment of testate estate (valid will exists)

b ☐ Court appointment of intestate estate (no valid will exists)

c ☐ Court appointment as guardian or conservator

d ☐ Fiduciary of intestate estate

e ☐ Valid trust instrument and amendments

f ☐ Bankruptcy or assignment for the benefit of creditors

g ☑ Other. Describe: Assignment by Plaintiff in District Court Case #1782781 court room #182 for settlement per the law

2a    If box 1a, 1b, or 1d is checked, enter the date of death: _____

b    If box 1c, 1e, 1f, or 1g is checked, enter the date of appointment, taking office, or assignment or transfer of assets: _____

## Section B. Nature of Liability and Tax Notices

3    Type of taxes (check all that apply):  ☑ Income    ☐ Gift    ☑ Estate    ☐ Generation-skipping transfer    ☐ Employment
☐ Excise    ☑ Other (describe): Settlement of all issued Commercial Securities, Certificates, licenses for the Rents Due

4    Federal tax form number (check all that apply):  a ☐ 706 series    b ☐ 709    c ☐ 940    d ☐ 941, 943, 944
e ☐ 1040 or 1040-SR    f ☐ 1041    g ☐ 1120    h ☐ Other (list): _____

5    If your authority as a fiduciary does not cover all years or tax periods, check here  . . . . . . . . . . . . . . . ☐
and list the specific years or periods within your authority: _____

**For Paperwork Reduction Act and Privacy Act Notice, see separate instructions.**    Cat. No. 16375I    Form **56** (Rev. 11-2022)

47 of 94

Form 56 (Rev. 11-2022)                                                                                                   Page **2**

## Part II    Revocation or Termination of Notice

### Section A—Total Revocation or Termination

6    Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . ☐

Reason for termination of fiduciary relationship. Check applicable box:

a ☐ Court order revoking fiduciary authority

b ☐ Certificate of dissolution or termination of a business entity

c ☐ Other. Describe: _____

_____

### Section B—Partial Revocation

7a   Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . . . . . ☐

b    Specify to whom granted, date, and address, including ZIP code.

_____

_____

### Section C—Substitute Fiduciary

8    Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) . . . . . . . . . . . ☐

_____

_____

## Part III    Court and Administrative Proceedings

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | | | | Date proceeding initiated |
|---|---|---|---|---|
| Harris County District Court | | | | 08/22/2022 |
| Address of court | | | | Docket number of proceeding |
| Harris County District Court 1201 Franklin St Room #182 | | | | 1782781 |
| City or town, state, and ZIP code | Date | Time | ☑ a.m. | Place of other proceedings |
| Houston, Texas 77002 | 3/29/2025 | 8:30 | ☐ p.m. | |

## Part IV    Signature

**Please Sign Here**

Under penalties of perjury, I declare that I have examined this document, including any accompanying statements, and to the best of my knowledge and belief, it is true, correct, and complete.

_____    _____    _____
Fiduciary's signature                      Title, if applicable                                Date

Form **56** (Rev. 11-2022)

The original ASSIGNOR signed Form 56 - Fiduciary contract is to remain with the ASSIGNOR, therefore with this copy you have 3 days as your Right to chose, to sign the contract or not to sign, you are then required to vacate your present Office of American Maritime Commercial Monetary Fiduciary responsibility because you have dishonored the Office.

Either way after 3 days; a copy of the accepted or rejected decision is required to be returned to the ASSIGNOR, Upon acceptance it is then under the 3 day Rule of Law to have it resolved or settled; with all remaining RES-I-DUE returned to the ASSIGNOR. As the ASSIGNEE/RE-ASSIGNEE of this Fiduciary Action, you are now under a Form of exposure to the Law that is needed to bring about the Resolve and Settlement of the above identified Civil "Maritime Commercial" Court Case, for the proper disposition of the Residue.

The action is the original LESSOR's demand for Rent Due from the government LESSES per the government Maritime Commercial Monetary Securities addressed in this Admiralty case by this Office and Flag of Land Admiral, the Maritime Executor; also known as the Assignor/Re-Assignor/Assertor.

Assignor/Re-Assignor/Assertor: ___Danny-Kay: Polk-Jr. TTEE/BENE___

(Under Seal and bounded Landmark          Danny-Kay: Polk-Jr. TTEE/BENE

the two index witnesses of the Body/State of Man

A signed copy by you as the ASSIGNEE of this Fiduciary contract is to be returned to the ASSIGNOR, of living substance

Danny-Kay: Polk-Jr. TTEE/BENE

c/o 5868 A-1 Westheimer Rd #343

Houston, Texas [77057]

Authorized Representative and Agent

UCC 1-308

**State of Texas, County of Hays**

Subscribed and sworn to before me this

21 day of April 2025 by

Danny Polk

_____ Notary Public



MARY BRAY
Notary ID #133269461
My Commission Expires
August 13, 2025

48 of 94

# Transmission Log

243                          Thursday, 07-10-2025   16:59                          5123968873

| Date | Time | Type | Job # | Length | Speed | Fax Name/Number | Pages | Status |
|------|------|------|-------|--------|-------|-----------------|-------|--------|
| 07-10-2025 | 16:56 | SCAN | 8723 | 2:25 | 14400 | | 6 | OK -- V.17 AM31 |

**H·E·B**

## FAX ORDER/COVER SHEET

PLEASE SEND THIS FAX MESSAGE TO:

- NAME: _IRS_
- ORGANIZATION: _Internal Revenue Services_
- FAX NUMBER: _855-214-7522_
- TOTAL NUMBER OF PAGES SEND _6_ INCLUDING COVER PAGE
- DATE: _7/10/25_

This facsimile is sent on behalf of _Danny-Kay; Polk-Jr. TTEE_ and is
(Customer's Name)
intended for the above recipient. If you have received this facsimile in error, please notify the
sender immediately at _855-214-7522_ and destroy all documents. This facsimile
Telephone #
may contain potentially sensitive or confidential information. If you are not the intended recipient
or authorized to receive it for the intended recipient, you are notified that disclosing, copying,
distributing or using any part of the information contained in this facsimile is strictly prohibited and
punishable by law.

ADDITIONAL NOTES: _____

Facsimile is sent by H-E-B Fax Service at Corp. # _____
TERMS AND CONDITIONS: H-E-B makes no guarantee, warranty or representation as to the adequacy,
accuracy, completeness or legibility of this facsimile and does not guarantee, represent or warrant the
transmission of this facsimile to the telephone number written above, or that it will be received by the
intended recipient.

I have read and agree to the above terms and conditions,  _HCC 1-308_
Customer's Initials

49 of 94

# Transmission Log

243                    Thursday, 07-10-2025  16:56                    5123968873

| Date | Time | Type | Job # | Length | Speed | Fax Name/Number | Pages | Status |
|---|---|---|---|---|---|---|---|---|
| 07-10-2025 | 16:53 | SCAN | 8721 | 2:25 | 14400 | | 6 | OK -- V.17 AM31 |



**(H·E·B)**

### FAX ORDER/COVER SHEET

PLEASE SEND THIS FAX MESSAGE TO:

- NAME: _IRS_
- ORGANIZATION: _Internal Revenue Service_
- FAX NUMBER: _855- 772-3156_
- TOTAL NUMBER OF PAGES SEND _6_ INCLUDING COVER PAGE
- DATE: _7/10/25_

This facsimile is sent on behalf of _Danny-Kam-Polk-Jr. TTEE_ and is
(Customer's Name)

intended for the above recipient. If you have received this facsimile in error, please notify the
sender immediately at _855-772-3156_ and destroy all documents. This facsimile
                        Telephone #
may contain potentially sensitive or confidential information. If you are not the intended recipient
or authorized to receive it for the intended recipient, you are notified that disclosing, copying,
distributing or using any part of the information contained in this facsimile is strictly prohibited and
punishable by law.

ADDITIONAL NOTES: _____

Facsimile is sent by H-E-B Fax Service at Corp. # _____
TERMS AND CONDITIONS: H-E-B makes no guarantee, warranty or representation as to the adequacy,
accuracy, completeness or legibility of this facsimile and does not guarantee, represent or warrant the
transmission of this facsimile to the telephone number written above, or that it will be received by the
intended recipient.

I have read and agree to the above terms and conditions. _TTEE_
                                                    Customer's Initials UCC1-308

_50 of 94_



# FAX ORDER/COVER SHEET

PLEASE SEND THIS FAX MESSAGE TO:

- NAME: _IRS_
- ORGANIZATION: _Internal Revenue Services_
- FAX NUMBER: _855-214-7522_
- TOTAL NUMBER OF PAGES SEND _6_ INCLUDING COVER PAGE
- DATE: _7/10/25_

This facsimile is sent on behalf of _Danny-Kay: Polk-Jr. TTEE_ and is
(Customer's Name)

intended for the above recipient. If you have received this facsimile in error, please notify the
sender immediately at _855-214-7522_ and destroy all documents. This facsimile
Telephone #

may contain potentially sensitive or confidential information. If you are not the intended recipient
or authorized to receive it for the intended recipient, you are notified that disclosing, copying,
distributing or using any part of the information contained in this facsimile is strictly prohibited and
punishable by law.

ADDITIONAL NOTES: _____

**Facsimile is sent by H-E-B Fax Service at Corp. # _____**
TERMS AND CONDITIONS: H-E-B makes no guarantee, warranty or representation as to the adequacy,
accuracy, completeness or legibility of this facsimile and does not guarantee, represent or warrant the
transmission of this facsimile to the telephone number written above, or that it will be received by the
intended recipient.

I have read and agree to the above terms and conditions _____ TTEE_ UCC 1-308
Customer's initials

51 of 94



# FAX ORDER/COVER SHEET

PLEASE SEND THIS FAX MESSAGE TO:

- NAME: _IRS'_
- ORGANIZATION: _Internal Revenue Service_
- FAX NUMBER: _855- 772-3156_
- TOTAL NUMBER OF PAGES SEND __6__ INCLUDING COVER PAGE
- DATE: _7/10/25_

This facsimile is sent on behalf of __Danny-Kay-Polk-Jr. TTEE__ and is
(Customer's Name)

intended for the above recipient. If you have received this facsimile in error, please notify the sender immediately at _855-772-3156_ and destroy all documents. This facsimile
Telephone #

may contain potentially sensitive or confidential information. If you are not the intended recipient or authorized to receive it for the intended recipient, you are notified that disclosing, copying, distributing or using any part of the information contained in this facsimile is strictly prohibited and punishable by law.

ADDITIONAL NOTES:

**Facsimile is sent by H-E-B Fax Service at Corp. # _____**

TERMS AND CONDITIONS: H-E-B makes no guarantee, warranty or representation as to the adequacy, accuracy, completeness or legibility of this facsimile and does not guarantee, represent or warrant the transmission of this facsimile to the telephone number written above, or that it will be received by the intended recipient.

I have read and agree to the above terms and conditions. _TTEE_
Customer's initials _ucc1-308_

52 of 94

Form **8822-B**
(Rev. December 2019)
Department of the Treasury
Internal Revenue Service

# Change of Address or Responsible Party — Business

▶ Please type or print.
▶ See instructions on back.   ▶ Do not attach this form to your return.
▶ Go to *www.irs.gov/Form8822B* for the latest information.

OMB No. 1545-1163

**Before you begin:** If you are also changing your home address, use Form 8822 to report that change.

If you are a tax-exempt organization (see instructions), check here  ☐

Check **all** boxes this change affects.
1  ☑ Employment, excise, income, and other business returns (Forms 720, 940, 941, 990, 1041, 1065, 1120, etc.)

2  ☑ Employee plan returns (Forms 5500, 5500-EZ, etc.)

3  ☐ Business location

| 4a  Business name | 4b  Employer identification number |
|---|---|
| Texas Comptroller/Texas Dept. of Revenue P.O. Box 13528, Capitol StationAustin, Texas 78711-3528 | |

**5  Old mailing address** (no., street, room or suite no., city or town, state, and ZIP code). If a P.O. box, see instructions. If foreign address, also complete spaces below, see instructions.

P.O. Box 13528, Capitol StationAustin, Texas 78711-3528/111 East 17th StreetAustin, Texas 78774

| Foreign country name | Foreign province/county | Foreign postal code |
|---|---|---|
| United States | | |

**6  New mailing address** (no., street, room or suite no., city or town, state, and ZIP code). If a P.O. box, see instructions. If foreign address, also complete spaces below, see instructions.

P.O. Box 100, San Marcos, Texas 78666

| Foreign country name | Foreign province/county | Foreign postal code |
|---|---|---|
| United States | | |

**7  New business location** (no., street, room or suite no., city or town, state, and ZIP code). If a foreign address, also complete spaces below, see instructions.

| Foreign country name | Foreign province/county | Foreign postal code |
|---|---|---|
| | | |

**8  New responsible party's name**

DANNY KAY POLK JR TRUST

**9  New responsible party's SSN, ITIN, or EIN. (CAUTION: YOU MUST REFER TO THE INSTRUCTIONS FOR FORM SS-4 TO SEE WHO MAY USE AN EIN.)**

99-6516039

**10  Signature.** Under penalties of perjury, I declare that I have examined this application, and to the best of my knowledge and belief, it is true, correct, and complete.

Daytime telephone number of person to contact (optional) ▶ _____

**Sign Here**

▶ *Danny-Kay:Polk-Jr. TTEE*    7/7/2025
Signature of owner, officer, or representative    Date

▶ Trustee
Title

## Where To File

Send this form to the address shown here that applies to you.

| IF your old business address was in . . . | THEN use this address . . . |
|---|---|
| Connecticut, Delaware, District of Columbia, Georgia, Illinois, Indiana, Kentucky, Maine, Maryland, Massachusetts, Michigan, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Tennessee, Vermont, Virginia, West Virginia, Wisconsin | Internal Revenue Service Kansas City, MO 64999 |
| Alabama, Alaska, Arizona, Arkansas, California, Colorado, Florida, Hawaii, Idaho, Iowa, Kansas, Louisiana, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Texas, Utah, Washington, Wyoming, any place outside the United States | Internal Revenue Service Ogden, UT 84201-0023 |

For Privacy Act and Paperwork Reduction Act Notice, see back of form.    Cat. No. 57465H    Form **8822-B** (Rev. 12-2019)

53 of 94

| Form **2848**<br>(Rev. January 2021)<br>Department of the Treasury<br>Internal Revenue Service | **Power of Attorney**<br>**and Declaration of Representative**<br>► Go to *www.irs.gov/Form2848* for instructions and the latest information. | OMB No. 1545-0150 |
|---|---|---|

**For IRS Use Only**
Received by:
Name _____
Telephone _____
Function _____
Date ___ / ___ / ___

### Part I  Power of Attorney

**Caution:** A separate Form 2848 must be completed for each taxpayer. Form 2848 will not be honored for any purpose other than representation before the IRS.

**1   Taxpayer information.** Taxpayer must sign and date this form on page 2, line 7.

| Taxpayer name and address | Taxpayer identification number(s) |
|---|---|
| DANNY KAY POLK JR<br><br>c/o 5868 A1 WESTHEIMER ROAD #343<br>HOUSTON, TX [77057] | 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 |

| | |
|---|---|
| | Daytime telephone number | Plan number (if applicable) |

hereby appoints the following representative(s) as attorney(s)-in-fact:

**2   Representative(s)** must sign and date this form on page 2, Part II.

| Name and address | CAF No. ___ NEED ___ |
|---|---|
| DANNY KAY POLK JR TRUST<br><br>P.O. BOX 100<br>SAN MARCOS, TX [78666]<br>Check if to be sent copies of notices and communications ☑ | PTIN _____<br>Telephone No. _____<br>Fax No. _____<br>Check if new: Address ☐   Telephone No. ☐   Fax No. ☐ |
| Name and address<br><br>Polk-Jr TTEE, Danny-Kay:<br><br>c/o P.O. Box 100<br>San Marcos, Texas [78666]<br>Check if to be sent copies of notices and communications ☑ | CAF No. ___ NEED ___<br>PTIN _____<br>Telephone No. _____<br>Fax No. _____<br>Check if new: Address ☐   Telephone No. ☐   Fax No. ☐ |
| Name and address<br><br><br><br>(**Note:** IRS sends notices and communications to only two representatives.) | CAF No. _____<br>PTIN _____<br>Telephone No. _____<br>Fax No. _____<br>Check if new: Address ☐   Telephone No. ☐   Fax No. ☐ |
| Name and address<br><br><br><br>(**Note:** IRS sends notices and communications to only two representatives.) | CAF No. _____<br>PTIN _____<br>Telephone No. _____<br>Fax No. _____<br>Check if new: Address ☐   Telephone No. ☐   Fax No. ☐ |

to represent the taxpayer before the Internal Revenue Service and perform the following acts:

**3   Acts authorized (you are required to complete line 3).** Except for the acts described in line 5b, I authorize my representative(s) to receive and inspect my confidential tax information and to perform acts I can perform with respect to the tax matters described below. For example, my representative(s) shall have the authority to sign any agreements, consents, or similar documents (see instructions for line 5a for authorizing a representative to sign a return).

| Description of Matter (Income, Employment, Payroll, Excise, Estate, Gift, Whistleblower, Practitioner Discipline, PLR, FOIA, Civil Penalty, Sec. 4980H Shared Responsibility Payment, etc.) (see instructions) | Tax Form Number (1040, 941, 720, etc.) (if applicable) | Year(s) or Period(s) (if applicable) (see instructions) |
|---|---|---|
| income, employment, excise tax, payroll,excise, estate, gift, whistleblower, practitioner displine, plr, foia, civil penalty, sec | 1040,1040v,945,945v,56,56F,1099A, 1099B, 1099C 1098 | 1997-further notice of grantor |
| civil matters, criminal matters, color of law matters, securities and banking matters, master ledger, administrative matters | cp575, 1099cap, gsa forms, omb forms treasury forms | 1997-further notice of grantor |
| records of accounts, plr, foia instrumentalities, tendering of public and private matters, indorsements and endorsements | 941, all schedules, 1041, 709,706,8832,1099oid, 1099div,1099in | 1997-further notice of grantor |

**4   Specific use not recorded on the Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See *Line 4. Specific Use Not Recorded on CAF* in the instructions . . . . . . . . . . . . . . . . . ► ☐

**5a   Additional acts authorized.** In addition to the acts listed on line 3 above, I authorize my representative(s) to perform the following acts (see instructions for line 5a for more information): ☑ Access my IRS records via an Intermediate Service Provider;
☑ Authorize disclosure to third parties;   ☑ Substitute or add representative(s);   ☑ Sign a return;   This POA is being filed pursuant to 26 CFR 5012-1(a)(5), Power of Appointment Act of 1951

☑ Other acts authorized: Master Account Ledger, Civil Matters, Color of law matters, securities and banking matters, Trust matters, Bankruptcy, Master Account Ledger, administration matters, tendering in public and private instruments

**For Privacy Act and Paperwork Reduction Act Notice, see the instructions.**   Cat. No. 11980J   Form **2848** (Rev. 1-2021)

54 of 94

Form 2848 (Rev. 1-2021) Page **2**

   **b**  **Specific acts not authorized.** My representative(s) is (are) not authorized to endorse or otherwise negotiate any check (including directing or accepting payment by any means, electronic or otherwise, into an account owned or controlled by the representative(s) or any firm or other entity with whom the representative(s) is (are) associated) issued by the government in respect of a federal tax liability.

       List any other specific deletions to the acts otherwise authorized in this power of attorney (see instructions for line 5b): _____

       _____

   **6**  **Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same matters and years or periods covered by this form. If you **do not** want to revoke a prior power of attorney, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

       **YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

   **7**  **Taxpayer declaration and signature.** If a tax matter concerns a year in which a joint return was filed, each spouse must file a separate power of attorney even if they are appointing the same representative(s). If signed by a corporate officer, partner, guardian, tax matters partner, partnership representative (or designated individual, if applicable), executor, receiver, administrator, trustee, or individual other than the taxpayer, I certify I have the legal authority to execute this form on behalf of the taxpayer.

       ▶ **IF NOT COMPLETED, SIGNED, AND DATED, THE IRS WILL RETURN THIS POWER OF ATTORNEY TO THE TAXPAYER.**

| | | |
|---|---|---|
| *Danny-Kay: Polk-Jr. TTEE* | *7/7/2025* | Trustee |
| Signature | Date | Title (if applicable) |

Danny-Kay: Polk-Jr TTEE
          Print name                  Print name of taxpayer from line 1 if other than individual

## Part II   Declaration of Representative

Under penalties of perjury, by my signature below I declare that:

- I am not currently suspended or disbarred from practice, or ineligible for practice, before the Internal Revenue Service;
- I am subject to regulations in Circular 230 (31 CFR, Subtitle A, Part 10), as amended, governing practice before the Internal Revenue Service;
- I am authorized to represent the taxpayer identified in Part I for the matter(s) specified there; and
- I am one of the following:

  **a**  Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.

  **b**  Certified Public Accountant—a holder of an active license to practice as a certified public accountant in the jurisdiction shown below.

  **c**  Enrolled Agent—enrolled as an agent by the IRS per the requirements of Circular 230.

  **d**  Officer—a bona fide officer of the taxpayer organization.

  **e**  Full-Time Employee—a full-time employee of the taxpayer.

  **f**  Family Member—a member of the taxpayer's immediate family (spouse, parent, child, grandparent, grandchild, step-parent, step-child, brother, or sister).

  **g**  Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the IRS is limited by section 10.3(d) of Circular 230).

  **h**  Unenrolled Return Preparer—Authority to practice before the IRS is limited. An unenrolled return preparer may represent, provided the preparer (1) prepared and signed the return or claim for refund (or prepared if there is no signature space on the form); (2) was eligible to sign the return or claim for refund; (3) has a valid PTIN; and (4) possesses the required Annual Filing Season Program Record of Completion(s). *See* **Special Rules and Requirements for Unenrolled Return Preparers** *in the instructions for additional information.*

  **k**  Qualifying Student or Law Graduate—receives permission to represent taxpayers before the IRS by virtue of his/her status as a law, business, or accounting student, or law graduate working in a LITC or STCP. See instructions for Part II for additional information and requirements.

  **r**  Enrolled Retirement Plan Agent—enrolled as a retirement plan agent under the requirements of Circular 230 (the authority to practice before the Internal Revenue Service is limited by section 10.3(e)).

     ▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT COMPLETED, SIGNED, AND DATED, THE IRS WILL RETURN THE POWER OF ATTORNEY. REPRESENTATIVES MUST SIGN IN THE ORDER LISTED IN PART I, LINE 2.**

**Note:** For designations d–f, enter your title, position, or relationship to the taxpayer in the "Licensing jurisdiction" column.

| Designation— Insert above letter (a–r). | Licensing jurisdiction (State) or other licensing authority (if applicable) | Bar, license, certification, registration, or enrollment number (if applicable) | Signature | Date |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Form **2848** (Rev. 1-2021)

*55 of 94*

| | | OMB No. 1545-0150 |
|---|---|---|

Form **2848**
(Rev. January 2021)
Department of the Treasury
Internal Revenue Service

# Power of Attorney
## and Declaration of Representative

▶ Go to *www.irs.gov/Form2848* for instructions and the latest information.

**OMB No. 1545-0150**

**For IRS Use Only**

Received by:

Name _____

Telephone _____

Function _____

Date ___ / ___ / ___

**Part I** **Power of Attorney**

**Caution:** A separate Form 2848 must be completed for each taxpayer. Form 2848 will not be honored for any purpose other than representation before the IRS.

**1** **Taxpayer information.** Taxpayer must sign and date this form on page 2, line 7.

Taxpayer name and address

DANNY KAY POLK JR

c/o 5868 A1 WESTHEIMER ROAD 343
HOUSTON, TX [77057]

Taxpayer identification number(s)

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

Daytime telephone number | Plan number (if applicable)

hereby appoints the following representative(s) as attorney(s)-in-fact:

**2** **Representative(s)** must sign and date this form on page 2, Part II.

Name and address

Office of the Attorney General of Texas (Ken Paxton)

300 W 15th St
Austin, TX 78701

**Check if to be sent copies of notices and communications** ☑

CAF No. _____
PTIN _____
Telephone No. _____
Fax No. _____
Check if new: Address ☐ Telephone No. ☐ Fax No. ☐

Name and address

Texas Comptroller/Texas Dept of Revenue

P.O. Box 13528, Capitol Station Austin, Texas 78711-3528 ...
**Check if to be sent copies of notices and communications** ☑

CAF No. _____
PTIN _____
Telephone No. _____
Fax No. _____
Check if new: Address ☐ Telephone No. ☐ Fax No. ☐

Name and address

HARRIS COUNTY GOVERNMENT/HARRIS COUNTY CLERKS OFFICE

1001 Preston St. Suite #500
HOUSTON, TX 77002
**(Note:** IRS sends notices and communications to only two representatives.)

CAF No. _____
PTIN _____
Telephone No. _____
Fax No. _____
Check if new: Address ☐ Telephone No. ☐ Fax No. ☐

Name and address

Harris County District Court
1201 Franklin Rm 182
Houston, TX 77002
**(Note:** IRS sends notices and communications to only two representatives.)

CAF No. _____
PTIN _____
Telephone No. _____
Fax No. _____
Check if new: Address ☐ Telephone No. ☐ Fax No. ☐

to represent the taxpayer before the Internal Revenue Service and perform the following acts:

**3** **Acts authorized (you are required to complete line 3).** Except for the acts described in line 5b, I authorize my representative(s) to receive and inspect my confidential tax information and to perform acts I can perform with respect to the tax matters described below. For example, my representative(s) shall have the authority to sign any agreements, consents, or similar documents (see instructions for line 5a for authorizing a representative to sign a return).

| Description of Matter (Income, Employment, Payroll, Excise, Estate, Gift, Whistleblower, Practitioner Discipline, PLR, FOIA, Civil Penalty, Sec. 4980H Shared Responsibility Payment; etc.) (see instructions) | Tax Form Number (1040, 941, 720, etc.) (if applicable) | Year(s) or Period(s) (if applicable) (see instructions) |
|---|---|---|
| income, employment, excise tax, payroll, excise, estate, gift, whistleblower, practitioner displine, plr, foia, civil penalty, sec | 1040,1040v,945, 945v,56, 56f, 1099A, 1099B, 1099C, 1098 | 1997-further notice of grantor |
| civil matters, criminal matters, color of law matters, securities and banking matters, master ledger, administrative matters | cp575, 1099cap, gsa forms, omb forms, treasury forms | 1997-further notice of grantor |
| records of accounts, plr, foia, instrumentalities, tendering of public and private matters, indorsements and endorsements | 941, all schedules, 1041, 709, 706, 8832, 1099oid, 1099div, 1099in | 1997-further notice of grantor |

**4** **Specific use not recorded on the Centralized Authorization File (CAF).** If the power of attorney is for a specific use not recorded on CAF, check this box. See *Line 4. Specific Use Not Recorded on CAF* in the instructions . . . . . . . . . . . . . . . ▶ ☐

**5a** **Additional acts authorized.** In addition to the acts listed on line 3 above, I authorize my representative(s) to perform the following acts (see instructions for line 5a for more information): ☑ Access my IRS records via an Intermediate Service Provider;
☑ Authorize disclosure to third parties; ☑ Substitute or add representative(s); ☑ Sign a return; This POA is being filed pursuant to 26 CFR 6012-1(a)(5), Power of Appointment Act of 1951

☑ Other acts authorized: Master Account Ledger, Civil Matters, Color of law matters, securities and banking matters, Trust matters, Bankruptcy, Master Account ledger, administration matters, tendering in public and private instruments

**For Privacy Act and Paperwork Reduction Act Notice, see the instructions.** Cat. No. 11980J Form **2848** (Rev. 1-2021)

56 of 94

Form 2848 (Rev. 1-2021) Page **2**

**b**  **Specific acts not authorized.** My representative(s) is (are) not authorized to endorse or otherwise negotiate any check (including directing or accepting payment by any means, electronic or otherwise, into an account owned or controlled by the representative(s) or any firm or other entity with whom the representative(s) is (are) associated) issued by the government in respect of a federal tax liability.
List any other specific deletions to the acts otherwise authorized in this power of attorney (see instructions for line 5b): _____
_____

**6**  **Retention/revocation of prior power(s) of attorney.** The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same matters and years or periods covered by this form. If you **do not** want to revoke a prior power of attorney, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐
**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

**7**  **Taxpayer declaration and signature.** If a tax matter concerns a year in which a joint return was filed, each spouse must file a separate power of attorney even if they are appointing the same representative(s). If signed by a corporate officer, partner, guardian, tax matters partner, partnership representative (or designated individual, if applicable), executor, receiver, administrator, trustee, or individual other than the taxpayer, I certify I have the legal authority to execute this form on behalf of the taxpayer.
▶ **IF NOT COMPLETED, SIGNED, AND DATED, THE IRS WILL RETURN THIS POWER OF ATTORNEY TO THE TAXPAYER.**

| Danny-Kay: Polk-Jr TTEE | 7/7/2025 | Trustee |
|---|---|---|
| Signature | Date | Title (if applicable) |

Danny-Kay: Polk-Jr TTEE
Print name                                                      Print name of taxpayer from line 1 if other than individual

---

**Part II**  **Declaration of Representative**

Under penalties of perjury, by my signature below I declare that:
• I am not currently suspended or disbarred from practice, or ineligible for practice, before the Internal Revenue Service;
• I am subject to regulations in Circular 230 (31 CFR, Subtitle A, Part 10), as amended, governing practice before the Internal Revenue Service;
• I am authorized to represent the taxpayer identified in Part I for the matter(s) specified there; and
• I am one of the following:

**a**  Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.
**b**  Certified Public Accountant—a holder of an active license to practice as a certified public accountant in the jurisdiction shown below.
**c**  Enrolled Agent—enrolled as an agent by the IRS per the requirements of Circular 230.
**d**  Officer—a bona fide officer of the taxpayer organization.
**e**  Full-Time Employee—a full-time employee of the taxpayer.
**f**  Family Member—a member of the taxpayer's immediate family (spouse, parent, child, grandparent, grandchild, step-parent, step-child, brother, or sister).
**g**  Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the IRS is limited by section 10.3(d) of Circular 230).
**h**  Unenrolled Return Preparer—Authority to practice before the IRS is limited. An unenrolled return preparer may represent, provided the preparer (1) prepared and signed the return or claim for refund (or prepared if there is no signature space on the form); (2) was eligible to sign the return or claim for refund; (3) has a valid PTIN; and (4) possesses the required Annual Filing Season Program Record of Completion(s). **See Special Rules and Requirements for Unenrolled Return Preparers** *in the instructions for additional information.*
**k**  Qualifying Student or Law Graduate—receives permission to represent taxpayers before the IRS by virtue of his/her status as a law, business, or accounting student, or law graduate working in a LITC or STCP. See instructions for Part II for additional information and requirements.
**r**  Enrolled Retirement Plan Agent—enrolled as a retirement plan agent under the requirements of Circular 230 (the authority to practice before the Internal Revenue Service is limited by section 10.3(e)).

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT COMPLETED, SIGNED, AND DATED, THE IRS WILL RETURN THE POWER OF ATTORNEY. REPRESENTATIVES MUST SIGN IN THE ORDER LISTED IN PART I, LINE 2.**

**Note:** For designations d–f, enter your title, position, or relationship to the taxpayer in the "Licensing jurisdiction" column.

| Designation— Insert above letter (a–r). | Licensing jurisdiction (State) or other licensing authority (if applicable) | Bar, license, certification, registration, or enrollment number (if applicable) | Signature | Date |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Form **2848** (Rev. 1-2021)

57 of 94

## Your CUSIP Results are as follows:

**DANNY KAY POLK JR (CC 178-2781 [CASE])**
**American Century High-Yield Municipal Fund**
Symbol:                    ABHYX
CUSIP:                     024934804

Inception Date:            03/31/1998
Net Assets:                $565,507,000.00 as of
                           8/28/2025

## A little about the Fund:

American Century High Yield Municipal Fund seeks high current income that is exempt from federal income tax with capital appreciation as a secondary objective by investing in municipal securities with interest payments exempt from federal income tax. The Fund's benchmark is Bloomberg Municipal Bond Index.



58 of 94

8080 ☐ VOID ☒ CORRECTED

| | | OMB No. 1545-0877 | |
|---|---|---|---|
| LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | Form **1099-A** (Rev. April 2025) | **Acquisition or Abandonment of Secured Property** |

LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.

Danny-kay: Polk-Jr. TTEE/BENE
General Delivery

Form **1099-A** (Rev. April 2025)

For calendar year
Audit

**Acquisition or Abandonment of Secured Property**

| LENDER'S TIN 46353084P | BORROWER'S TIN | 1 Date of lender's acquisition or knowledge of abandonment 8/20/2022 | 2 Balance of principal outstanding $ Pool Amt | **Copy A** For Internal Revenue Service Center |
|---|---|---|---|---|

BORROWER'S name
Harris County District, State, + County

3

4 Fair market value of property
$

For filing information, Privacy Act, and Paperwork Reduction Act Notice, see the General Instructions for Certain Information Returns.

Street address (including apt. no.)

5 Check if the borrower was personally liable for repayment of the debt . . . . . . . . . . . . . ☒

City or town, state or province, country, and ZIP or foreign postal code
Houston, TX

6 Description of property
024934804
CUSIP     Audit Demanded

Account number (see instructions)
1782781  Audit

Form **1099-A** (Rev. 4-2025)   Cat. No. 14412G   www.irs.gov/Form1099A   Department of the Treasury - Internal Revenue Service

**Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page**

*Previously Submitted*

Audit this

1) ANNY KAY POLK TRUST
Danny-kay: Polk-Jr. Trustee
Authorized Representative for the
estate of DANNY KAY POLK JR
minor estate. Audit for fraud
urgently.

UCC 1-308

59 of 94

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>Danny-Kay: Polk-JnTTEE/BONE<br>General Delivery | | Applicable checkbox on Form 8949 | OMB No. 1545-0715<br>20**25**<br>Form **1099-B** | Proceeds From Broker and Barter Exchange Transactions |
|---|---|---|---|---|
| | | 1a Description of property (Example: 100 sh. XYZ Co.)<br>Real Money Monetized | | |
| | | 1b Date acquired<br>8/20/2022 | 1c Date sold or disposed<br>Present | Copy B<br>For Recipient |
| PAYER'S TIN<br>463530848 | RECIPIENT'S TIN | 1d Proceeds<br>$ | 1e Cost or other basis<br>$ | |
| | | 1f Accrued market discount<br>$ | 1g Wash sale loss disallowed<br>$ | |
| RECIPIENT'S name<br>Harris County District, State, +Family | | 2 Short-term gain or loss ☐<br>Long-term gain or loss ☐<br>Ordinary ☐ | 3 If checked, proceeds from:<br>Collectibles ☐<br>QOF ☐ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| Street address (including apt. no.) | | 4 Federal income tax withheld<br>$ Audit | 5 If checked, noncovered security ☐ | |
| | | 6 Reported to IRS:<br>Gross proceeds ☐<br>Net proceeds ☐ | 7 If checked, loss is not allowed based on amount in 1d ☐ | |
| City or town, state or province, country, and ZIP or foreign postal code<br>Houston, TX | | 8 Profit or (loss) realized in 2025 on closed contracts<br>$ | 9 Unrealized profit or (loss) on open contracts—12/31/2024<br>$ | |
| Account number (see instructions)<br>17R2781   Audit | | | | |
| CUSIP number<br>024934804  Audit | FATCA filing requirement ☐ | 10 Unrealized profit or (loss) on open contracts—12/31/2025<br>$ | 11 Aggregate profit or (loss) on contracts<br>$ | |
| 14 State name | 15 State identification no. | 16 State tax withheld<br>$<br>$ | 12 If checked, basis reported to IRS ☐ | 13 Bartering<br>$ |

Form **1099-B**          (Keep for your records)          www.irs.gov/Form1099B          Department of the Treasury - Internal Revenue Service

Audit this

1) DANNY KAY POLK JR TRUST
1) Danny-Kay: Polk-Jr. Trustee
Authorized Representative for the
estate of DANNY KAY POLK JR.
minor estate. Audit for fraud
urgently

UCC 1-308

60 of 94

8585    ☐ VOID    ☐ CORRECTED

| CREDITOR'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. Danny-Kay: Polk-Jr. TTEE/BENE General Delivery | 1 Date of identifiable event 8/70/2022 | OMB No. 1545-1424 | Cancellation of Debt |
|---|---|---|---|
| | 2 Amount of debt discharged $ Pool Amt | Form 1099-C (Rev. April 2025) | |
| | 3 Interest, if included in box 2 $ | For calendar year | |

| CREDITOR'S TIN 463530848 | DEBTOR'S TIN | 4 Debt description Cusip: 024934804 Audit Demand | Copy A For Internal Revenue Service Center |
|---|---|---|---|
| DEBTOR'S name Harris County District, State, & Family | | | For filing information, Privacy Act, and Paperwork Reduction Act Notice, see the General Instructions for Certain Information Returns. www.irs.gov/Form1099 |
| Street address (including apt. no.) | | 5 Check here if the debtor was personally liable for repayment of the debt . . . . . . . . . ☑ | |
| City or town, state or province, country, and ZIP or foreign postal code Houston, TX | | | |
| Account number (see instructions) 1782781   Audit | | 6 Identifiable event code H | 7 Fair market value of property $ |

Form **1099-C** (Rev. 4-2025)    Cat. No. 26280W    www.irs.gov/Form1099C    Department of the Treasury - Internal Revenue Service

**Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page**

Previously Submitted

Audit this

1) DANNY KAY POLK JR TRUST
Danny-Kay: Polk-Jr. Trustee
Authorized representative for the
estate of DANNY KAY POLK JR
minor estate. Audit for fraud
urgently.

UCC 1-308

61 of 94

☐ VOID　　☐ CORRECTED

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | 1 Original issue discount for the year | OMB No. 1545-0117 | |
|---|---|---|---|
| Danny-Kay: Polk-Jr. TTEE/BENE General Delivery | $ Total Amount | Form **1099-OID** (Rev. January 2024) | Original Issue Discount |
| | 2 Other periodic interest $ —0— | For calendar year | |

| PAYER'S TIN 463530848 | RECIPIENT'S TIN | 3 Early withdrawal penalty $ —0— | 4 Federal income tax withheld $ Total amount | Copy 1 |
|---|---|---|---|---|
| | | 5 Market discount $ 26 CFR1. 1474.1 | 6 Acquisition premium $ | For State Tax Department |
| RECIPIENT'S name Harris County District, State + Family Court | | 7 Description Pay to the United States Treasury CUSIP Audit | | |
| Street address (including apt. no.) | | | | |
| City or town, state or province, country, and ZIP or foreign postal code Houston, Tx | | 8 Original issue discount on U.S. Treasury obligations $ | 9 Investment expenses $ | |
| | FATCA filing requirement ☐ | 10 Bond premium $ | 11 Tax-exempt OID $ | |
| Account number (see instructions) 1782781　Audit | | 12 State | 13 State identification no. | 14 State tax withheld $ $ |

Form **1099-OID** (Rev. 1-2024)　　　　www.irs.gov/Form1099OID　　　　Department of the Treasury - Internal Revenue Service

*Audit this*

DANNY KAY POLK TRUST
Danny- Kay: Polk-Jr. Trustee
Authorized Representative for the
estate of DANNY KAY POLK JR
minor estate. Audit for fraud
urgently

UCC 1 - 308

62 of 94

7575    ☐ VOID    ☐ CORRECTED

| FILER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone number<br><br>Harris County District, State of Family Court<br>Houston, TX | 1 Date of closing<br>Audit | OMB No. 1545-0997<br>Form **1099-S**<br>(Rev. April 2025) | **Proceeds From Real Estate Transactions** |
|---|---|---|---|
| | 2 Gross proceeds<br>$ CUSIP amount | For calendar year<br>Audit | |

| FILER'S TIN | TRANSFEROR'S TIN<br>463530848 | 3 Address (including city, state, and ZIP code) or legal description<br>CUSIP: 024934804  Audit File<br>26 USC 7201, 7206, 676, Rule SEC 10b-5 | **Copy A**<br>**For**<br>**Internal Revenue**<br>**Service Center** |
|---|---|---|---|
| TRANSFEROR'S name: Danny-Kay: Polk-Jr. TTEE | | 4 Check here if the transferor received or will receive property or services as part of the consideration . ☑ | For filing information, Privacy Act, and Paperwork Reduction Act Notice, see the **General Instructions for Certain Information Returns.** |
| Street address (including apt. no.)<br>address on file/General Delivery | | 5 Check here if the transferor is a foreign person (nonresident alien, foreign partnership, foreign estate, or foreign trust) . . . . . . . . . . ☐ | |
| City or town, state or province, country, and ZIP or foreign postal code | | | |
| Account number (see instructions)<br>1782781 / 024934804 | | 6 Buyer's part of real estate tax<br>$ CUSIP amount  Audit | www.irs.gov/Form1099 |

Form **1099-S** (Rev. 4-2025)    Cat. No. 64292E    www.irs.gov/Form1099S    Department of the Treasury - Internal Revenue Service

**Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page**

18 USC 472, 475

Audit this

DANNY KAY POLK JR TRUST
Danny-Kay: Polk-Jr.
Authorized Representative for the
estate of DANNY KAY POLK JR
minor estate. Audit for fraud
urgently

63 of 94

# UNIVERSAL AFFIDAVIT OF NATIONALITY & DECLARATION OF STATUS

Affiant: Danny-Kay: Polk-Jr© Trustee

Address: c/o 5868 A1 Westheimer Road #343

City, State, ZIP: Houston, Texas [77057]

Phone: (email only)

Email: polkdanny@hotmail.com

Date:

I, Danny-Kay: Polk-Jr© Trustee, a living, breathing man/woman, competent to testify and over the age of majority, do hereby declare, attest, and affirm the following to be true, correct, and complete to the best of my knowledge, ability, and belief:

## I. DECLARATION OF NATIONALITY & SELF-DETERMINATION

- I am a natural-born sovereign being with inalienable rights, and I declare my nationality as an independent, free, and self-governing person.

- Under Article 15 of the Universal Declaration of Human Rights (UDHR), I have the inherent right to a nationality of my choosing.

- The International Covenant on Civil and Political Rights (ICCPR) recognizes my right to enter my country and claim my nationality without arbitrary denial.

- I do not waive my sovereignty, nor do I enter into presumptive contracts that diminish my legal standing as a national.

- This affidavit serves as prima facie evidence of my nationality and is enforceable under 28 U.S.C. § 1746(1).

## II. LEGAL BASIS FOR NATIONALITY WITHOUT CITIZENSHIP

- Afroyim v. Rusk, 387 U.S. 253 (1967) confirms the right to maintain nationality without involuntary loss or forced citizenship.

- The Insular Cases (1901-1922) establish that nationality can exist independently from citizenship.

- Under 8 U.S.C. § 1101(a)(21), a 'United States National' is defined as someone who owes allegiance to the U.S. but is not necessarily a citizen.

64 of 94

- Asserting nationality without citizenship is legally recognized in Downes v. Bidwell, 182 U.S. 244 (1901), which distinguishes between different classes of U.S. nationals.

## III. ADMINISTRATIVE & PASSPORT NOTICE

- Under 22 C.F.R. § 51.3, a U.S. Passport must reflect the true nationality status of the bearer.

- The U.S. Department of States Foreign Affairs Manual (9 FAM 202.1-2) confirms that non-citizen nationality is distinct from citizenship.

- This affidavit shall accompany any application for a passport or identity document to ensure my status is correctly recognized as a non-citizen national.

- Any denial of my legal nationality must be provided in writing under 5 U.S.C. § 552(a) (FOIA law) with explicit statutory justification.

## IV. NOTICE TO GOVERNMENT OFFICIALS

- This affidavit serves as official notice to any and all government agencies that my nationality is declared under penalty of perjury and in accordance with international law.

- Under 42 U.S.C. § 1983, any government agent who denies my rightful status may be held personally liable for violating my legal rights.

- If my legal nationality is denied, I will pursue an administrative appeal, a writ of mandamus under 28 U.S.C. § 1361, or a civil rights claim.

- I reserve all rights under UCC 1-308 and waive none.

## V. AFFIRMATION & NOTARIZATION

- I affirm under penalty of perjury under the laws of the United States of America (per 28 U.S.C. § 1746(1)) that the foregoing is true and correct.

- Executed this __4__ day of __JUNE__, 2025.

- Affiant Signature: _Danny-Kay: Polk-Jr. TTEE_

- Danny-Kay: Polk-Jr© Trustee

65 of 94

## NOTARY ACKNOWLEDGMENT

- State of ___TEXAS___

- County of ___HARRIS___

- On this ___JUNE 4, 2023___, before me, ___Thomas Charles Shackett III___, a Notary Public, personally appeared Danny-Kay: Polk-Jr© Trustee, known to me (or satisfactorily proven) to be the person whose name is subscribed to the foregoing instrument, and acknowledged that he/she executed the same for the purposes therein contained.

- Notary Public Signature: _____

- Notary Seal:

- Commission Expires: ___08|08|2026___



66 of 94

# EXHIBIT A - DECLARATION OF IRREVOCABLE TRUST
*Creation of Private Express Trust*

## TRUST FORMATION

This Declaration establishes the creation of an Irrevocable Private Trust by the living man, Danny-Kay: Polk-Jr © Trustee. The legal estate known as DANNY KAY POLK JR, its assets, accounts, titles, and identifiers are hereby transferred into the private trust for administration and protection.

## TRUST DETAILS

Trust Name: DANNY KAY POLK JR

Trustee: Danny-Kay: Polk-Jr © Trustee

Grantor: Danny-Kay: Polk-Jr © Trustee

Beneficiary: Danny of the Polk Trust


SSN: 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

Birth Certificate File Number: 142-79-179505


This trust is private, irrevocable, and governed by natural law and private contract. No third-party entity shall alter its terms without verified consent of the trustee.


## AUTOGRAPH

Danny-Kay:Polk-Jr © Trustee  _Danny-Kay: Blk-Jr. TTEE_  Date: _6/4/2025_


## NOTARY ACKNOWLEDGEMENT

State of _TEXAS_

County of _HARRIS_


On this _4th_ day of _JUNE_, 20_25_, before me, the undersigned Notary Public, personally appeared Danny-Kay: Polk-Jr © Trustee, known to me (or satisfactorily proven) to be the living man whose name is subscribed to the within instrument and acknowledged that he executed the same for the purposes therein contained.

67 of 94

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_____

Notary Public Signature

My commission expires: 08/8/2026

Seal:



68 of 94

# EXHIBIT B - AFFIDAVIT OF STATUS

*Affirmation of Living Man Standing*

## AFFIRMATION

I, Danny-Kay: Polk-Jr © Trustee, a living man, do solemnly affirm and declare under penalty of perjury that I am not a U.S. citizen, not a person, not a taxpayer, and not subject to statutes without my full, knowing, and willing consent. I am domiciled on the land, not in any federal territory or under corporate jurisdiction.

## STANDING

I exist in the private, operate by natural law, and hold all inalienable rights granted by the Creator. This Affidavit is executed to correct the public record and rebut any presumption of wardship, agency, or suretyship.

## AUTOGRAPH

Danny-Kay: Polk-Jr © Trustee _Danny-Kay: Polk-Jr TTEE_ Date: _6/4/2025_

## NOTARY ACKNOWLEDGMENT

State of _TEXAS_

County of _HARRIS_

On this _4_ day of _JUNE_, 20_25_, before me, the undersigned Notary Public, personally appeared Danny-Kay: Polk-Jr © Trustee, known to me (or satisfactorily proven) to be the living man whose name is subscribed to the within instrument and acknowledged that he executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

Notary Public Signature

My Commission Expires: ___08/08/2026___

Seal:



## EXHIBIT C - REVOCATION OF CONTRACTS

### Withdrawal of Implied Consent from State Entities

**REVOCATION NOTICE**

This document serves as formal revocation of all prior, implied, or presumed contracts with the following agencies and institutions:

- Social Security Administration

- Department of Motor Vehicles

- State Voter Registration

- Any other corporate state or federal entities.

**REASON FOR REVOCATION**

These contracts were entered into without full disclosure, voluntary consent, or understanding of the legal consequences. As the living man, I revoke all presumed agency relationships, fiduciary obligations, or third-party control over my legal estate.

**RESERVATION OF RIGHTS**

All rights reserved without prejudice under UCC 1-308.

This notice is sent for lawful correction of record and restoration of status.

**AUTOGRAPH**

Danny-Kay: Polk-Jr © Trustee _Danny-Kay: Polk-Jr. TTEE_ Date: _6/4/2025_

**NOTARY ACKNOWLEDGMENT**

State of ___TEXAS___

County of ___HARRIS___

71 of 94

On this ___4___ day of ____JUNE____, 20_25_, before me, the undersigned

Notary Public, personally appeared Danny-Kay: Polk-Jr © Trustee, known to me (or

satisfactorily proven) to be the living man whose name is subscribed to the within

instrument and acknowledged that he executed the same for the purposes therein

contained.


IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_____

Notary Public Signature

My Commission Expires: ___08/08/2026___

Seal:



72 of 94

## EXHIBIT E - NOTICE OF FIDUCIARY RELATIONSHIP
### To: U.S. Department of Treasury & Internal Revenue Service

## DECLARATION OF RELATIONSHIP

This notice is to inform the United States Department of Treasury and the Internal Revenue Service that I, Danny-Kay: Polk-Jr © Trustee, a living man, do hereby claim the status of Grantor and Beneficiary of the legal entity named DANNY KAY POLK JR, recognized in commerce by the ALL CAPS format. I assert lawful control over the associated trust estate and declare that all agents acting in fiduciary capacity over this entity are hereby noticed of their obligations.

## FIDUCIARY OBLIGATION

Any person, officer, or agency holding or administering legal or equitable interests over the trust or estate referenced herein is acting in a fiduciary capacity and must administer all dealings, correspondence, credits, and settlements in good faith and in full compliance with commercial law, equity, and trust law.

## NOTICE TO AGENTS IS NOTICE TO PRINCIPAL

Let it be known that failure to acknowledge or rebut this fiduciary notice within ten (10) business days of receipt shall constitute full acceptance and consent to its terms. Silence is acquiescence. Agents are required to act upon the interests of the true Grantor and Beneficiary and to avoid any unauthorized commercial exploitation.

## IDENTIFICATION OF ESTATE

Name of Estate: DANNY KAY POLK JR

SSN Account: 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

Birth Certificate File Number: 142-79-179505

73 of 94

All rights, titles, interests, and control now vest in the living man, Danny-Kay: Polk-Jr ©
Trustee, as evidenced by the supporting documents in this packet.


## AUTOGRAPH

Danny-Kay: Polk-Jr © Trustee _Danny-Kay: Polk-Jr TTEE_ Date: _6/4/2025_


## NOTARY ACKNOWLEDGMENT

State of __TEXAS__

County of __HARRIS__ On this _4_ day of __JUNE__,

20_25_, before me, the undersigned Notary Public, personally appeared

John-Henry: Doe, known to me (or satisfactorily proven) to be the living man whose

name is subscribed to the within instrument and acknowledged that he executed the

same for the purposes therein contained.


IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_____

Notary Public Signature

My Commission Expires: _08/08/2026_

Seal:

THOMAS CHARLES SHACKETT
NOTARY PUBLIC
STATE OF TEXAS
I.D. 12241184
EXP. 08-08-2026

74 of 94

## EXHIBIT F - HOLD HARMLESS & INDEMNITY AGREEMENT

*Private Contract Under Private Law - No Public Authority Required*

## PARTIES TO THIS AGREEMENT

This Hold Harmless and Indemnity Agreement is made by and between:

First Party: Danny-Kay: Polk-Jr © Trustee, a living man, hereinafter referred to as the Claimant or Indemnified Party; Any and all corporate officers, agencies, law enforcement, courts, or administrative agents acting under color of law are hereby referred to as Respondent(s) or Potential Offending Parties.

## AGREEMENT TERMS

1. The Claimant is a living man, sui juris, not subject to statutory jurisdiction without explicit consent.

2. The Claimant does not operate in public capacity and reserves all rights under UCC 1-308 and the Common Law.

3. Any attempt to impose jurisdiction, initiate administrative process, detain, fine, compel, or otherwise interfere with the Claimant without a verified contract or injured party shall constitute a breach of peace, trespass, and unlawful conversion.

4. Claimant shall be held harmless and indemnified from any loss, cost, or liability arising from unauthorized actions of Respondents.

5. This Agreement serves as pre-established notice of liability and remedy for unlawful joinder or process.

6. Failure to rebut this agreement with verified, sworn affidavit within 10 days constitutes full consent to terms by silence and acquiescence.

75 of 94

## NOTICE TO ALL AGENCIES

This is a private agreement made in the private jurisdiction of the Claimant. No statutory interpretation shall alter its meaning. All agents and officers of any agency, corporation, municipality, or government body are personally liable under this agreement. You are instructed to cease and desist any future actions unless you hold a verified lawful contract with the Claimant.

## EXECUTION AND AGREEMENT TO TERMS

This agreement is effective upon issuance and delivery. It does not require a second party's signature to be binding under natural and commercial law.

Executed by the undersigned in full capacity and good faith.

### EXHIBIT F – HOLD HARMLESS & INDEMNITY AGREEMENT
Private Contract Under Private Law - No Public Authority Required

Autograph of Claimant:

Danny-Kay: Polk-Jr © Trustee _Danny - Kay: Polk-Jr. TTEE_ Date: 6/4/2025

## NOTARY ACKNOWLEDGMENT

State of ___TEXAS___

County of ___HARRIS___

On this ___4___ day of ___JUNE___, 20_25_, before me, the undersigned Notary Public, personally appeared Danny-Kay: Polk-Jr © Trustee, known to me (or satisfactorily proven) to be the living man whose name is subscribed to the within instrument and acknowledged that he executed the same for the purposes therein contained.

76 of 94

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_____

Notary Public Signature

My Commission Expires: ___08/08/2026___

Seal:



*pages 1-7*
*case # 1782781*

## CHAPTER 1

## OFFICE OF THE COUNTY CLERK

### A.    HISTORY AND GENERAL DUTIES OF THE COUNTY CLERK

The office of County Clerk has been in existence in Texas since 1836, superseding the *escribano* (secretary) of Spanish-Mexican rule. Article V, Section 20 of the Texas Constitution provides:

> *There shall be elected for each county, by the qualified voters, a County Clerk, who shall hold his office for four years, who shall be Clerk of the County and Commissioners Courts and recorder of the county, whose duties, perquisites and fees of office shall be prescribed by the Legislature, and a vacancy in whose office shall be filled by the Commissioners Court, until the next general election; provided, that in counties having a population of less than 8,000 persons there may be an election of a single Clerk, who shall perform the duties of District and County Clerks.*

*Const. Art. V Sec. 20*

The County Clerk:

- serves as Clerk for the county court, county courts at law, and the county;
- keeps records pertaining to the county courts, real and personal property, and personal records;
- records vital statistics;
- issues marriage licenses;
- administers other licensing and recording requirements; and
- conducts countywide special and general elections and handles early voting.

*Loc. Gov't Code Sec. 81.003 Ch. 191*

*CCP Art. 2.21*

*TRCP Part II, Sec.2*

*Gov't Code 51.402*

*Fam. Code Ch.2*

*Health & Safety Code Ch. 191, Ch. 194*

*Election Code Ch.31*

### B.    THE OFFICE OF THE COUNTY CLERK

#### 1.    Oath and Affirmation of Office

County Clerks often assist other elected officials in executing the required statements and oaths before entering upon the duties of office. An elected/appointed officer (including the County Clerk), before entering upon the duties of office, must <u>first</u> subscribe to a statement of elected/appointed officer and <u>then</u> take the Oath or Affirmation of Office.

*Const. Art. XVI, Sec. 1*

The statement. The Statement of Elected/Appointed Officer, sometimes referred to as the "anti-bribery statement," must be subscribed <u>before</u> the Oath or Affirmation of Office is taken.  The Statement of Elected/Appointed Officer is as follows:

*Art. XVI, Sec. 1(c)*

> "I, _____, do solemnly swear (or affirm) that I have not directly or indirectly paid, offered, promised to pay, contributed, or promised to contribute any money or thing of value, or promised any public office or employment for the giving or

*Art. XVI, Sec. 1(b)*

*pg 46*

*7 8 of 94*

withholding of a vote at the election at which I was elected or as a reward to secure my appointment or confirmation, whichever the case may be, so help me God."

The form and instructions concerning the execution of the Statement are available from the Secretary of State's website at https://www.sos.state.tx.us/statdoc/forms/2201.pdf. Please note that this Statement need not be executed in front of an officer authorized to administer oaths.

*1 TAC § 73.44*

The Texas Constitution requires all elected and appointed state-level and district-level officers and certain judicial officers and appointees (such as an officer appointed by the Supreme Court, the Court of Criminal Appeals, or the State Bar of Texas; an associate judge appointed under Family Code Chapter 201, Subchapters B or C; and a retired or former judge on the list maintained by the presiding judge of an administrative judicial region under Section 74, Government Code) to file the Statement with the Secretary of State prior to taking the Oath or Affirmation of Office (described below). County, precinct, and municipal officials must retain this signed statement with the official records of their office.

*Gov't Code*
*Sec. 602.007*

*Const.*
*Art. XVI, Sec. 1(c)*

The required Statement of Officer is considered filed once it has been received by the Office of the Secretary of State. The Statement can be mailed, hand-delivered, faxed, or emailed to the Office. See Form 2201, *Statement of Officer*, for delivery information.

*SOS Form 2201*
*SOS Form 2204*

Oath and affirmation. After subscribing to (and, for certain officials, filing) the statement of elected/appointed official, elected/appointed officials (including the County Clerk) are to take the following Oath or Affirmation of office:

"I, _____, do solemnly swear (or affirm), that I will faithfully execute the duties of the office of _____ of the State of Texas, and will to the best of my ability preserve, protect, and defend the Constitution and laws of the United States and of this State, so help me God."

*Const.*
*Art. XVI, Sec. 1(a)*

The form and instructions for completion of the Oath are available from the Secretary of State's website at http://www.sos.state.tx.us/statdoc/forms/2204.pdf.

*SOS Form 2204*

Some elected officials (including county commissioners, the county judge, and the county auditor) must also swear in writing to additional language that is often added to the Oath or Affirmation above.

*Loc. Gov't Code*
*Sec. 81.002(a)*
*Sec. 84.007*

The County Clerk records his or her Oath in the County Clerk's office and then deposits the oath in the District Clerk's office. The oath is generally printed on the bond the County Clerk must execute.

*Sec. 82.001(d)*

The County Clerk is required to record the oaths of certain other elected officials such as the tax assessor-collector.

*Tax Code*
*Sec. 6.28(e)*

For more information on oaths or affirmations of office, please see the Texas Association of Counties' *Oath and Bond Requirements for County Officials*, available at https://www.county.org/TAC/media/TACMedia/Legal/Legal%20Publications%20Docum ents/2021/2021-Oath-and-Bond-Final.pdf.

*COUNTY CLERK MANUAL*
*2023 Edition*                    I-2

## 2. Surety Bond Requirements

The County Clerk must, before beginning to perform the duties of office, execute a bond either with four or more good and sufficient sureties or with a surety company authorized to do business in the state as a surety. The bond must be:

*Loc. Gov't Code Sec. 82.001*

a. Approved by the commissioners court;

b. Made payable to the county;

c. Conditioned that the Clerk will faithfully perform the duties of office; and

d. In an amount equal to at least 20% of the maximum amount of the fees collected in any year during the term of office preceding the term for which the bond is to be given, but not less than $5,000 or more than $500,000.

After the official oath is taken and subscribe, it is endorsed on the bond. The bond and oath must be recorded in the County Clerk's office and deposited in the office of the Clerk of the district court.

Surety bonds for Deputy Clerks and other employees. The County Clerk must execute one or more surety bonds to cover each Deputy Clerk or other employee. The County Clerk must execute either an individual bond for each Deputy Clerk and other employee in an amount for each bond that is equal to the Clerk's bond, or a schedule surety bond or a blanket surety bond to cover all Deputy Clerks and other employees in a total amount that is equal to the Clerk's bond.

*Sec. 82.002*

The bond covering a Deputy Clerk or other employee must be conditioned in the same manner and must be for the same amount as the County Clerk's bond. The bond covering the Deputy Clerk or other employee must be made payable to the county for the use and benefit of the County Clerk.

Self-insurance. In lieu of a Clerk obtaining a bond to cover the Clerk or a Deputy Clerk, the county may self-insure against losses that would have been covered by the bond.

*Sec. 82.001(b) Sec. 82.002(b)*

## 3. Errors and Omissions Insurance and Indemnification

The County Clerk must obtain an insurance policy or similar coverage from a governmental pool operating under Local Government Code Chapter 119 covering the Clerk and each Deputy Clerk against liability incurred through errors and omissions in the performance of their official duties.

*Sec. 82.003*

The policy or other coverage must be in an amount equal to the amount of fees collected in the year before the policy is obtained. The policy or other coverage must be in an amount of at least $10,000 but is not required to exceed $500,000. If the policy or other coverage also covers other county officials, the policy or other coverage must be in an amount of at least $1 million.

Contingency fee and fund if required coverage unavailable. The commissioners court may establish a contingency fund to provide the coverage required if the Clerk determines that insurance coverage is unavailable at a reasonable cost. The commissioners court may set an additional filing fee in an amount not to exceed $5 for each suit filed to be

collected by the County Clerk. The fee will be paid into the fund. When the contingency fund reaches an amount equal to that required for a bond, the Clerk must stop collecting the additional fee.

The commissioners court of a county is directed by law to pay out of the general fund of the county the premiums for a required bond or insurance policy.

*Loc. Gov't Code Sec. 82.004*

> **NOTE:** *AG Op. JM-1092 (1989) overrules the statements in AG Op. Nos. M-441 (1969) and MW-156 (1980) that the purchase of errors and omissions insurance coverage for a public officer or employee violates the Constitution unless it is part of compensation.*

*AG Op. JM-1092 (1989)*

Indemnification of County Clerks. The commissioners court by order may indemnify the County Clerk and Deputy County Clerks against personal liability for the loss of county funds, or loss or damage to personal property, incurred by them in the performance of official duties if the loss was not the result of the Clerk's or Deputy Clerk's gross negligence or criminal action.

*Loc. Gov't Code Sec. 157.903*

### 4. Continuing Education Requirements

Before the first anniversary of the date the County Clerk assumes the duties of office, the County Clerk must complete 20 hours of instruction regarding the performance of the clerk's duties of office. During each calendar year after that first anniversary, the County Clerk must complete 20 hours of instruction regarding the performance of the Clerk's duties of office. The clerk may carry over from the current calendar year to the following calendar year not more than 10 hours of completed continuing education courses that exceed the number of hours of completed continuing education courses.

*Gov't Code Sec. 51.605*

The principal continuing education courses currently offered in Texas include, among others:

1. County and District Clerks' Seminar, College Station-Texas A&M Extension Service, V. G. Young Seminar (January)

2. University of Texas School of Law Program, Austin (April)

3. County and District Clerks' Association of Texas Conferences (Annual, Fall, Winter) (location varies) (dates vary)

4. Elections Seminar, Austin (dates vary)

5. Vital Statistics Seminar, Austin (December)

6. Probate Seminar, sponsored by the Texas College of Probate Judges (location varies) (dates vary)

7. Regional Meetings, County and District Clerks' Association (check with Regional Directors in each Region for locations and dates)

The County and District Clerks' Association of Texas is composed of County and District Clerks as regular members and Clerks' office employees, former Clerks, and election administrators as associate members (*see* https://www.cdcatexas.com). The Association holds an annual conference and area meetings and publishes a monthly

newsletter.

### 5. Authentication by Seal

The County Clerk is required to "authenticate" the official acts of:

*Gov't Code
Sec. 26.005*

1. County-level courts

*Loc. Gov't Code
Sec. 81.004(a)*

2. The county commissioners court

*Sec. 191.001*

3. The County Clerk as the county recorder

According to Black's Law Dictionary (*10th Ed.*), the term "authenticate" means to render authoritative or authentic by attestation or through some legal formality. County Clerks authenticate a particular act by the legal formality of applying a seal to a written document that describes the act. The County Clerk must use the county court seal to authenticate all of the Clerk's official acts as county recorder. The Clerk may affix the seal on an original document by stamp, electronic means, facsimile, or other means that legibly reproduces all of the required elements of the seal for the purposes of reproduction.

*Sec. 191.001(b)*

### a.    Seals for County-Level Courts

The County Clerk is required to use the seal of the particular county-level court to authenticate the official acts of the County Clerk and the judge of the county-level court. The impress of the seal is to be attached to all processes other than subpoenas that are issued in the name of the county-level court.

*Gov't Code
Sec. 26.005(a), (b)*

The seal may be created using electronic means, including by using an optical disk or another electronic reproduction technique, if the means by which the seal is impressed on an original document created using the same type of electronic means does not allow for changes, additions, or deletions to be made to the document.

The constitutional county court seal must contain a star with five points engraved in the seal's center. The words "County Court of _____ County, Texas" must be engraved on the seal.

*Sec. 26.005(a)*



The Clerk should not use the constitutional county court seal to authenticate the acts of statutory county courts and judges or statutory probate courts and judges.

*Sec. 25.0011
Sec. 25.0031*

Each statutory county-level court has its own seal. For example, a county with four statutory county courts must have a separate seal for each of the four statutory county courts.

*Sec. 25.0011*

*6 of 7*

The seal must have the five-pointed star engraved in the seal's center as well as the name of the statutory county court (*e.g.*, "County Court at Law No. _____ of _____ County, Texas").



### b.    Separate Seal for the County Commissioners Court

Each county is required to have a commissioners court seal that is separate and distinct from the seal of the constitutional county court. The words "Commissioners Court, _____ County, Texas" must be engraved on the seal. The seal must also be engraved with a five-pointed star or a design selected by the commissioners court and approved by the Secretary of State.

*Loc. Gov't Code Sec. 81.004(a)*

The County Clerk keeps the commissioners court seal and uses the seal "to authenticate official acts of the court or its presiding officer or Clerk that requires a seal for authentication." The County Clerk serves as the Clerk of the county commissioners court.

*Sec. 81.004(b)*



### c.    Seal for the County Clerk's Acts as County Recorder

The County Clerk is to use the constitutional county court seal to authenticate all of the Clerk's official acts as county recorder. The County Clerk may affix the seal on an original document by stamp, electronic means, facsimile, or other means that legibly reproduces all of the required elements of the seal for the purposes of reproduction.

*Sec. 191.001(b)*



*pg 57*

*83 of 94*

## C.    APPOINTMENT OF DEPUTY CLERKS

Deputy County Clerks must be appointed in writing by the County Clerk. A Deputy Clerk acts in the name of the County Clerk and may perform all official acts that the County Clerk may perform. The appointment must be signed by the County Clerk and must bear the seal of the county court. The County Clerk must record the appointment in the County Clerk's office and must deposit the appointment in the office of the District Clerk. *Loc. Gov't Code Sec. 82.005*

Upon appointment, Deputy County Clerks must subscribe to the statement of elected/appointed officer and must take the official oath or affirmation of office. The executed statement of elected/appointed official should be retained with the official records of the County Clerk's office. The executed official oath or affirmation of office should be recorded in the County Clerk's office and deposited in the office of the District Clerk. *Sec. 82.005(c)*

A Deputy Clerk acts in the name of the County Clerk and may perform all official acts that the County Clerk may perform. Whenever a duty is imposed upon the clerk of the district or county court, the same may be lawfully performed by his deputy. *CCP Art. 2.22*

*Copy*

# DUE PROCESS NOTICE AND FORMAL ASSERTION OF RIGHTS

Danny-Kay: Polk-Jr TTEE/BENE
c/o P.O. Box 157
San Marcos, Texas [78667]
Tripledlivingtrust@gmail.com
Date: 27ᵗʰ Day of February 2026

To:
U.S. Department of Justice Civil Rights Division – Special Litigation Section
950 Pennsylvania Avenue, NW
Washington, DC 20530

CC: Harris County Attorney, Harris County Internal Affairs Division, Texas Attorney General – Civil Rights Division U.S. Department of Justice – Civil Rights Section

## I. PURPOSE OF THIS NOTICE

This letter serves as a **formal Due Process Notice**, an assertion of constitutional rights, and a record of **serious concerns regarding unlawful conduct** by deputies of the Harris County Sheriff's Office inside Harris County family and state court facilities.

This notice is submitted by a **peaceful American National of Indigenous descent**, hereafter "the Protected Person," whose rights under the Texas Constitution, U.S. Constitution, and federal civil-rights laws have been infringed.

## II. CONSTITUTIONAL GUARANTEES OF DUE PROCESS

### Texas Constitution – Article I, Section 19

"No citizen of this State shall be deprived of life, liberty, property, privileges or immunities... except by the due course of the law of the land."

### U.S. Constitution – Fifth and Fourteenth Amendments

No person may be deprived of life, liberty, or property without **due process of law**.

### U.S. Supreme Court Standard

*37 of 41*

*85 of 94*

Due process requires:

- Notice reasonably calculated to inform the person, and
- A meaningful opportunity to be heard. (*Mullane v. Central Hanover Bank*, 339 U.S. 306 (1950))

These protections apply to **all persons**, including American Nationals and Indigenous people.

# III. THE SHERIFF AS A CONSTITUTIONAL OFFICER

The Office of Sheriff is established by **Article V, Section 23 of the Texas Constitution.** The sheriff is the **chief conservator of the PEACE** in the county and is responsible for:

- Protecting life and property (my life was threatened by AJ J.A. in front a sheriff's deputy)
- Ensuring deputies act within constitutional limits (constant hostility from S. Garza)
- Executing only lawful court orders (continued violations with proof)
- Preventing unlawful detention (unlawfully detained by unauthorized ALJ V. Velazquez)
- Safeguarding the rights of all persons

The sheriff is accountable to:

- The Texas Constitution
- The U.S. Constitution
- Federal civil-rights statutes
- The people of the county

# IV. MISCONDUCT BY HARRIS COUNTY DEPUTIES

Multiple deputies of the Harris County Sheriff's Office engaged in the following actions inside Harris County family and state courts:

- **Unlawful detention** of the Protected Person by an unauthorized acting official
- **Hostile and intimidating conduct by S. Garza**
- **Interference with the Protected Person's right to assert constitutional rights**
- **Enforcement of verbal directives** issued by an administrative judge lacking proper judicial authority
- **Obstruction of access** to the court for the purpose of dismissal or settlement of a private matter

These actions violate:

- **Fourth Amendment** (unreasonable seizure)
- **Fourteenth Amendment** (due process)
- **Texas Constitution, Article I, Section 19**
- **42 U.S.C. § 1983** (civil-rights violations under color of law) (Human rights violations)

38 of 41

86 of 94

- Federal protections for Indigenous persons and American Nationals

# V. LIMITS OF ADMINISTRATIVE JUDICIAL AUTHORITY

Family-court and administrative judges in Texas possess limited jurisdiction. Deputies may not lawfully detain a person based solely on:

- A verbal instruction
- An order lacking jurisdiction
- An order unsupported by oath or affirmation
- An order not issued by a court of record

Any detention without lawful authority is constitutionally defective.

# VI. SHERIFF LIABILITY FOR FAILURE TO PROTECT

The sheriff and deputies may be held liable when they:

- Detain a person without lawful authority
- Act on orders issued without jurisdiction
- Fail to intervene in constitutional violations
- Engage in discriminatory or hostile conduct
- Interfere with court access
- Target an Indigenous or protected national in violation of federal protections

Liability arises under:

- 42 U.S.C. § 1983
- Texas Tort Claims Act
- Federal civil-rights statutes protecting Indigenous persons
- Constitutional claims for deprivation of rights

These liabilities apply in fact, not merely in allegation.

# VII. FORMAL ASSERTION OF RIGHTS

The Protected Person hereby asserts rights under:

- Texas Constitution, Article I, Section 19
- U.S. Constitution, Fifth and Fourteenth Amendments
- Federal civil-rights protections
- Applicable Supreme Court precedent
- Protections afforded to Indigenous people and American Nationals

39 of 41

87 of 94

No deputy, judge, or public servant may lawfully infringe these rights.

# VIII. DEMAND FOR CORRECTIVE ACTION

The following actions are formally requested:

1. Immediate investigation into the conduct of the deputies involved.
2. Written confirmation that deputies will not detain the Protected Person without lawful authority.
3. Assurance of safe, non-hostile access to Harris County courts.
4. Training and supervision measures to prevent future violations.
5. Preservation of all body-camera footage, reports, and records related to the incidents.

Failure to address these violations may result in the initiation of **civil-rights litigation** in state or federal court.

# IX. CONCLUSION

This Due Process Notice is submitted to ensure that all future interactions between the Protected Person and the Harris County Sheriff's Office comply fully with constitutional and statutory requirements. The sheriff is expected to uphold the highest standards of constitutional obedience, protect the rights of all persons, and prevent unlawful conduct by deputies.

Respectfully,

Danny-Kay: Polk-Jr. TTEE/ BENE

Danny-Kay: Polk-Jr TTEE/BENEFICIARY
American National – Indigenous Descent
Non-Corporate, Non-Combatant,
Peaceful Person on the Land
UCC 1-308
ALL RIGHTS RESERVED
WITHOUT PREJUDICE
WITHOUT RECOURSE

(Notary Acknowledgement and Certificate of Service Attached)

40 of 41

NOTARY ACKNOWLEDGMENT

STATE OF Texas COUNTY OF Hays

Before me, the undersigned authority, on this day personally appeared Danny-Kay: Polk-Jr. TTE G/BENE known to me or proven to me through satisfactory evidence, who, after being duly sworn, stated that the foregoing Notice is true and correct.

Subscribed and sworn before me on this 28 day of February 20 26.

Notary Public Signature: Alisha Fears

Printed Name: Alisha Fears

My Commission Expires: June 2, 2029

ALISHA MONIQUE FEARS
Notary ID #132672794
My Commission Expires
June 2, 2029

CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Notice was served on the appropriate parties or agencies on the 28th day of February, 20 26 by the following method(s):

- ☑ Certified Mail
- ☐ Email
- ☐ Hand Delivery
- ☐ Electronic Filing (if applicable)

Signature: Danny-Kay: Polk Jr. TTEG    Printed Name: Danny-Kay: Polk-Jr. TTEE/BENE

41 of 41

89 of 94

" I, Do NOT consent to being the surety "

" I, DO NOT consent to being the surety for this case and /or proceedings "

" I, Demand to see the verified authenticated Criminal Complaint, and /or proof of verified Claim "

" I demand the bond be brought forward to see who will indemnify me, the living soul, if I, am Damaged Again " on the record and for the record.

Danny. Kay: Polk-Jr. TTEE /BENE
Living soul with all rights in fact and not the DEAD Entity ALL CAPS
DANNY KAY POLK JR. (ENSLEGES)

90 of 94

*page 91/94*
*Case #1782781*

## NOTICE TO PROPER AUTHORITY REQUESTING ASSISTANCE UNDER TEXAS CCP ART. 14.01(a)

TO:  Proper Authority / Peace Officer

FROM: Danny Kay Polk, Jr., Private Person

RE: Request for Assistance Under Texas CCP Art. 14.01(a)

This Notice is provided to formally advise your office that Texas Code of Criminal Procedure Article 14.01(a) grants statutory authority to a private person to arrest an offender when a felony or an offense against the public peace is committed in their presence or within their view.

I am requesting lawful assistance from your agency in accordance with:

- Texas CCP Art. 14.01(a) — Private person arrest authority
- Texas CCP Art. 2.09 & 2.10 — Right to provide information to a magistrate
- Texas CCP Art. 15.04 — Any person may make a criminal complaint
- Texas CCP Art. 6.01 — Duty to prevent injury to another

This Notice is submitted to ensure that all actions remain lawful, peaceful, and properly documented.

I request your assistance in receiving information, documenting the matter, and ensuring compliance with all applicable Texas criminal procedure laws.

Respectfully,

*Danny-Kay: Polk-Jr. TTEE/BENE*

Danny Kay Polk, Jr.  Private Person

*without recourse*
*without prejudice*
*UCC 1-308*
*All RIGHTS RESERVED*

*added page 42 of the 41*

*91 of 94*

## TEXAS STATUTE GRANTING PRIVATE PERSON ARREST AUTHORITY
### Texas Code of Criminal Procedure Art. 14.01(a)

"A peace officer or any other person may, without a warrant, arrest an offender when the offense is committed in his presence or within his view, if the offense is a felony or an offense against the public peace."

**FEDERAL CRIMES ALLEGED + TEXAS AUTHORITY FOR PRIVATE PERSON CITIZEN'S ARREST**
1. 18 U.S.C. § 241 — Conspiracy Against Rights

Texas CCP Art. 14.01(a) — Private person may arrest for felony committed in their presence.

2. 18 U.S.C. § 242 — Deprivation of Rights Under Color of Law
Texas CCP Art. 14.01(a) — Private person may arrest for felony committed in their presence.

3. 18 U.S.C. § 1581 — Peonage
Texas CCP Art. 14.01(a) — Private person may arrest for felony committed in their presence.

4. 18 U.S.C. § 1584 — Involuntary Servitude
Texas CCP Art. 14.01(a) — Private person may arrest for felony committed in their presence.

5. 18 U.S.C. § 1589 — Forced Labor
Texas CCP Art. 14.01(a) — Private person may arrest for felony committed in their presence.

6. 18 U.S.C. § 1512 — Witness Tampering
Texas CCP Art. 14.01(a) — Private person may arrest for felony committed in their presence.

7. 18 U.S.C. § 1513 — Retaliation Against a Witness
Texas CCP Art. 14.01(a) — Private person may arrest for felony committed in their presence.

8. 18 U.S.C. § 1001 — False Statements
Texas CCP Art. 14.01(a) — Private person may arrest for felony committed in their presence.

9. 18 U.S.C. § 1341 — Mail Fraud
Texas CCP Art. 14.01(a) — Private person may arrest for felony committed in their presence.

10. 18 U.S.C. § 1343 — Wire Fraud
Texas CCP Art. 14.01(a) — Private person may arrest for felony committed in their presence.

11. 18 U.S.C. § 1951 — Extortion (Hobbs Act)
Texas CCP Art. 14.01(a) — Private person may arrest for felony committed in their presence.

12. 18 U.S.C. § 1962 — RICO (Racketeering)
Texas CCP Art. 14.01(a) — Private person may arrest for felony committed in their presence.

Texas Code of Criminal Procedure Art. 14.01(a)
"A peace officer or any other person may, without a warrant, arrest an offender when the offense is committed in his presence or within his view, if the offense is a felony or an offense against the public peace."

**FEDERAL CRIMES ALLEGED**

- **18 U.S.C. § 241** — Conspiracy Against Rights
- **18 U.S.C. § 242** — Deprivation of Rights Under Color of Law
- **18 U.S.C. § 1581** — Peonage
- **18 U.S.C. § 1584** — Involuntary Servitude
- **18 U.S.C. § 1589** — Forced Labor
- **18 U.S.C. § 1512** — Witness Tampering
- **18 U.S.C. § 1513** — Retaliation Against a Witness
- **18 U.S.C. § 1001** — False Statements
- **18 U.S.C. § 1341** — Mail Fraud
- **18 U.S.C. § 1343** — Wire Fraud
- **18 U.S.C. § 1951** — Extortion (Hobbs Act)
- **18 U.S.C. § 1962** — RICO (Racketeering)
- **42 U.S.C. § 1983** — Civil Action for Deprivation of Rights
- **42 U.S.C. § 1985** — Conspiracy to Interfere with Civil Rights
- **42 U.S.C. § 2000d** — Discrimination Under Federally Assisted Programs

**TEXAS STATE CRIMES ALLEGED**

- **Texas Penal Code § 39.03** — Official Oppression
- **Texas Penal Code § 39.02** — Abuse of Official Capacity
- **Texas Penal Code § 20.02** — Unlawful Restraint
- **Texas Penal Code § 20.03** — Kidnapping
- **Texas Penal Code § 20.04** — Aggravated Kidnapping
- **Texas Penal Code § 22.01** — Assault
- **Texas Penal Code § 22.02** — Aggravated Assault
- **Texas Penal Code § 32.45** — Misapplication of Fiduciary Property
- **Texas Penal Code § 32.46** — Fraud
- **Texas Penal Code § 37.10** — Tampering with Government Record
- **Texas Penal Code § 36.06** — Obstruction or Retaliation
- **Texas Penal Code § 36.05** — Tampering with Witness
- **Texas Penal Code § 31.03** — Theft
- **Texas Penal Code § 31.04** — Theft of Service

pg 44

93 of 94

## LEGAL DEFECTS IN THE MATTER OF #1782781

### 1. No Proof of Service / Service Not Perfected

- **Texas Rules of Civil Procedure 106 & 107** — Service must be properly executed and proven.
- **Federal Rule of Civil Procedure 4(l)** — Proof of service required.
- **Federal Rule of Civil Procedure 12(b)(5)** — Insufficient service of process.

**Where service is not perfected, no lawful order can issue.**

### 2. No Warrant Presented

- **Fourth Amendment, U.S. Constitution** — Requires warrant supported by oath or affirmation.
- **Texas Code of Criminal Procedure Art. 15.01–15.04** — Requirements for arrest warrants.
- **Texas Code of Criminal Procedure Art. 38.23** — Evidence obtained unlawfully must be suppressed.

**No warrant = no lawful arrest = proceedings void.**

### 3. No Miranda Rights Provided

- **Miranda v. Arizona, 384 U.S. 436 (1966)** — Required warnings before custodial interrogation.
- **Fifth Amendment, U.S. Constitution** — Protection against self-incrimination.
- **Texas Code of Criminal Procedure Art. 38.22** — Statements must be preceded by warnings.

**No Miranda = statements inadmissible = proceedings defective.**

### 4. Unlawful Order / Void Proceedings

- A void order is no order at all.
- A court without jurisdiction cannot issue lawful commands.

Related authorities:

- **Federal Rule of Civil Procedure 60(b)(4)** — Void judgments.
- **Texas Rule of Civil Procedure 329b(f)** — Void judgments may be attacked at any time.
- **Due Process Clause (5th & 14th Amendments)** — Requires lawful notice and jurisdiction.

**No service + no warrant + no Miranda = jurisdictional failure = void proceedings.**

pg 45

94 of 94

FROM:

Danny-Kay: Polk-Jr. TTEE/BENE

C/o P.O. Box 157

San Marcos, Texas [78667]

without recourse / without prejudice

Retail

U.S. POSTAGE PAID
PM
KYLE, TX 78640
JUL 21, 2026

77002

$23.65

RDC 03

S2324P506093-82

Harris County District Court

515 Rusk

Houston, TX 77002

(PRIVATE FILINGS)

Attn: Chief Clerk

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL

9589 0710 5270 3361 6275 00

TRACKED INSURED

PRIORITY MAIL

UNITED STATES POSTAL SERVICE.

For Domestic and International Use

Label 107R,

Utility Mailer
10 1/2" x 16"